IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ECLIPSE AVIATION CORPORATION., *et al.*, | Case No. 08-13031 (MFW) |
| Debtors. | (Jointly Administered)<br>**Ref. Docket No. 18** |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF AEOLUS AIRCRAFT HOLDINGS LLC AND VARIOUS OTHER AIRCRAFT PURCHASERS TO MOTION OF THE DEBTORS FOR ORDERS (A)(I) APPROVING SALE PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE AND APPROVING FORM AND MANNER OF NOTICE THEREOF; (III) ESTABLISHING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (IV) AUTHORIZING PAYMENT OF A BREAK-UP FEE AND AN EXPENSE REIMBURSEMENT; AND (V) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; (IV) PROVIDING FOR PAYMENT OF SALE PROCEEDS TO SECURED LENDER; AND (V) GRANTING RELATED RELIEF

Aeolus Aircraft Holdings LLC and various other aircraft purchasers (collectively, the "**Aircraft Purchasers**"),[1] hereby file this limited objection and reservation of rights with respect to the Debtors' proposed sale of substantially all of their assets (Docket No. 18), and in support thereof, respectfully state as follows:

1.  Pursuant to the proposed sale motion, the Debtors purport to sell substantially all of their assets to the Debtors' largest shareholder, ETIRC Aviation, S.a.r.l. ("**ETIRC**"), subject to higher and better offers. Among the assets purported to be transferred to the buyer are various aircraft, which have been purchased by the Aircraft Purchasers and which are in various stages of

---

[1] The undersigned counsel is in the process of being retained by additional similarly-situated Aircraft Purchasers to whom this limited objection and reservation of rights shall also apply.

development at the Debtors' facilities. It appears from the filed papers that the Debtors may seek to sell such aircraft, free and clear of the rights and interests of the Aircraft Purchasers in their aircraft.

2. As will be discussed more thoroughly in the Aircraft Purchasers' objections to the substantive aspects of the Debtors' sale motion (which the Debtors propose shall be due by December 30, 2008), the Aircraft Purchasers have various property interests and rights in and to the aircraft under applicable non-bankruptcy law, which may not simply be extinguished pursuant to the sale motion. Indeed, the Aircraft Purchasers believe that, based on applicable law, their aircraft (i) are not property of the estate, so as to fall outside the scope of the sale authority provided under Section 363 of the Bankruptcy Code, and/or (ii) are subject to various state law rights and interests, and there are no grounds under Section 363(f) for the Court to authorize the sale of such aircraft "free and clear" of those rights and interests.

3. Accordingly, the Aircraft Purchasers file this limited objection and reservation of rights in order to provide notice of their asserted interests in the aircraft and to reserve all rights in connection with the proposed sale thereof and all other matters.

## Notice

4. In accordance with the Notice of Hearing, a copy of this Limited Objection and Reservation of Rights has been served via facsimile upon: (i) co-counsel to the Debtors, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Daniel Guyder, Fax: (212) 610-6399; and (ii) co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391, Attn: Joseph Barry, Fax: (302) 571-6758.

DEL 86,241,244.1

WHEREFORE, the Aircraft Purchasers respectfully request entry of an order (i) denying the relief requested in the motion to the extent set forth herein, (ii) reserving all rights of the Aircraft Purchasers with respect to the proposed sale, and (iii) granting such other and further relief as the Court deems just and proper.

Dated: December 8, 2008

                                GREENBERG TRAURIG, LLP

                                */s/ [signature]*

                                Victoria W. Counihan (No. 3488)
                                Dennis A. Meloro (No. 4435)
                                The Nemours Building
                                1007 North Orange Street, Suite 1200
                                Wilmington, Delaware 19801
                                Telephone: (302) 661-7000
                                Facsimile: (302) 661-7360
                                Email: counihanv@gtlaw.com
                                              melorod@gtlaw.com

                                      -and-

                                Paul J. Keenan
                                1221 Brickell Avenue
                                Miami, Florida 33131
                                Telephone: (305) 579-0500
                                Facsimile: (305) 579-0717
                                Email: keenanp@gtlaw.com

                                **Counsel to Aeolus Aircraft Holdings LLC**