IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re: : Chapter 11
:
ECLIPSE AVIATION CORPORATION, :
et al.,[1] : Case No. 08-13031 (MFW)
: Jointly Administered
Debtors. :
: Re: Docket No. 18
:

---

## JOINDER OF TIRIAC HOLDINGS, LTD. TO LIMITED OBJECTION AND RESERVATION OF RIGHTS OF AEOLUS AIRCRAFT HOLDINGS LLC AND VARIOUS OTHER AIRCRAFT PURCHASERS TO MOTION OF THE DEBTORS FOR ORDERS (A)(I) APPROVING SALE PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE AND APPROVING FORM AND MANNER OF NOTICE THEREOF; (III) ESTABLISHING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (IV) AUTHORIZING PAYMENT OF A BREAK-UP FEE AND AN EXPENSE REIMBURSEMENT; AND (V) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING PURCHASE AGREEMENT THERETO; (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; (IV) PROVIDING FOR PAYMENT OF SALE PROCEEDS TO SECURED LENDER; AND (V) GRANTING RELATED RELIEF

Tiriac Holdings, Ltd. ("Tiriac"), by its undersigned counsel, hereby joins in the

limited objection of Aeolus Aircraft Holdings LLC and various other aircraft purchasers

(Docket No. 95) ("Aeolus Limited Objection") to the Debtors' proposed sale of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Eclipse Aviation Corporation (9000) and Eclipse IRB Sunport LLC, a wholly owned subsidiary of Eclipse Aviation Corporation (4013).

1

substantially all of their assets (Docket No. 18) (the "Sale Motion"). In support of this Joinder, Tiriac states as follows:

1. On November 25, 2008 (the "Petition Date"), the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors' cases are being jointly administered in this case.

2. The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

3. Prior to the Petition Date, Tiriac and the Debtor Eclipse Aviation Corporation entered into Eclipse 500 Fleet Aircraft Purchase Agreement Amended and Restated, dated as of August 9, 2007 ("Aircraft Purchase Agreement), for the purchase of five (5) Eclipse 500 aircraft.

4. Pursuant to the Aircraft Purchase Agreement, Tiriac made initial deposits and progress payments in the total amount of $4,234,847.

5. The Debtor Eclipse Aviation Corporation failed to deliver to Tiriac any of the five (5) Eclipse 500 aircraft, which are in various stages of development at the Debtors' facilities.

6. In the Sale Motion, the Debtors seek *inter alia* authority to sell such aircraft, free and clear of Tiriac's rights and interests therein.

7. For the reasons stated in the Aeolus Limited Objection, Tiriac files a limited objection to the Sale Motion and reserves all of its rights with respect to the Debtors' proposed sale.

WHEREFORE, Tiriac hereby requests that the Court enter an Order: (a) granting the Aeolus Limited Objection and Tiriac's joinder therein; (b) denying the Sale Motion to the extent set forth in the Aeolus Limited Objection and herein; (c) reserving all of Tiriac's rights with respect to the Debtors' proposed sale; and (d) granting such further relief as this Court deems just and appropriate under the circumstances, consistent with this Joinder.

Dated: December 8, 2008

Respectfully submitted,

TIRIAC HOLDINGS, LTD.

By Counsel

SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6805

By: \_\_\_\_\_ s/ _____
     Jeremy W. Ryan (No. 4057)

    -and-

Christopher M. Mills, Va. Bar No. 44358
Kalina B. Miller, Va. Bar No. 70691
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
Telephone: (703) 905-2800
Facsimile: (703) 905-2820

Counsel to Tiriac Holdings, Ltd.