# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                          |     |                                      |
|------------------------------------------|-----|--------------------------------------|
| In re:                                   | )   | Chapter 11                           |
|                                          | )   |                                      |
| Eclipse Aviation Corporation, *et al.*,[1] | )   | Case No. 08-13031(MFW)               |
|                                          | )   |                                      |
| Debtors.                                 | )   | (Joint Administration Requested)     |
|                                          | )   |                                      |

|                    |      |
|--------------------|------|
| STATE OF DELAWARE  | )    |
|                    | ) SS |
| NEW CASTLE COUNTY  | )    |

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the debtors in the above-referenced cases, and on 5 day of December, 2008, she caused a copy of the following:

Notice of Filing of Exhibits 2, 3 and 4 to Proposed Sale Procedures Order [D.I. 82]

to be served as indicated, upon the parties identified on the attached list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _10_ day of December, 2008.

_____
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corp. (Tax ID No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corp. (Tax ID No. XX-XXX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.

# SERVICE LIST

Aerotek Aviation, LLC
Attn: Matt Kruger
7301 Parkway Drive
Hanover, MD 21076
(Creditor List)
*First Class Mail*

Albany Engineered Composites, Inc.
Attn: Brian Coffenberry
112 Airport Drive
Rochester, NY 03867
(Creditor List)
*First Class Mail*

AR Airways
Attn: Manav Singh
Presidential Estate, 29 Nizamuddin East
New Delhi, India 1110013
(Creditor List)
*First Class Mail (International)*

Argo-Tech
Attn: Kevin Khun
671 W. 17th Street
Costa Mesa, CA 92627
(Creditor List)
*First Class Mail*

Joseph M. Barry, Esq
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(Debtors)
*First Class Mail*

Basso Multi-Strategy Holding Fund Ltd.
Attn: Howard Fischer
1266 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

C&D Zodiac, Inc.
Attn: John Maglione
5701 Bolsa Avenue
Huntington Beach, CA 92647
(Creditor List)
*First Class Mail*

Airfleet Credit Corporation
Attn: Wilfried Koeck
Landstrasse 25
Vaduz, Liechtenstein, Germany 9490
Creditor List
*First Class Mail (International)*

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(Hampson Aerospace)
*First Class Mail*

O-Connor Global Convertible Arbitage Master
Attn: Howard Fischer
1266 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

ATASAY - MyJET Aviation A.S.
Attn: Cihan Kamer, CEO
Yenibosna
Istanbul, Turkey 34917
(Creditor List)
*First Class Mail (International)*

Basso Holding Ltd.
Attn: Howard Fischer
1266 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

Allen S. Brilliant, Esq.
Craig Druehl, Esq.
Goodwin Procter LLP
620 Eighth Avenue
The New York Times Building
New York, NY 10018
ETIRC
*First Class Mail*

Chelton Flight Systems
Attn: J. Thorne
1109 Main Street, Suite 560
Boise, ID 83702
(Creditor List)
*First Class Mail*

Citadel Horizons
Attn: Ryan Garino
131 South Dearborn
Chicago, IL 60603
(Creditor List)
*First Class Mail*

Anthony W. Clark, Esq
Jason M. Liberi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Park Electrochemical Corp)
*Hand Delivery*

Day Jet Corporation
Attn: William Van Valkenberg
3651 FAU Boulevard, Suite 200
Boca Raton, FL 33431
(Creditor List)
*First Class Mail*

Dubai Aerospace
Attn: WIlliam Roe
Ras Al Khaimah International Airport
Ras Al Khaimah, United Arab Emirates 10227
(Creditor List)
*First Class Mail (International)*

Enaer
Attn: Juan Sandoval
Gran Avda, Jose M. Carrera
Santiago, Chile
(Creditor List)
*First Class Mail (International)*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 North Market Street, Suite 800
Wilmington, DE 19801
(Committee)
*Hand Delivery*

Fuji Heavy Industries
Attn: Eiji Tanikawa
1-1-11 Yonan
Utsunomiya, Tochigi-ken 32085649
(Creditor List)
*First Class Mail (International)*

Citadel Investment Group
Attn: Ryan Garino
131 South Dearborn
Chicago, IL 60603
(Creditor List)
*First Class Mail*

Richard S. Cobb, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
(ETIRC)
*Hand Delivery*

DKR Capital
Attn: Gary Davis
1281 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

Peter J. Duhig, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Senior Aerospace BWT
*Hand Delivery*

FAA Southwest Region
Attn: Teresa Bruner and Michale O'Harra
FAA
2601 Meacham Blvd.
Fort Worth, TX 76193
*First Class Mail*

Figeac Aero
Attn: Jean-Claude Maillard
Z1 de l'Aiguilla
Figeac 46100
(Creditor List)
*First Class Mail (International)*

Gopal Gadodia
129 Lansing Island Drive
Indian Harbor Beach, FL 32937
(Creditor List)
*First Class Mail*

Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(Tevenin SA)
***Hand Delivery***

Jason W. Harbour, Esq
Riverfront Plaza, East Tower
Hunton & Williams
951 East Byrd Street
Richmond, VA 23219-4074
(Hunton & Williams)
***First Class Mail***

Guy Hingston
Lot 11, Abbott Close, Port Macq Airport
Port Macquarie, NSW AU 2444
(Creditor List)
***First Class Mail (International)***

Rolf Illsley
100 Thorndale Drive, $401
San Rafael, CA 94903
(Creditor List)
***First Class Mail***

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
***First Class Mail***

Investment Interlachen
Attn: Gregg Colburn
800 Nicollet Mall, Suite 2500
Minneapolis, MN 55402
(Creditor List)
***First Class Mail***

Japan Radio Company, Ltd.
Attn: Teruaki Onodera
1-1 Shimorenjaku 5-Chrome
Mitaka-Shi, Tokyo, Japan 1818510
(Creditor List)
***First Class Mail (International)***

Hampson Aerospace
Attn: Greg Frye
112th St., Suite 300
Grand Prairie, TX 75050
(Creditor List)
***First Class Mail***

HBK Master Fund
Attn: Jeff Estes
300 Crescent Court, Suite 700
Dallas, TX 75201
Creditor List
***First Class Mail***

Benjamin Hoch, Esq.
Andrew Ment, Esq.
Covington & Burling LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018
(Ad Hoc Committee Bondholders)
***First Class Mail***

Innovative Solutions & Support Inc.
Attn: Roman Ptakowski
720 Pennsylvania Drive
Exton, PA 19341
(Creditor List)
***First Class Mail***

International Business Machines
Attn: Jesus Mantas
1503 LBJ Freeway, 3rd Fl
Dallas, TX 75234
(Creditor List)
***First Class Mail***

Irell & Manella LLP
Attn: Robert Zeitinger
1800 Avenue of the Stars
Los Angeles, CA 90067
(Creditor List)
***First Class Mail***

JP Morgan Securities Limited
Attn: Legal Department
277 Park Avenue, Floor 16
New York, NY 10172
Creditor List
***First Class Mail***

Kings Road Investments Ltd.
Attn: Brandon Jones
598 Madison Avenue, 14th Fl
New York, NY 10022
(Creditor List)
*First Class Mail*

John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
Wilmington, DE 19801
(Debtors)
*Hand Delivery*

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
*Hand Delivery*

Jane Leamy
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Mecaer American, Inc.
Attn: Serge Le Guellec
3205 Delaunay
Laval, Quebec, Canada H7L 5A4
(Creditor List)
*First Class Mail (International)*

Morgan Stanley & Co., Inc.
Attn: Nicholas Kotchoubey
750 Seventh Avenue, Floor 9
New York, NY 10019
(Creditor List)
*First Class Mail*

NMSIC Focused L.L.C.
Attn: Gary Bland
2055 South Pacheco Street, Suite 100
Santa Fe, NM 87505
(Creditor List)
*First Class Mail*

John H. Knight, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(Ad Hoc Committee of Senior Secured Noteholders)
*Hand Delivery*

LaBarge, Inc.
Attn: Craig LaBarge
9900 Clayton Road
St. Louis, MO 63178
(Creditor List)
*First Class Mail*

Lanic Engineering, Inc.
Attn: Lou Merola
12144 6th Street
Rancho Cucamonga, CA 91730
(Creditor List)
*First Class Mail*

Michael Massad, Jr., Esq.
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
(Hunton & Williams)
*First Class Mail*

Mark Mihanovic, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
Alfred Mann Living Trust
*First Class Mail*

Don Morris
c/o Family Trust
Attn: Don Morris
120 Village Square #49
Orlinda, CA 94563
(Creditor List)
*First Class Mail*

Norcot Engineering Ltd.
Attn: David Howell
Richmond House Hill Street
Ashton-uinder-Lyne, United Kingdom OL7 OPZ
(Creditor List)
*First Class Mail (International)*

Timothy Palmer, Esq.
One Oxford Centre
Buchanan Ingersoll & Rooney
301 Grant Street, 20th Fl.
Pittsburgh, PA 15219
(Senior Aerospace BWT)
*First Class Mail*

Pratt & Whitney Canada Corp.
Attn: John Saabas
Marie-Victorin (01B05)
Longueuil, Quebec, Canada J4G 1A1
(Creditor List)
*First Class Mail (International)*

Geoffrey Raicht, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(Alfred E. Mann Living Trust)
*First Class Mail*

Sandelman Partners
Attn: Ben Esty
500 Park Avenue
New York, NY 10022
(Creditor List)
*First Class Mail*

Senaca International Limited
Attn: Douglas Hirsch
590 Madison Avenue, Suite 2800
New York, NY 10022
(Creditor List)
*First Class Mail*

Silver Point Capital Offshore Fund
Attn: Edward Mule
2 Greenwich Plaza, Floor 1
Greenwich, CT 06830
(Creditor List)
*First Class Mail*

Sandelman Partners Mutil- Strategy Master Fund
Attn: Ben Esty
500 Park Avenue
New York, NY 10022
(Creditor List)
*First Class Mail*

PAR Investment Partners, L.P.
Attn: Ed Shapiro
One International Place, Suite 2401
Boston, MA 02110
(Creditor List)
*First Class Mail*

Precision Aerostructures, Inc.
Attn: Mike Cabral
10291 Trademark Street, Suite C
Rancho Cucamonga, CA 91730
(Creditor List)
*First Class Mail*

Kimberly Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Hub Supply
*First Class Mail*

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
*First Class Mail*

Silver Oak Capital
Attn: Tim Hutfilz
245 Park Avenue, 26th Fl
New York, NY 10167
(Creditor List)
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
*Hand Delivery*

Robert Sturgill
FAA
800 Independence Ave. SW
Washington, D.C. 20591
*First Class Mail*

Swiss Re Financial Products Corporation
Attn: Marc Fussteig
55 East 52nd Street, 39th Fl
New York, NY 10055
(Creditor List)
***First Class Mail***

Tempo Master Fund LP
Attn: Andrew Barnard
2 Greenwich Plaza
Greenwich, CT 06830
(Creditor List)
***First Class Mail***

Tiriac
Attn: Ion Tiriac
Julia House 3, Th. Dervis Street
Nicosia, Cyprus 01066
(Creditor List)
***First Class Mail (International)***

UBS Securities
Attn: Anthony Martino
299 Park Avenue, 29th Fl
New York, NY 10171
(Creditor List)
***First Class Mail***

UT Finance Corp.
Attn: Paul Oechsil
Office Bldg G, 400 Main Street
Mail Stop 133-54
East Hartford, CT 06108
(Creditor List)
***First Class Mail***

Tamagawa Seiki Co., Ltd
Attn: Akafumi Arai
1879 Ohyasumi iida-City
Iida, Nagano-gan 3958515
Creditor List
***First Class Mail (International)***

Tempo Masterfund
Attn: Andrew Barnard
2 Greenwich Plaza
Greenwich, CT 06830
(Creditor List)
***First Class Mail***

TW Metals
Attn: Jack Elrod
760 Constitution Drive, Suite 204
Exton, PA 19341
(Creditor List)
***First Class Mail***

US Trustee
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
***First Class Mail***

Alex Woo
Attn: Alexander Woo and Lulu
Unite 1108, 11/F Metro Loft
Kowloon, HK
(Creditor List)
***First Class Mail (International)***