

**PURCHASE AGREEMENT**



ECLIPSE
AVIATION

## Addendum A.1

## COST, PAYMENT & PROGRAM MILESTONES;
## ECLIPSE 500, LEVEL 6, FLIGHT TRAINING DEVICE #1


## PURCHASE AGREEMENT NO. OP – 5702-0000

Initials: BUYER _____ OPINICUS _____

 **Real Time Simulation Technologies** **OPINICUS** *Corporation*

**PURCHASE AGREEMENT**



**ECLIPSE**
**AVIATION**

## 1.0    DEFINITIONS

In addition to the terms defined in Article 1.0, Subsection 1.1, <u>Certain Defined Terms</u> of the Purchase Agreement, the following terms in this Addendum shall have the meanings respectfully assigned to them.

### 1.1    CERTAIN DEFINED TERMS

"Contract Award"

shall mean the signing of the Purchase Agreement for the Flight Training Device(s) and Simulator(s) by both parties.

"Program Start"

shall mean the start date of the Flight Training Device #1 Program as defined in Article 3.0, Subsection 3.2: <u>Schedule of Payments.</u>

"Critical Design Review (CDR) Complete"

shall mean the successful completion of a formal critical design review whereby OPINICUS formally presents the details of the design of the Flight Training Device to BUYER, and the subsequent formal acceptance of the design by the BUYER via the execution of a Certificate of Conformance.

"Power On"

shall mean a demonstration that the cockpit of the Flight Training Device has power applied to the main instruments, displays, avionics, and panels, and that the new HOST computer and HOST simulation software can substantially communicate with these cockpit components. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance.

"Preliminary Design Review (PDR) Complete"

shall mean the successful completion of a formal preliminary design review whereby OPINICUS formally presents the preliminary design of the Flight Training Device to the BUYER, and the subsequent formal acceptance of the preliminary design by the BUYER via the execution of a Certificate of Conformance.

Initials:   BUYER ___   OPINICUS ___



# PURCHASE AGREEMENT



ECLIPSE
AVIATION

| | |
|---|---|
| "Start Major Subsystem Installation" | shall mean the Cockpit, Baseframe, & AFT Platform are substantially complete and that OPINICUS is beginning to install Major Subsystems such as the HOST, Cockpit Interface System, Power Distribution System, and Cockpit Panels. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Submit Final FAA QTG" | shall mean the successful submittal of the FAA QTG to the BUYER. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Ready For Training" or "RFT" | shall mean that the Flight Training Device is ready for training as provided in Article 7.0, Subsection 7.6, of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Reliability Demonstration Complete" | shall mean the successful completion of a 90 day reliability demonstration which shall be satisfied when the Flight Training Device's average percent reliability, over 90 consecutive days, is greater than 99%, as per the requirements set forth in Article 7.0, Subsection 7.7 of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |

## 2.0   SUBJECT MATTER OF SALE

### 2.1   PURCHASE AND SALE

In consideration for the Purchase Price set forth in Article 3.0, Subsection 3.1 Purchase Price of this Addendum, OPINICUS shall develop, produce, sell, and deliver the Eclipse 500 Level 6 Flight Training Device (FTD) and perform Services for the Eclipse 500 FTD in accordance with the terms and conditions of this Agreement. The FTD shall be produced and provided in accordance with the schedule milestones provided in Article 4.0, Subsection 4.1 Program Milestones of this Addendum.

### 2.2   FLIGHT TRAINING DEVICE SCOPE OF SUPPLY

OPINICUS shall provide the Level 6 Flight Training Device for the Eclipse 500 as per the Technical Details and Scope of Supply as defined in Appendix A.1; Flight Training Device Technical Specification of this Agreement. This includes, but is not limited to, the following

Initials:  BUYER _____ OPINICUS _____



cost elements:

   a) Engineering, design, procurement, project management and manufacturing of the Equipment, Services and software.
   b) Disassembling, packaging, shipment (via ground transportation), and in-transit insurance of Equipment to BUYER's Training Center; FOB Destination with freight prepaid and allowed.
   c) On Site Assembly, installation, acceptance, & FAA Qualification of the Equipment.
   d) All required technical publications, documentation and Training Syllabus to be provided in U.S. English language.
   e) Operational and maintenance training for the Equipment.

## 3.0 PRICE AND PAYMENT

### 3.1    PURCHASE PRICE

The Purchase Price for the Eclipse 500 Level 6 FTD, including Visual System, identified in Article 2.0, Subject Matter Of Sale of this Addendum is Two Million, One Hundred and Thirty Two Thousand and Seven Hundred Dollars US ($2,132,700) and shall be paid by BUYER to OPINICUS in accordance with the payment terms set forth in Subsection 3.2, Schedule of Payments herein and Article 3.0, Price and Payment of the Purchase Agreement.

### 3.2    SCHEDULE OF PAYMENTS

The Purchase Price set forth in Subsection 2.1 Purchase Price herein, shall be paid by BUYER to OPINICUS in accordance with the following payment schedule.  The Program Start date for the FTD #1 is defined as the Contract Award Date.

| ID | Amount | Description | Percent |
|---|---|---|---|
| A1 | $319,905 | Upon Program Start Date | 15% |
| A2 | $319,905 | Upon Preliminary Design Review Complete | 15% |
| A3 | $319,905 | Upon Critical Design Review Complete | 15% |
| A4 | $319,905 | Upon Start Major Subsystem Installation | 15% |
| A5 | $106,635 | Upon Power On | 5% |
| A6 | $213,270 | Upon In-Plant Buyer Acceptance | 10% |
| A7 | $106,635 | Upon Start On-Site Installation | 5% |
| A8 | $106,635 | Upon Final FAA QTG Submittal | 5% |
| A9 | $213,270 | Upon RFT | 10% |
| A10 | $106,635 | Upon Successful Reliability Demo | 5% |
| **Total** | **$ 2,132,700** | **Total FTD #1 Program Payments** | **100.00%** |

### 3.3    INCENTIVE PAYMENT

BUYER agrees to provide a $150,000 (one hundred fifty thousand USD) incentive payment to OPINICUS if they successfully achieve, as evidenced by a fully executed Certificate of

Initials:  BUYER ⟋⟍⟋  OPINICUS ⟍⟋⟋



Conformance, the "A9" RFT milestone on or before March 31, 2006. Such incentive payment shall be made thirty (30) days after the successful completion of the "A9" milestone **AND** after Eclipse 500 aircraft certification.

## 4.0 FLIGHT TRAINING DEVICE PROGRAM **MILESTONES**

### 4.1 PROGRAM MILESTONES

The following information provides the identification of the Program Milestones for the Eclipse 500 Level 6 Flight Training Device Program. Milestones are defined as weeks after Program Start (APS):

| EVENT DESCRIPTION | WEEKS APS | DATE |
|---|---|---|
| Program Start | 0 | |
| Initial Buyer Furnished Data Delivery | 2 | |
| Buyer Furnished Data Delivery | 6 | |
| Preliminary Design Review (PDR) Complete | 8 | |
| Critical Design Review (CDR) Complete | 18 | |
| Initial Buyer Furnished Equipment Delivery | 18 | |
| Buyer Furnished Equipment Delivery | 24 | |
| Start Major Subsystem Installation | 30 | |
| Power On | 37 | |
| Complete Offline Test | 39 | |
| Systems Acceptance Test Procedure Submittal | 42 | |
| In-Plant Buyer Acceptance | 48 | |
| Start Teardown Pack & Ship | 48 | |
| Start of On Site Installation @ United | 49 | |
| Final FAA Qualification Test Guide Submit | 53 | |
| Start On Site Buyer Acceptance | 53 | |
| RFT - Complete FAA Qualification | 56 | |
| Successful Reliability Demonstration | 69 | |

## 5.0 CRITICAL MILESTONES

### 5.1 CRITICAL MILESTONES (BUYER)

| EVENT DESCRIPTION | WEEKS ACA | DATE |
|---|---|---|
| Buyer Furnished Data Delivery, as per Appendix I | 6 | |
| Buyer Furnished Equipment Delivery, as per Appendix I | 24 | |

40


Real Time
Simulation
Technologies

**OPINICUS**
Corporation

# PURCHASE AGREEMENT



ECLIPSE
AVIATION

### 5.2 CRITICAL MILESTONES (OPINICUS)

| EVENT DESCRIPTION | WEEKS ACA | DATE |
|---|---|---|
| In-Plant Buyer Acceptance | 48 | |
| RFT - Complete FAA Qualification | 56 | |

IN WITNESS WHEREOF, the Parties have executed this Addendum on the first date written below, agree this document is the final expression of their agreement, and is the complete and exclusive statement of the terms and conditions; as indicated by the signatures of their respective duly authorized and empowered representatives below.

For and on behalf of
**Eclipse Aviation Corporation**

By: _____
    Mr. Peter Reed
    Senior Vice President

Date: __4/6/05__

By: _____
    Mr. Edward M. Lundeen
    Director, Contracts

Date: __4-6-05__

For and on behalf of
**OPINICUS Corporation**

By: _____
    Mr. James R. Takats
    President

Date: __April 6, 2005__

By: _____
    Ms. Jennifer Frame
    Senior Vice President

Date: __4-6-2005__

Initials: BUYER _____ OPINICUS _____





**PURCHASE AGREEMENT**

### Addendum A.2

## COST, PAYMENT & PROGRAM MILESTONES;
## ECLIPSE 500, LEVEL 6, FULL FLIGHT SIMULATOR #1

## PURCHASE AGREEMENT NO. OP – 5702-0000

Initials: BUYER _____ OPINICUS _____

**OPINICUS**
*Corporation*

# PURCHASE AGREEMENT



**ECLIPSE**
**AVIATION**

## 1.0 DEFINITIONS

In addition to the terms defined in Article 1.0, Subsection 1.1, <u>Certain Defined Terms</u> of the Purchase Agreement, the following terms in this Addendum shall have the meanings respectfully assigned to them.

### 1.1    CERTAIN DEFINED TERMS

| | |
|---|---|
| "Contract Award" | shall mean the signing of the Purchase Agreement for the Flight Training Device(s) and Simulator(s) by both parties. |
| "Program Start" | shall mean the start date of the Full Flight Simulator #1 Program as defined in Article 3.0, Subsection 3.2: <u>Schedule of Payments.</u> |
| "Critical Design Review (CDR) Complete" | shall mean the successful completion of a formal critical design review whereby OPINICUS formally presents the details of the design of the Simulator to BUYER, and the subsequent formal acceptance of the design by the BUYER via the execution of a Certificate of Conformance. |
| "Power On" | shall mean a demonstration that the cockpit of the Simulator has power applied to the main instruments, displays, avionics, and panels, and that the new HOST computer and HOST simulation software can substantially communicate with these cockpit components. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Preliminary Design Review (PDR) Complete" | shall mean the successful completion of a formal preliminary design review whereby OPINICUS formally presents the preliminary design of the Simulator to the BUYER, and the subsequent formal acceptance of the preliminary design by the BUYER via the execution of a Certificate of Conformance. |

Initials:  BUYER _____  OPINICUS _____



"Start Major Subsystem Installation"   shall mean the Cockpit, Motion Baseframe, AFT Hut are substantially complete and that OPINICUS is beginning to install Major Subsystems such as the HOST, Cockpit Interface System, Power Distribution System, and Cockpit Panels. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance.

"Submit Final FAA QTG"   shall mean the successful submittal of the FAA QTG to the BUYER. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance.

"Ready For Training" or "RFT"   shall mean that the Simulator is ready for training as provided in Article 7.0, Subsection 7.6, of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance.

"Reliability Demonstration Complete"   shall mean the successful completion of a 90 day reliability demonstration which shall be satisfied when the Simulator's average percent reliability, over 90 consecutive days, is greater than 99%, as per the requirements set forth in Article 7.0, Subsection 7.7 of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance.

## 2.0 SUBJECT MATTER OF SALE

### 2.1   PURCHASE AND SALE

In consideration for the Purchase Price set forth in Article 3.0, Subsection 3.1 <u>Purchase Price</u> of this Addendum, OPINICUS shall develop, produce, sell, and deliver the Eclipse 500 Level D Simulator and perform Services for the Eclipse 500 Simulator in accordance with the terms and conditions of this Agreement. The Simulator shall be produced and provided in accordance with the schedule milestones provided in Article 4.0, Subsection 4.1 <u>Program Milestones</u> of this Addendum.

### 2.2   SIMULATOR SCOPE OF SUPPLY

OPINICUS shall provide the Level D Simulator for the Eclipse 500 as per the Technical Details and Scope of Supply as defined in Appendix A.2; <u>Simulator Technical Specification</u> of this Agreement. This includes, but is not limited to, the following cost elements:

Initials:  BUYER _____  OPINICUS _____



*Real Time Simulation Technologies*

**OPINICUS** *Corporation*

**PURCHASE AGREEMENT**




**ECLIPSE**
AVIATION

f) Engineering, design, procurement, project management and manufacturing of the Equipment, Services and software.

g) Disassembling, packaging, shipment (via ground transportation), and in-transit insurance of Equipment to BUYER's Training Center; FOB Destination with freight prepaid and allowed.

h) On Site Assembly, installation, acceptance, & FAA Qualification of the Equipment.

i) All required technical publications, documentation and Training Syllabus to be provided in U.S. English language.

j) Operational and maintenance training for the Equipment.

## 3.0 PRICE AND PAYMENT

### 3.1  PURCHASE PRICE

The Purchase Price for the Eclipse 500 Level D Simulator, identified in Article 2.0, <u>Subject Matter Of Sale</u> of this Addendum is Six Million, Nine Hundred and Ninety Seven Thousand Dollars US ($6,997,000) and shall be paid by BUYER to OPINICUS in accordance with the payment terms set forth in Subsection 3.2, <u>Schedule of Payments</u> herein and Article 3.0, <u>Price and Payment</u> of the Purchase Agreement.

**Note:** if the option for a 48" Stroke Motion System, per the Simulator Technical Specification, is exercised, the purchase price will be Six Million, Seven Hundred and Forty Seven Thousand Dollars US ($6,747,000.)

### 3.2  SCHEDULE OF PAYMENTS

The Purchase Price set forth in Subsection 2.1 <u>Purchase Price</u> herein, shall be paid by BUYER to OPINICUS in accordance with the following payment schedule. The Program Start date for the FFS #1 is defined as the date which the "certification aircraft has successfully flown the entire flight envelope" as determined by the BUYER.

| ID | Amount | Description | Percent |
|---|---|---|---|
| A1 | $1,049,550 | Upon Program Start Date | 15% |
| A2 | $699,700 | Upon Preliminary Design Review Complete | 10% |
| A3 | $699,700 | Upon Critical Design Review Complete | 10% |
| A4 | $1,049,550 | Upon Start Major Subsystem Installation | 15% |
| A5 | $349,850 | Upon Power On | 5% |
| A6 | $699,700 | Upon In-Plant Buyer Acceptance | 10% |
| A7 | $349,850 | Upon Start On-Site Installation | 5% |
| A8 | $1,049,550 | Upon Final FAA QTG Submittal | 15% |
| A9 | $699,700 | Upon RFT | 10% |
| A10 | $349,850 | Upon Successful Reliability Demo | 5% |
| **Total** | **$6,997,000.00** | **Total FFS #1 Program Payments** | **100.00%** |

Initials:  BUYER _____  OPINICUS _____

*Real Time*
*Simulation*
*Technologies*

**PURCHASE AGREEMENT**



**OPINICUS**
*Corporation*

ECLIPSE
AVIATION

## 4.0 SIMULATOR PROGRAM MILESTONES

### 4.1 PROGRAM MILESTONES

The following information provides the identification of the Program Milestones for the Eclipse 500 Level D Simulator Program. Milestones are defined as weeks after Program Start (APS):

| EVENT DESCRIPTION | WEEKS APS | DATE |
|---|---|---|
| Program Start | 0 | |
| Initial Buyer Furnished Data Delivery | 2 | |
| Buyer Furnished Data Delivery | 3 | |
| Preliminary Design Review (PDR) Complete | 5 | |
| Critical Design Review (CDR) Complete | 13 | |
| Initial Buyer Furnished Equipment Delivery | 15 | |
| Buyer Furnished Equipment Delivery | 21 | |
| Start Major Subsystem Installation | 27 | |
| Power On | 34 | |
| Complete Offline Test | 37 | |
| Systems Acceptance Test Procedure Submittal | 39 | |
| In-Plant Buyer Acceptance | 45 | |
| Start Teardown Pack & Ship | 45 | |
| Start of On Site Installation @ United | 48 | |
| Final FAA Qualification Test Guide Submit | 55 | |
| Start On Site Buyer Acceptance | 55 | |
| RFT - Complete FAA Qualification | 58 | |
| Successful Reliability Demonstration | 71 | |

## 5.0 CRITICAL MILESTONES

### 5.1 CRITICAL MILESTONES (BUYER)

| EVENT DESCRIPTION | WEEKS ACA | DATE |
|---|---|---|
| Buyer Furnished Data Delivery, as per Appendix I | 3 | |
| Buyer Furnished Equipment Delivery, as per Appendix I | 21 | |

Initials: BUYER _____ OPINICUS _____

*Real Time*
*Simulation*
*Technologies*


**PURCHASE AGREEMENT**



ECLIPSE
AVIATION

## 5.2 CRITICAL MILESTONES (OPINICUS)

| EVENT DESCRIPTION | WEEKS ACA | DATE |
|---|---|---|
| In-Plant Buyer Acceptance | 45 | |
| RFT - Complete FAA Qualification | 58 | |

IN WITNESS WHEREOF, the Parties have executed this Addendum on the first date written below, agree this document is the final expression of their agreement, and is the complete and exclusive statement of the terms and conditions; as indicated by the signatures of their respective duly authorized and empowered representatives below.

For and on behalf of
**Eclipse Aviation Corporation**

By: _____
    Mr. Peter Reed
    Senior Vice President

Date: _4/6/05_

By: _____
    Mr. Edward M. Lundeen
    Director, Contracts

Date: _4-6-05_

For and on behalf of
**OPINICUS Corporation**

By: _____
    Mr. James R. Takats
    President

Date: _April 6, 2005_

By: _____
    Ms. Jennifer Frame
    Senior Vice President

Date: _4-6-2005_

Initials: BUYER ___ OPINICUS ___



**PURCHASE AGREEMENT**



ECLIPSE
AVIATION

### Addendum A.3

### COST, PAYMENT & PROGRAM MILESTONES;
### ECLIPSE 500, LEVEL 6, FULL FLIGHT SIMULATOR #2

### PURCHASE AGREEMENT NO. OP – 5702-0000

Initials: BUYER ___ OPINICUS ___



# PURCHASE AGREEMENT



ECLIPSE
AVIATION

## 1.0  DEFINITIONS

In addition to the terms defined in Article 1.0, Subsection 1.1, <u>Certain Defined Terms</u> of the Purchase Agreement, the following terms in this Addendum shall have the meanings respectfully assigned to them.

### 1.1  CERTAIN DEFINED TERMS

| | |
|---|---|
| "Contract Award" | shall mean the signing of the Purchase Agreement for the Flight Training Device(s) and Simulator(s) by both parties. |
| "Program Start" | shall mean the start date of the Full Flight Simulator #2 Program as defined in Article 3.0, Subsection 3.2: <u>Schedule of Payments.</u> |
| "Critical Design Review (CDR) Complete" | shall mean the successful completion of a formal critical design review whereby OPINICUS formally presents the details of the design of the Simulator to BUYER, and the subsequent formal acceptance of the design by the BUYER via the execution of a Certificate of Conformance. |
| "Power On" | shall mean a demonstration that the cockpit of the Simulator has power applied to the main instruments, displays, avionics, and panels, and that the new HOST computer and HOST simulation software can substantially communicate with these cockpit components. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Preliminary Design Review (PDR) Complete" | shall mean the successful completion of a formal preliminary design review whereby OPINICUS formally presents the preliminary design of the Simulator to the BUYER, and the subsequent formal acceptance of the preliminary design by the BUYER via the execution of a Certificate of Conformance. |
| "Program Management Review (PMR) Complete" | shall mean the successful completion of a formal Program Management Review whereby OPINICUS formally presents the hardware and software status of the Simulator to the BUYER, and the subsequent formal acceptance that the Simulator Program is on schedule. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |

49

Initials:  BUYER ___  OPINICUS ___





ECLIPSE
AVIATION

| | |
|---|---|
| "Start Major Subsystem Installation" | shall mean the Cockpit, Motion Baseframe, AFT Hut are substantially complete and that OPINICUS is beginning to install Major Subsystems such as the HOST, Cockpit Interface System, Power Distribution System, and Cockpit Panels. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Submit Final FAA QTG" | shall mean the successful submittal of the FAA QTG to the BUYER. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Ready For Training" or "RFT" | shall mean that the Simulator is ready for training as provided in Article 7.0, Subsection 7.6, of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Reliability Demonstration Complete" | shall mean the successful completion of a 90 day reliability demonstration which shall be satisfied when the Simulator's average percent reliability, over 90 consecutive days, is greater than 99%, as per the requirements set forth in Article 7.0, Subsection 7.7 of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |

## 2.0 SUBJECT MATTER OF SALE

### 2.1 PURCHASE AND SALE

In consideration for the Purchase Price set forth in Article 3.0, Subsection 3.1 Purchase Price of this Addendum, OPINICUS shall develop, produce, sell, and deliver the Eclipse 500 Level D Simulator and perform Services for the Eclipse 500 Simulator in accordance with the terms and conditions of this Agreement. The Simulator shall be produced and provided in accordance with the schedule milestones provided in Article 4.0, Subsection 4.1 Program Milestones of this Addendum.

### 2.2 SIMULATOR SCOPE OF SUPPLY

OPINICUS shall provide the Level D Simulator for the Eclipse 500 as per the Technical Details and Scope of Supply as defined in Appendix A.2; Simulator Technical Specification of this Agreement. This includes, but is not limited to, the following cost elements:

k) Engineering, design, procurement, project management and manufacturing of the Equipment, Services and software.

l) Disassembling, packaging, shipment (via ground transportation), and in-transit

Initials: BUYER ___ OPINICUS ___



insurance of Equipment to BUYER's Training Center; FOB Destination with freight prepaid and allowed.
m) On Site Assembly, installation, acceptance, & FAA Qualification of the Equipment.
n) All required technical publications, documentation and Training Syllabus to be provided in U.S. English language.
o) Operational and maintenance training for the Equipment.

## 3.0    PRICE AND PAYMENT

### 3.1    PURCHASE PRICE

The Purchase Price for the Eclipse 500 Level D Simulator, identified in Article 2.0, <u>Subject Matter Of Sale</u> of this Addendum is Five Million, Six Hundred Thousand Dollars US ($5,600,000) and shall be paid by BUYER to OPINICUS in accordance with the payment terms set forth in Subsection 3.2, <u>Schedule of Payments</u> herein and Article 3.0, <u>Price and Payment</u> of the Purchase Agreement.

Note: if the option for a 48" Stroke Motion System, per the Simulator Technical Specification, is exercised, the purchase price will be Five Million, Three Hundred and Fifty Thousand Dollars US ($5,350,000.)

### 3.2    SCHEDULE OF PAYMENTS

The Purchase Price set forth in Subsection 2.1 <u>Purchase Price</u> herein, shall be paid by BUYER to OPINICUS in accordance with the following payment schedule.  The Program Start Date for the FFS #2 is to occur no later than June 30, 2006. In the event BUYER has not initiated the Program Start Date for the second Simulator by June 30, 2006, BUYER shall commence making payments to OPINICUS for the unrecovered NRE balance of $830,000 (as described in Article 2.2 of the Agreement) wherein BUYER shall make four (4) equal payments to OPINICUS, one per calendar quarter, with the first payment due on July 1, 2006 and one payment at the start of each calendar quarter for the successive three quarters.

| ID | Amount | Description | Percent |
|----|--------|-------------|---------|
| A1 | $ 840,000 | Upon Program Start Date | 15% |
| A2 | $ 840,000 | Upon Critical Design Review Complete | 15% |
| A3 | $ 840,000 | Upon Program Management Review Complete | 15% |
| A4 | $ 840,000 | Upon Start Major Subsystem Installation | 15% |
| A5 | $ 280,000 | Upon Power On | 5% |
| A6 | $ 560,000 | Upon In-Plant Buyer Acceptance | 10% |
| A7 | $ 280,000 | Upon Start On Site Installation | 5% |
| A8 | $ 280,000 | Upon Final FAA QTG Submittal | 5% |
| A9 | $ 560,000 | Upon RFT | 10% |
| A10 | $ 280,000 | Upon Successful Reliability Demo | 5% |
| **Total** | **$5,600,000.00** | **Total FFS #1 Program Payments** | **100.00%** |

Initials:  BUYER *JV*  OPINICUS *m̄f*





ECLIPSE
AVIATION

## 4.0 SIMULATOR PROGRAM MILESTONES

### 4.1 PROGRAM MILESTONES

The following information provides the identification of the Program Milestones for the Eclipse 500 Level D Simulator Program. Milestones are defined as weeks after Program Start (APS):

| EVENT DESCRIPTION | WEEKS APS | DATE |
|---|---|---|
| Program Start | 0 | |
| Buyer Furnished Data Delivery | 1 | |
| Critical Design Review (PDR) Complete | 9 | |
| Program Management Review (PMR) Complete | 15 | |
| Buyer Furnished Equipment Delivery | 21 | |
| Start Major Subsystem Installation | 27 | |
| Power On | 33 | |
| Complete Offline Test | 33 | |
| Systems Acceptance Test Procedure Submittal | 36 | |
| In-Plant Buyer Acceptance | 41 | |
| Start Teardown Pack & Ship | 41 | |
| Start of On Site Installation | 44 | |
| Final FAA Qualification Test Guide Submit | 51 | |
| Start On Site Buyer Acceptance | 51 | |
| RFT - Complete FAA Qualification | 54 | |
| Successful Reliability Demonstration | 67 | |

## 5.0 CRITICAL MILESTONES

### 5.1 CRITICAL MILESTONES (BUYER)

| EVENT DESCRIPTION | WEEKS ACA | DATE |
|---|---|---|
| Buyer Furnished Data Delivery, as per Appendix I | 1 | |
| Buyer Furnished Equipment Delivery, as per Appendix I | 21 | |

### 5.2 CRITICAL MILESTONES (OPINICUS)

| EVENT DESCRIPTION | WEEKS ACA | DATE |
|---|---|---|
| In-Plant Buyer Acceptance | 41 | |
| RFT - Complete FAA Qualification | 54 | |

Initials: BUYER _____ OPINICUS _____



**PURCHASE AGREEMENT**



ECLIPSE
AVIATION

IN WITNESS WHEREOF, the Parties have executed this Addendum on the first date written below, agree this document is the final expression of their agreement, and is the complete and exclusive statement of the terms and conditions; as indicated by the signatures of their respective duly authorized and empowered representatives below.

For and on behalf of
**Eclipse Aviation Corporation**

By: _____
Mr. Peter Reed
Senior Vice President

Date: __4/6/05__

By: _____
Mr. Edward M. Lundeen
Director, Contracts

Date: __4-6-05__

For and on behalf of
**OPINICUS Corporation**

By: _____
Mr. James R. Takats
President

Date: __April 6, 2005__

By: _____
Ms. Jennifer Frame
Senior Vice President

Date: __4-6-2005__

Initials: BUYER _____ OPINICUS _____



**PURCHASE AGREEMENT**



ECLIPSE
AVIATION

## Appendix A.1
## Technical Specification, Flight Training Device


Note: this page is intentionally blank.

The Parties have mutually agreed upon a technical specification as identified by "OPINICUS Corporation TECHNICAL SPECIFICATION" entitled "ECLIPSE 500 LEVEL 6 FLIGHT TRAININIG DEVICE PROGRAM" which is dated "April 4, 2005; Rev~" and is incorporated herein by reference.

54

Initials:  BUYER ___  OPINICUS ___





ECLIPSE
AVIATION

## Appendix A.2
## Technical Specification, Full Flight Simulator

Note: this page is intentionally blank.

The Parties have mutually agreed upon a technical specification as identified by "OPINICUS Corporation TECHNICAL SPECIFICATION" entitled "ECLIPSE 500 LEVEL D FULL FLIGHT SIMLAUTOR PROGRAM" which is dated "April 4, 2005; Rev-" and is incorporated herein by reference

Initials: BUYER _____ OPINICUS _____

 *Real Time Simulation Technologies* **OPINICUS** *Corporation*

**PURCHASE AGREEMENT**

 ECLIPSE
AVIATION

# Appendix B
# Confidentiality and Non-Disclosure Agreement

THIS Confidentiality and Non-Disclosure Agreement (herein "CNDA") is made and entered into as of the date last executed by and between Eclipse Aviation Corporation (herein referred to as "ECLIPSE"), a Delaware corporation, doing business at 2503 Clark Carr Loop SE, Albuquerque, NM 87106 and OPINICUS Corporation, a Florida corporation (herein referred to as "OPINICUS"), whose principal office is at 28870 U.S. Hwy. 19 N., Suite 400, Clearwater, Florida 33761. ECLIPSE and OPINICUS may also be referred to jointly as the Parties and individually as a Party.

WHEREAS, ECLIPSE wishes to disclose to OPINICUS certain proprietary technical information, ideas, and other business information relating to the aircraft program developed or being developed by ECLIPSE defined as Licensed Data under the Simulator Purchase Agreement (hereinafter the "Agreement") executed simultaneously with this CNDA which may or may not have been patented or constitute a basis of patentable inventions; and

WHEREAS, OPINICUS wishes to disclose to ECLIPSE certain proprietary technical information, ideas, and other business information relating to flight simulators and flight training devices developed or being developed by OPINICUS defined as Licensed Data under the Agreement which may or may not have been patented or constitute a basis of patentable inventions; and

WHEREAS, ECLIPSE and OPINICUS consider Licensed Data as proprietary and will so indicate it as such by appropriate stamp, mark, legend, verbal, or other notice;

WHEREAS the Parties agree that capitalized terms used in this CNDA shall have the meanings as established and defined in the Agreement; and

NOW THEREFORE, the Parties hereto do mutually agree as follows:

1.  Each Party will use its best efforts to keep in confidence, and not use or disclose to any person or persons, Licensed Data disclosed to it under the Agreement; provided, however, that neither Party shall be liable for use or disclosure of any Licensed Data if the same is:

    (a)  In the public domain at the time of disclosure, or is subsequently made available by the disclosing Party to the general public without restriction.
    (b)  Known by the receiving Party at the time of disclosure as evidenced by appropriate documentation or independently developed by the receiving Party.
    (c)  Used or disclosed with the prior written approval of the disclosing Party.
    (d)  Becomes known to the receiving Party without similar restrictions as to its use or disclosure from a source other than the disclosing Party.
    (e)  Becomes known pursuant to judicial action or Governmental regulations or requirements (other than as required by FAA certification), provided that the recipient of such data shall have notified the other Party.

2.  Except as provided in Article 8 of the Agreement. the furnishing of any materials hereunder, shall <u>not</u> be construed as granting, either expressly or by implication, estoppel or otherwise, any license

Initials: BUYER ____ OPINICUS ____



# PURCHASE AGREEMENT



ECLIPSE
AVIATION

under any invention or patent now or hereafter owned by or controlled by the Party furnishing the materials.

3.  It is agreed and understood by and between both Parties hereto that Licensed Data will not be disclosed to third Parties, including other divisions, licensees or subsidiaries, without receiving written permission from the Party whose Licensed Data is to be disclosed except as required for performance of the work, which disclosures shall be protected by a confidentiality non-disclosure agreement containing terms substantially similar to those contained herein and, otherwise, as provided in the Agreement.

4.  Each Party shall make disclosures only in accordance with the Export Laws of the United States of America and shall not export to any other country any Licensed Data it receives under the Agreement without first obtaining the permission of the disclosing Party and obtaining any required export licenses.

5.  All modifications to this CDNA shall be in writing and signed by duly authorized representatives of both companies.

6.  All notices and information shall be addressed:

| | |
|---|---|
| Eclipse Aviation Corporation | OPINICUS |
| Attention:  Peter Reed | Attention: James R. Takats |
| 2503 Clark Carr Loop SE | 28870 U.S. Hwy. 19 N., Suite 400, |
| Albuquerque, NM 87106 | Clearwater, Florida 33761 |

Each Party reserves the right to change its designation of authorized representative, should circumstances so require, and to notify the other Party, in writing, of any such changes.

7.  (a)  All proprietary technical information, ideas, and other business information relating to any Licensed Data disclosed hereunder shall be in writing and will be identified, in writing, as being Licensed Data.

    (b)  Oral communications which are considered proprietary by the originating Party and so identified shall be reduced to writing (e.g. a brief written description of the proprietary information) within (30) days and shall contain a notice thereon to the effect that any disclosure and use shall be subject to the terms and conditions of the Agreement and this CDNA.  Such orally disclosed information shall be given the protection afforded Licensed Data hereunder during said thirty (30) day period.

    (c)  All copies of Licensed Data shall contain a similar identification.

8.  This CDNA shall be governed by the laws of the State of New Mexico, USA.

9.  This Confidentiality Non-Disclosure Agreement (Appendix B) shall survive termination of the Agreement.

57

Initials:  BUYER _____  OPINICUS _____

## PURCHASE AGREEMENT



*Real Time*
*Simulation*
*Technologies*

**OPINICUS**
*Corporation*



**ECLIPSE**
**AVIATION**

IN WITNESS WHEREOF, the Parties have caused this CDNA to be executed by their duly authorized representatives.

**Eclipse Aviation Corporation**

By: _____

Mr. Peter Reed
Senior Vice President

Date: __4/6/05__

**OPINICUS Corporation**

By: _____

Mr. James R. Takats
President

Date: __April 6, 2005__



58

Initials: BUYER _____ OPINICUS _____



**PURCHASE AGREEMENT**



**ECLIPSE**
**AVIATION**

# Appendix C
# Certificate of Conformance

**COC Event Title:**
**COC Event Date:**

**Project Description:** _____
**Contract Designation:**
**Contract Date:**

**Statement(s) of Conformance:**
*<a statement that the event has been achieved in accordance with the requirements of the purchase agreement or purchase order>*
*<a further statement that in OPINICUS' determination the event has been completed (with any exceptions listed below) and that the associated event milestone has been satisfied.*

**Exceptions:**
*<If applicable provide a list of any know exceptions or outstanding issues>*

**Remarks/References:**
*<If applicable provide remarks and/or references>*

The above reference changes are hereby agreed upon and authorized. The change order shall be performed under the same terms and conditions specified in the Agreement unless stipulated otherwise.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

**Eclipse Aviation Corporation**

By: _____

Name: _____

Title: _____

Date: _____

**OPINICUS Corporation**

By: _____

Name: _____

Title: _____

Date: _____

59

Initials:  BUYER _____ OPINICUS _____



**PURCHASE AGREEMENT**



ECLIPSE
AVIATION

## Appendix D
## Change Order

| | |
|---|---|
| Change Order Title: | |
| Change Order Date: _____ | Change Order No: <u>&lt;2 digit #&gt;</u> |
| | |
| Project Description: _____ | |
| Agreement Number/Designation: | |
| Agreement Date: | |

The Scope of Work to be performed in the above referenced Agreement is modified as follows:

<u>Nature of Change:</u>

<u>Purchase Agreement/Specification Change:</u>
*<If applicable, specify the document, article, subsection, page, attachment, etc… to be modified.*
*Note: Change pages to a document should be attached to this Change Order>*

<u>Schedule Change:</u>
*<If applicable provide details as to any impact to the Program Schedule>*

<u>Remarks/References:</u>
*<If applicable provide remarks and/or references>*

<u>This Change Order requires prior or concurrent acceptance of the following COFs:</u>
*<If applicable provide other Change Orders required by this Change Order>*

<u>Price for Change Order:</u>
Total change in price:            $ _____      US Funds

The above referenced changes are hereby agreed upon and authorized.  The change order shall be performed under the same terms and conditions specified in the Agreement unless stipulated otherwise.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

**Eclipse Aviation Corporation**                    **OPINICUS Corporation**

By: _____                By: _____

Name: _____                Name: _____

Title: _____                Title: _____

Date: _____                Date: _____

60

Initials:  BUYER  _____  OPINICUS  _____



**PURCHASE AGREEMENT**



ECLIPSE
AVIATION

# Appendix E
# Discrepancy Report (DR)

Note: this page is intentionally blank.

This is intended to be a "free form" document for the recording discrepancies, if any, as they are identified.

Initials: BUYER _____ OPINICUS _____



# PURCHASE AGREEMENT



ECLIPSE
AVIATION

## Appendix F
## Warranty Claim

### REQUEST FOR
### RETURN MATERIAL AUTHORIZATION (RMA)

OPINICUS Corporation will make arrangements for the repair of the failed component which is under a valid warranty.

Please fill out as much information as possible and Fax to OPINICUS Corporation to receive your Return Material Authorization number. OPINICUS will process your request and reply by providing you with a RMA number, which will be used as a future Reference number and for tracking the status of your claim. If OPINICUS rejects your claim, an explanation will be provided.

Part Number:

Part Serial Number:

Part Name:

Date of Failure:

Detailed Description of Discrepancy:

Eclipse Aviation

Name:

Phone / Fax:

Contact / email:

## PLEASE FAX TO OPINICUS CORPORATION
Fax Number 727.799.4645

| For OPINICUS Corporation Use Only | _____ |
| --- | --- |
| OPINICUS Corporation RMA Number | _____ |
| Manufacturers' RMA Number | _____ |

62

Initials: BUYER _____ OPINICUS _____





# Appendix G
# Training Syllabus/Curriculum

Note: this page was blank at the time of execution but will be superseded and replaced by a mutually agreed Appendix which will be duly initialed by the Parties.

Initials: BUYER _____ OPINICUS _____

*Real Time*
*Simulation*
*Technologies*
**OPINICUS**
*Corporation*




ECLIPSE
AVIATION

## Appendix H
## Eclipse 500 Staffing Plan

Note: this page was blank at the time of execution but will be superseded and replaced by a mutually agreed Appendix which will be duly initialed by the Parties.

Initials:  BUYER          OPINICUS



*Real Time*
*Simulation*
*Technologies*
**OPINICUS**
*Corporation*



ECLIPSE
AVIATION

## Appendix I
## Buyer Furnished Equipment and Data

Note: this page was blank at the time of execution but will be superseded and replaced by a
mutually agreed Appendix which will be duly initialed by the Parties.

Initials:  BUYER _____  OPINICUS _____



*Real Time
Simulation
Technologies*

**OPINICUS**
*Corporation*



ECLIPSE
AVIATION

# CHANGE ORDER # 5702-0005
# LEVEL D FFS #3

To

# PURCHASE AGREEMENT
### PURCHASE AGREEMENT NO. 5702-0000

# ECLIPSE 500 FULL FLIGHT SIMULATORS, FIXED BASE SIMULATORS AND FLIGHT TRAINING DEVICE

For

### Eclipse Aviation Corporation
**2503 Clark Carr Loop SE
Albuquerque, NM 87106**

By

### OPINICUS Corporation
**1827 NorthPointe Parkway
Lutz, Florida 33558 U.S.A.**

Date

June 26, 2006



*Real Time*
*Simulation*
*Technologies*

**OPINICUS**
*Corporation*

# PURCHASE AGREEMENT



**ECLIPSE**
AVIATION

# Change Order

| | |
|---|---|
| **Change Order Title:** FFS#3 Program Schedule Definition | |
| **Change Order Date:** June 26, 2006 | **Change Order No:** 0005 |
| **Project Description:** Eclipse 500 Program | |
| **Agreement Number/Designation:** OP5702-0000 | |
| **Agreement Date:** April 6, 2005 | |

The Scope of Work to be performed in the above referenced Agreement is modified as follows:

**Nature of Change:**
The Eclipse 500 FFS#3 Project was kicked off and this resulted in a defined FFS#3 Program Schedule.

**Purchase Agreement/Specification Change:**
Purchase Agreement Addendum A.4 is defined.

**Schedule Change:**
Schedule defined and included in Addendum A.4 rev A. It is contingent on the timely availability of BFD and BFE.

**Remarks/References:**
none

**This Change Order requires prior or concurrent acceptance of the following COFs:**
N/A

**Price for Change Order:**
Total change in price: $N/A US Funds

---

The above referenced changes are hereby agreed upon and authorized. The change order shall be performed under the same terms and conditions specified in the Agreement unless stipulated otherwise.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

**Eclipse Aviation Corporation**

By: _____

Name: Andrew Kaun for Peter Reed

Title: Director Finance

Date: 7/4/06

**OPINICUS Corporation**

By: _____

Name: James R. Takats

Title: PRESIDENT

Date: 7/10/06

*Real Time*
*Simulation*
*Technologies*

**OPINICUS**
*Corporation*



ECLIPSE
AVIATION

# Addendum A.4 Rev A

## COST, PAYMENT & PROGRAM MILESTONES;
## ECLIPSE 500, LEVEL D, FULL FLIGHT SIMULATOR #3

## PURCHASE AGREEMENT NO. OP – 5702-0000

Initials: BUYER *SM* OPINICUS *TRS*

*Real Time Simulation Technologies*

**PURCHASE AGREEMENT**
**Addendum A.4**



**OPINICUS**
*Corporation*

**ECLIPSE**
AVIATION

## 1.0 DEFINITIONS

In addition to the terms defined in Article 1.0, Subsection 1.1, <u>Certain Defined Terms</u> of the Purchase Agreement, the following terms in this Addendum shall have the meanings respectfully assigned to them.

### 1.1 CERTAIN DEFINED TERMS

"Contract Award"

shall mean the signing of the Purchase Agreement for the Flight Training Device(s) and Simulator(s) by both parties.

"Program Start"

shall mean the start date of the Full Flight Simulator #2 Program as defined in Article 3.0, Subsection 3.2: <u>Schedule of Payments.</u>

"Critical Design Review (CDR) Complete"

shall mean the successful completion of a formal critical design review whereby OPINICUS formally presents the details of the design of the Simulator to BUYER, and the subsequent formal acceptance of the design by the BUYER via the execution of a Certificate of Conformance.

"Power On"

shall mean a demonstration that the cockpit of the Simulator has power applied to the main instruments, displays, avionics, and panels, and that the new HOST computer and HOST simulation software can substantially communicate with these cockpit components. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance.

"Program Management Review (PMR) Complete"

shall mean the successful completion of a formal Program Management Review whereby OPINICUS formally presents the hardware and software status of the Simulator to the BUYER, and the subsequent formal acceptance that the Simulator Program is on schedule. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance.



| "Start Major Subsystem Installation" | shall mean the Cockpit, Motion Baseframe, AFT Hut are substantially complete and that OPINICUS is beginning to install Major Subsystems such as the HOST, Cockpit Interface System, Power Distribution System, and Cockpit Panels. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
|---|---|
| "Submit Final FAA QTG" | shall mean the successful submittal of the FAA QTG to the BUYER. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Ready For Training" or "RFT" | shall mean that the Simulator is ready for training as provided in Article 7.0, Subsection 7.6, of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |
| "Reliability Demonstration Complete" | shall mean the successful completion of a 90 day reliability demonstration which shall be satisfied when the Simulator's average percent reliability, over 90 consecutive days, is greater than 99%, as per the requirements set forth in Article 7.0, Subsection 7.7 of the Agreement. The successful achievement of this milestone will be documented via the execution of a Certificate of Conformance. |

## 2.0 SUBJECT MATTER OF SALE

### 2.1 PURCHASE AND SALE

In consideration for the Purchase Price set forth in Article 3.0, Subsection 3.1 Purchase Price of this Addendum, OPINICUS shall develop, produce, sell, and deliver the Eclipse 500 Level D Simulator and perform Services for the Eclipse 500 Simulator in accordance with the terms and conditions of this Agreement. The Simulator shall be produced and provided in accordance with the schedule milestones provided in Article 4.0, Subsection 4.1 Program Milestones of this Addendum.

### 2.2 SIMULATOR SCOPE OF SUPPLY

OPINICUS shall provide the Level D Simulator for the Eclipse 500 as per the Technical Details and Scope of Supply as defined in Appendix A.2; Simulator Technical Specification of this Agreement. This includes, but is not limited to, the following cost elements:

*Real Time*
*Simulation*
*Technologies*


**OPINICUS**
*Corporation*

**PURCHASE AGREEMENT**
**Addendum A.4**



**ECLIPSE**
**AVIATION**

a) Engineering, design, procurement, project management and manufacturing of the Equipment, Services and software.
b) Disassembling, packaging, shipment (via ground transportation), and in-transit insurance of Equipment to BUYER's Training Center; FOB Destination with freight prepaid and allowed.
c) On Site Assembly, installation, acceptance, & FAA Qualification of the Equipment.
d) All required technical publications, documentation and Training Syllabus to be provided in U.S. English language.
e) Operational and maintenance training for the Equipment.

## 3.0 PRICE AND PAYMENT

### 3.1 PURCHASE PRICE

The Purchase Price for the Eclipse 500 Level D Simulator, identified in Article 2.0, <u>Subject Matter Of Sale</u> of this Addendum is Four Million, Six Hundred Thousand Dollars US ($4,600,000) and shall be paid by BUYER to OPINICUS in accordance with the payment terms set forth in Subsection 3.2, <u>Schedule of Payments</u> herein and Article 3.0, <u>Price and Payment</u> of the Purchase Agreement.

### 3.2 SCHEDULE OF PAYMENTS

The Purchase Price set forth in Subsection 2.1 <u>Purchase Price</u> herein, shall be paid by BUYER to OPINICUS in accordance with the following payment schedule.  The Program Start date for the FFS #3 is defined as the date which the "certification aircraft has successfully flown the entire flight envelope" as determined by the BUYER.

| ID | Amount | Description | Percent |
|---|---|---|---|
| A1 | $ 690,000 | Upon Program Start Date | 15% |
| A2 | $ 690,000 | Upon Critical Design Review Complete | 15% |
| A3 | $ 690,000 | Upon Program Management Review Complete | 15% |
| A4 | $ 690,000 | Upon Start Major Subsystem Installation | 15% |
| A5 | $ 230,000 | Upon Power On | 5% |
| A6 | $ 460,000 | Upon In-Plant Buyer Acceptance | 10% |
| A7 | $ 230,000 | Upon Start On Site Installation | 5% |
| A8 | $ 230,000 | Upon Final FAA QTG Submittal | 5% |
| A9 | $ 460,000 | Upon RFT | 10% |
| A10 | $ 230,000 | Upon Successful Reliability Demo | 5% |
| **Total** | **$4,600,000.00** | **Total FFS #3 Program Payments** | **100.00%** |

*Real Time*
*Simulation*
*Technologies*

**OPINICUS**
*Corporation*

PURCHASE AGREEMENT
Addendum A.4



ECLIPSE
AVIATION

# 4.0 SIMULATOR PROGRAM MILESTONES

### 4.1 PROGRAM MILESTONES

The following information provides the identification of the Program Milestones for the Eclipse 500 Level D Simulator Program.

| EVENT DESCRIPTION | DATE |
|---|---|
| Program Start | 7-31-06 |
| Buyer Furnished Data Delivery | 8-07-06 |
| Critical Design Review (CDR) Complete | 9-29-06 |
| Program Management Review (PMR) Complete | 11-27-06 |
| Buyer Furnished Equipment Delivery | 1-08-07 |
| Start Major Subsystem Installation | 2-19-07 |
| Power On | 3-30-07 |
| Complete Offline Test | 3-30-07 |
| Systems Acceptance Test Procedure Submittal | 4-23-07 |
| In-Plant Buyer Acceptance | 5-25-07 |
| Start Teardown Pack & Ship | 5-28-07 |
| Start of On Site Installation @ United | 6-18-07 |
| Final FAA Qualification Test Guide Submit | 8-3-07 |
| Start On Site Buyer Acceptance | 8-6-07 |
| RFT - Complete FAA Qualification | 8-23-07 |
| Successful Reliability Demonstration | 11-22-07 |

# 5.0 CRITICAL MILESTONES

### 5.1 CRITICAL MILESTONES (BUYER)

| EVENT DESCRIPTION | DATE |
|---|---|
| Buyer Furnished Data Delivery, as per Appendix I | 8-07-06 |
| Buyer Furnished Equipment Delivery, as per Appendix I | 1-08-07 |

### 5.2 CRITICAL MILESTONES (OPINICUS)

| EVENT DESCRIPTION | DATE |
|---|---|
| In-Plant Buyer Acceptance | 5-25-07 |
| RFT - Complete FAA Qualification | 8-23-07 |



# PURCHASE AGREEMENT
## Addendum A.4



ECLIPSE
AVIATION

IN WITNESS WHEREOF, the Parties have executed this Addendum on the first date written below, agree this document is the final expression of their agreement, and is the complete and exclusive statement of the terms and conditions; as indicated by the signatures of their respective duly authorized and empowered representatives below.

For and on behalf of
**Eclipse Aviation Corporation**

For and on behalf of
**OPINICUS Corporation**

By: _C. V. K_ (Andrew Kamm)
for Mr. Peter Reed
Senior Vice President

Date: _7/4/06_

By: _James R. Takats_
Mr. James R. Takats
President

Date: _7/10/06_

By: _Edm. M_
Mr. Edward M. Lundeen
Director, Contracts

Date: _7/7/06_

By: _Jennifer Frame_
Ms. Jennifer Frame
Senior Vice President

Date: _7/10/2006_

Initials:  BUYER _JM_  OPINICUS _JRT_



*Real Time*
*Simulation*
*Technologies*

**OPINICUS**
*Corporation*



**ECLIPSE**
AVIATION

# CHANGE ORDER # 5702-0007
### (SIM#1 Motion System Hardware Program)

To

# PURCHASE AGREEMENT
### PURCHASE AGREEMENT NO. 5702-0000

## ECLIPSE 500 FULL FLIGHT SIMULATORS, FIXED BASE SIMULATORS AND FLIGHT TRAINING DEVICE

For

### Eclipse Aviation Corporation
2503 Clark Carr Loop SE
Albuquerque, NM 87106

By

### OPINICUS Corporation
1827 NorthPointe Parkway
Lutz, Florida 33558 U.S.A.

Date

**March 14, 2008**



*Real Time*
*Simulation*
*Technologies*
**OPINICUS**
*Corporation*

# PURCHASE AGREEMENT



**ECLIPSE**
AVIATION

# Change Order

| | | | |
|---|---|---|---|
| **Change Order Title:** | Sim#1 – Motion Hardware | | |
| **Change Order Date:** | March 14, 2008 | **Change Order No:** | 0007 |
| | | | |
| **Project Description:** | Eclipse 500 Program | | |
| **Agreement Number/Designation:** | OP5702-0000 | | |
| **Agreement Date:** | April 6, 2005 | | |

The Scope of Work to be performed in the above referenced Agreement is modified as follows:

**Nature of Change:**
The Eclipse 500 Level 6 Fixed Base Simulator, also designated Sim#1, will be upgraded to a Level D Full Flight Simulator, by adding an Electric Motion System, sound updates as well as other Software updates required for Level D Qualification, including a Level D QTG, and Level D Qualification support. This Change Order covers the Motion System Vendor Hardware ONLY which is a long lead item. The Level D Upgrade itself will be covered by another Change Order.

**Purchase Agreement/Specification Change:**
Addition of Purchase Agreement Addendum A.4

**Schedule Change:**
N/A

**Remarks/References:**
N/A

**This Change Order requires prior or concurrent acceptance of the following COFs:**
N/A

**Price for Change Order:**
Total change in price: $ 802,224. US Funds

The above referenced changes are hereby agreed upon and authorized. The change order shall be performed under the same terms and conditions specified in the Agreement unless stipulated otherwise.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

| **Eclipse Aviation Corporation** | **OPINICUS Corporation** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: Brian Castle | Name: JAMES R. TAKATS |
| Title: VP & General Counsel | Title: PRESIDENT |
| Date: March 17, 2008 | Date: March 18, 2008 |

*Real Time*
*Simulation*
*Technologies*

**PURCHASE AGREEMENT**



 **OPINICUS**
*Corporation*

ECLIPSE
AVIATION

## Addendum A.4

## COST, PAYMENT & PROGRAM MILESTONES;
## SIM#1 MOTION SYSTEM HARDWARE PROGRAM


## PURCHASE AGREEMENT NO. OP – 5702-0000

 
## 1.0    DEFINITIONS

In addition to the terms defined in Article 1.0, Subsection 1.1, <u>Certain Defined Terms</u> of the Purchase Agreement, the following terms in this Addendum shall have the meanings respectfully assigned to them.

### 1.1    CERTAIN DEFINED TERMS

"Contract Award"                shall mean the signing of the Purchase Agreement for the Flight Training Device(s) and Simulator(s) by both parties.

"Program Start"                shall mean the start date of the SIM#1 Motion System Hardware Program as defined in Article 3.0, Subsection 3.2: <u>Schedule of Payments.</u>

"Fixed Base Simulator" or "FBS"                shall mean the BUYER's Eclipse 500 fixed base simulator, manufactured by OPINICUS, owned and operated by BUYER.  The technical specification of the FBS is based on the technical specification of the Full Flight Simulator, however without a motion system and weather radar, and only qualified as a level 6 FTD.

Initials:  BUYER _____  OPINICUS _____

*Real Time*
*Simulation*
*Technologies*



**PURCHASE AGREEMENT**




ECLIPSE
AVIATION

## 2.0    SUBJECT MATTER OF SALE

### 2.1    PURCHASE AND SALE

In consideration for the Purchase Price set forth in Article 3.0, Subsection 3.1 Purchase Price of this Addendum, OPINICUS shall procure electric Motion System Hardware for the Eclipse 500 Sim#1.  This Motion System Hardware will be utilized in an upcoming Eclipse 500 FBS to FFS Level D Upgrade which will be done in accordance with the terms and conditions of this Agreement and a future Change Order.  The Sim#1 Motion System Hardware procurement shall be provided in accordance with the schedule milestones provided in Article 4.0, Subsection 4.1 Program Milestones of this Addendum.

### 2.2    SIM#1 MOTION SYSTEM HARDWARE SCOPE OF SUPPLY

OPINICUS shall provide the Level D Motion System Hardware (intended to be utilized on a future Upgrade of the Fixed Base Simulator (designated Sim#1) to a Level D FFS.  This system is per the Technical Details and Scope of Supply as defined in Appendix A.2; Full Flight Simulator Technical Specification of this Agreement.  This includes, but is not limited to, the following cost elements:

a)  Engineering, design, procurement, project management and manufacturing of the Equipment, Services and software.

b)  Disassembling, packaging, shipment (via ground transportation), and in-transit insurance of Equipment to BUYER's Training Center; FOB Destination with freight prepaid and allowed.

c)  All required Motion System technical publications, documentation





ECLIPSE
AVIATION

## 3.0    PRICE AND PAYMENT

### 3.1    PURCHASE PRICE

The Purchase Price for the Eclipse 500 Level D SIM#1 Motion System Hardware is,
identified in Article 2.0, <u>Subject Matter Of Sale</u> of this Addendum is Eight Hundred and Two
Thousand and Two Hundred and Twenty Four Dollars US ($ 802,224.) and shall be paid by
BUYER to OPINICUS in accordance with the payment terms set forth in Subsection 3.2,
<u>Schedule of Payments</u> herein and Article 3.0, <u>Price and Payment</u> of the Purchase Agreement.

### 3.2    SCHEDULE OF PAYMENTS

The Purchase Price set forth in Subsection 2.1 <u>Purchase Price</u> herein, shall be paid by
BUYER to OPINICUS in accordance with the following payment schedule.  The Program
Start date for the SIM#1 Motion System Hardware Program is anticipated to be as shown in
the SIM#1 Motion System Hardware Program Milestones in Subsection 4.1 below.

| ID | Amount | Description | Percent | Estimated Payment Dates* |
|----|--------|-------------|---------|--------------------------|
| A1 | $280,779 | Upon Program Start (Due at Motion Hardware Program Contract Award) | 35% | 17-Mar-08 |
| A2 | $280,779 | 3 months APS | 35% | 19-Jun-08 |
| A3 | $240,667 | Upon Delivery of Motion Hardware @ ABQ | 30% | 8-Sep-08 |
| Total | $  802,224 | Total Upgrade Program Payments | 100.00% | |

*NOTE:  Payments received after the due date will incur addition late charges.  The
outstanding balance shall accrue interest on the unpaid amount at the rate of one and one half
percent, 1 1/2 %, per month from the due date.

Initials:  BUYER ____  OPINICUS _JRJ_

 **PURCHASE AGREEMENT**



*Real Time Simulation Technologies*

**OPINICUS** *Corporation*

ECLIPSE
AVIATION

# 4.0    FLIGHT TRAINING DEVICE PROGRAM MILESTONES

### 4.1    PROGRAM MILESTONES

The following information provides the identification of the Program Milestones for the Eclipse 500 SIM#1 Motion System Hardware Program.  Milestones are defined as months After Program Start (APS):

| EVENT DESCRIPTION | MONTHS APS | DATE |
|---|---|---|
| Upon Program Start (Due at Contract Award) | 0 | 17-Mar-08 |
| Upon Delivery of Motion Hardware @ ABQ | 5.5 | 8-Sep-08 |

# 5.0    CRITICAL MILESTONES

### 5.1    CRITICAL MILESTONES (BUYER)

| EVENT DESCRIPTION | MONTHS APS | DATE |
|---|---|---|
| N/A | | |
| N/A | | |

### 5.2    CRITICAL MILESTONES (OPINICUS)

| EVENT DESCRIPTION | MONTHS APS | DATE |
|---|---|---|
| Upon Delivery of Motion Hardware @ ABQ | 5.5 | 8-Sep-08 |

Rev A

5

Initials:  BUYER _____  OPINICUS _____