UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ECLIPSE AVIATION CORPORATION[1] | Case No.: 08-13031 (MFW) |
| Debtors. | (Jointly Administered) |

DECLARATION OF BRENT C. WILLIAMS IN SUPPORT OF APPLICATON FOR ORDER AUTHORIZING EMPLOYMENT OF CHANIN CAPITAL PARTNERS LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ECLIPSE AVIATION CORPORATION
<u>NUNC PRO TUNC TO DECEMBER 8, 2008</u>

Brent C. Williams, under penalty of perjury, hereby declares as follows:

1. I am a Managing Director at Chanin Capital Partners LLC ("Chanin"), a professional services firm engaged in the business of providing financial advisory and related professional investment banking services, the corporate parent of which is Duff & Phelps, LLC ("D&P"). I submit this affidavit on behalf of Chanin in support of the Application (the "Application")[2] for Order Authorizing Employment of Chanin Capital Partners LLC as Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee") of Eclipse Aviation Corporation *nunc pro tunc* to December 8, 2008, and certain of its subsidiaries and affiliates and debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") pursuant to sections 328(a) and 1103 of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Eclipse Aviation Corporation (9000); Eclipse IRB Sunport, LLC (4013). The Debtors' corporate offices are located at 2503 Clark Carr Loop, SE, Albuquerque, NM 87106. The Debtors' corporate offices are located at 2503 Clark Carr Loop, SE, Albuquerque, NM 87106.

2 Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

(as amended, the Bankruptcy Rules") and Rule 2014-1 of the Local Rules of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.

## QUALIFICATIONS OF PROFESSIONALS

2. The Committee has selected Chanin as its financial advisor because of the firm's diverse experience and extensive knowledge in corporate restructurings and business reorganizations.

3. The Committee believes that Chanin is well qualified and uniquely able to provide financial advisory services to it in these cases in an efficient manner. Moreover, Chanin has advised debtor and creditor committees in numerous restructuring transactions, including some of the largest and most complicated cases. Some of Chanin's more prominent recent creditor committee representations were in the following chapter 11 cases:

> Allied Holdings
> BHM Technologies Holdings, Inc.
> Birch Telecom, Inc.
> Citation Corporation
> Cable & Wireless USA, Inc.
> Collins & Aikman Corporation
> Dura Automotive Systems, Inc.
> Global Power Equipment Group, Inc.
> Neoplan USA
> O'Sullivan Industries
> Scotia Development LLC
> Washington Group International

4. The Committee needs assistance in collecting and analyzing financial and other information in relation to these Chapter 11 cases. Chanin has considerable

2

experience with rendering such services to committees and other parties in numerous Chapter 11 cases. As such, Chanin is qualified to perform the work required in these cases.

## SERVICES TO BE RENDERED

5. The Committee anticipates that Chanin may render the following services in these cases:

(a) Review and analyze the Debtors' operations, financial condition, business plan, strategy, and operating forecasts;

(b) Analyze any merger, divestiture, joint-venture, or investment transaction;

(c) Assist in the determination of an appropriate go-forward capital structure for the Debtors;

(d) Assist the Committee in developing, evaluating, structuring and negotiating the terms and conditions of a restructuring or Chapter 11 Plan (the "Plan"), including the value of the securities or other non-cash consideration, if any, that may be issued to the Committee under any such restructuring or Plan;

(e) Provide testimony, as necessary, before the bankruptcy court; and

(f) Provide the Committee with other appropriate general restructuring advice and litigation support.

6. Subject to this Court's approval of the Application, Chanin is willing to serve as the Committee's financial advisor and to perform the services described above.

## DISINTERESTEDNESS OF PROFESSIONALS

7. Based upon the information supplied by Committee counsel, Chanin conducted an extensive review ("Conflict Check") of Chanin's and D&P's databases

("Connections Databases") to ascertain whether Chanin had any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party in interest herein or their respective attorneys or accountants, to the extent any such entities were known at such time (the "Case Parties").

8. Attached hereto as <u>Schedule 1</u> is a list of Case Parties that were checked against the firms' Connections Databases, and then manually reviewed to identify any matters on which work was performed in the last 3 years. The list of Case Parties included the following categories of parties: Debtors and Affiliates; Officers and Directors; Letter of Credit Issuers/Beneficiaries; Secured Lenders; Ordinary Course Professionals; Indenture Trustee; Contracts (Significant Counterparties); Insurance Providers; Significant Customers; Significant Vendors; and Utilities.

9. In addition, the Case Parties list was emailed or otherwise circulated to all Chanin professionals for further review, for the purpose of identifying connections.

10. A copy of the results of Chanin's Conflict Check is annexed hereto as <u>Schedule 2</u>.

11. Based on the Conflict Check described above, Chanin does not represent any other entity having an adverse interest in connection with these cases, and does not represent or hold an interest adverse to the interests of the estates with respect to the matter on which Chanin will be employed, in accordance with Section 328(c) and 1103(b) of the Bankruptcy Code.

12. To the best of my knowledge and except as set forth on <u>Schedule 2</u> attached hereto, (a) Chanin has no connections with the Debtors, creditors, and any other party-in-interest, or their respective attorneys and accountants; and (b) the Chanin professionals working on this matter are not relatives of the United States Trustee

of the District of Delaware or any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.

13. Chanin has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles.

14. Moreover, Chanin has a well-known reorganization and restructuring practice, which encompasses the representation of many investors, financial institutions and other persons or entities, some of which may become creditors or parties in interest including, without limitation, potential acquirers of the Debtors' assets in these Chapter 11 cases. Furthermore, as part of its practice, Chanin appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties in interest, or themselves be creditors or parties in interest in these Chapter 11 cases. Chanin has not and will not represent any of these creditors, investors, potential acquirers, parties in interest, attorneys, accountants, financial advisors, or any other entity in connection with these Chapter 11 cases.

15. Chanin has represented, currently represents, and may represent in the future the entities as described in Schedule 2 as clients (or their affiliates), in matters unrelated to the Debtors. Also, Chanin represents, in unrelated matters, numerous entities, including entities listed on Schedule 2 that buy and sell distressed debt of Chapter 11 debtors. Because distressed bank and note debt is actively traded in the commercial markets, Chanin may be unaware of the actual holder of such debt at any given moment.

16. Contained in Schedule 2 is a list of entities having current or recent relationships with D&P (in unrelated matters), with which Chanin has established an ethical wall in these cases (*i.e.* no sharing of information, personnel and facilities).

17. Chanin will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning connections is discovered.

18. Notwithstanding the above, I believe Chanin is a disinterested person, and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Chanin is being employed, as required by Section 328(c) of the Bankruptcy Code.

### PROFESSIONAL COMPENSATION

19. In accordance with Section 504 of the Bankruptcy Code, I hereby state that there is no agreement or understanding between Chanin and any other entity for the sharing of compensation received or to be received for services rendered in connection with these cases. These cases are likely to raise complex issues and the Committee will require financial advisors with extensive experience in insolvency and bankruptcy cases.

20. Chanin intends to apply to the Court for the reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Chanin has agreed to accept as compensation such sums as may be allowed by the Court. Chanin understands that interim awards are subject to final approval by this Court.

21. The flat monthly rate of $125,000 to be charged to the Committee by Chanin is set within the range of compensation as compared to other professional services

firms providing similar financial advisory and related investment banking services. It is Chanin's policy to charge its clients in all areas of practice for all other expenses incurred in connection with each client's engagement. The expenses charged to clients include, but are not limited to, reasonable travel expenses, computer and research charges, messenger services, and long distance telephone calls incurred by Chanin in connection with the services to be provided to the Committee. Chanin will charge for these expenses in a manner and at rates consistent with charges made generally to Chanin's bankruptcy and non-bankruptcy clients in a manner consistent with the Local Rules.

22. Chanin, like other investment banking firms, is not in the general practice of maintaining detailed time records similar to those customarily kept by attorneys. Chanin's restructuring professionals do as a practice, and in the Debtors' cases will as a practice, keep time records detailing and describing their daily activities, the identity of persons who performed such tasks and the amount of time expended on a daily basis. Chanin will record its time in increments of 1/2 of one hour. It is hereby requested that Chanin be authorized to file its fee applications in accordance with the streamlined time recording format outlined above.

23. Based upon the foregoing, I respectfully submit that the requirements for the Committee's retention of Chanin have been met.

I have read the Application, and to the best of my knowledge, information and belief, the contents of said Application are true and correct.

Executed on December 30, 2008

Executed on December 11, 2008

_____
Brent C. Williams
Managing Director

SWORN TO AND SUBSCRIBED before me, a notary public on this __11th__ day of __December__, 2008.

_____
Notary Public

ELIZABETH RAJU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6046900
Qualified in New York County
Commission Expires August 21, 2010

# SCHEDULE 1

**Directors and Officers:**

Roel Pieper
Alfred E. Mann
Kent Kresa
Daniel Bolotin
Harold "Red" Poling
Bruce Castle
J. Mark Borseth
Mike McConnell
Oliver Masefield
Ed Lundeen
Patrick Duffy
Todd Fierro
Andrew Kamm
Roy Barratt
John Ricciardelli
Tina Rulo
Andy Vikta

**Significant Equity:**

ETIRC Aviation, S.a.r.l.
Cascade Investment LLC
AEM 18%, LLC
AEM 9%, LLC
Alfred E. Mann Living Trust dated 04/09/99
BioMed Partners II, LLC
BioMed Partners, LLC
New Mexico State Investment Council Severance Tax Permanent Fund

**Noteholders:**

Blue Sky Network LLC (JBJK)
Daniel J. McElroy
Eric M. Kobren & Catherine S. Kobren
Global Light Industrial (Enrique Sol Mesa)
James Teng
Jeffrey & K. Dembicki Rubenstein
Swiss Re Financial Products Corporation
Texas Eclipse Group, LLC
ValueQuest Partners LLC
Alfred E. Mann Living Trust dated 04/09/99
Amida Partners Master Fund, Ltd.
Basso Fund Ltd.
Basso Holdings Ltd.

Basso Multi-Strategy Holding Fund Ltd.
Blue Sky Network LLC (JBJK)
Brian L. Mitteldorf
Brook J. Lenfest
Carl Ernest Geisert & Mylan Hughes Geisert
Citadel Horizons S.á.r.l.
Citadel Investment Group LLC
Daniel J. McElroy
DKR Capital
Eric M. Kobren & Catherine S. Kobren
Global Light Industrial (Enrique Sol Mesa)
HBK Master Fund L.P.
Invescorp Interlachen
Irell & Manella LLP, as Trustee
James Teng
Jeffrey & K. Dembicki Rubenstein
JP Morgan Securities Limited
Kings Road Investments Ltd.
Klabunde Revocable Trust
Lars Thuesen
Lloyd H. Marcum, DDS
Melinda Mason
Monte & Usha Family Trust
Morgan Stanley & Co, Incorporated
NMSIC Focused L.L.C.
O-Connor Global Convertible Arbitrage Master Limited
O'Connor PIPES Corporate Strategies Master Limited
PAR Investment Partners, L.P.
Parker Family Ltd Partnership
Rapid Prototypes
Richard Rogel Trust
Sand Hill Sakura Cayman Fund, LP
Sand Hill Sakura Fund, LP
Sandelman Partners
Sandelman Partners Multi-Strategy Master Fund, Ltd.
Seneca Capital II LP
Seneca Capital International Limited
Seneca Capital LP
Sierra Grande Enterprise, LLC
Silver Oak Capital, LLC
Silver Point Capital Fund LP
Silver Point Capital Offshore Fund
Swiss Re Financial Products Corporation
Tempo Master Fund LP
Tempo Masterfund

Texas Crescent Family Limited Partnership
Texas Eclipse Group, LLC
The Mitteldorf Family Trust Dated 8-8-88
UBS Securities LLC
ValueQuest Partners LLC
William Luterman

**Collateral Agent:**

The Bank of New York Mellon

**20 Largest Unsecured Creditors:**

Kings Road Investments Ltd.
HBK Master Fund L.P.
Citadel Horizons S.á.r.l.
Fuji Heavy Industries Ltd.
Hampson Aerospace, Inc.
Pratt & Whitney Canada Corp.
UBS Securities LLC
Silver Oak Capital, LLC
PAR Investment Partners, L.P.
Citadel Investment Group LLC
Morgan Stanley & Co, Incorporated
Tempo Master Fund LP
Sandelman Partners Multi-Strategy Master Fund, Ltd.
Seneca Capital International Limited
UT Finance Corporation
DKR Capital
Investcorp Interlachen
Sandelman Partners
Seneca Capital LP
Albany Engineered Composites, Inc.

**Professionals:**

Goodwin Procter LLP
Greenhill & Co., LLC
Kurtzman Carson Consultants LLC
McDermott, Will & Emery LLP
Young Conaway Stargatt & Taylor, LLP

# SCHEDULE 2

## CHANIN CAPITAL PARTNERS

## CONFLICT CHECK

| PARTY IN INTEREST | RELATIONSHIP TO CHANIN |
|---|---|
| | |
| Basso Fund Ltd., Basso Holdings Ltd., Basso Multi-Strategy Holding Fund Ltd. (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| HBK Master Fund (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Irell & Manella LLP, as Trustee | Working or worked with or against on other engagements in wholly unrelated matters. |
| JP Morgan Securities Limited (or related entities) | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Morgan Stanley & Co. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Silver Point Capital Fund, Silver Point Capital Offshore Fund | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| UBS Securities LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| The Bank of New York Mellon | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goodwin Proctor LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Greenhill & Co., LLC | Working or worked with or against on other engagements in wholly unrelated matters. |
| Kurtzman Carson Consultants LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| McDermott, Will & Emery LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Young Conaway Stargatt & Taylor, LLP | Working or worked with or against on other engagements in wholly unrelated matters. |

# DUFF & PHELPS (PARENT COMPANY OF CHANIN CAPITAL PARTNERS)

## CONFLICT CHECK RESULTS

Duff & Phelps has active engagements with the following entities (or a related entity):

Citadel Investment Group LLC, Citadel Horizons S.a.r.l.
HBK Master Fund L.P.
JP Morgan Securities Limited
McDermott Will & Emery LLP
Morgan Stanley & Co., Inc.
Pratt & Whitney Canada Corp. (UTC engagement)
UBS Securities LLC

Duff and Phelps has recent (within the last 5 years) or current client relationships with the following entities (or a related entity):

Citadel Investment Group LLC, Citadel Horizons S.a.r.l.
Goodwin Proctor LLP
HBK Master Fund L.P.
Irell & Manella LLP, as Trustee
JP Morgan Securities Limited
McDermott Will & Emery LLP
Morgan Stanley & Co., Inc.
Pratt & Whitney Canada Corp. (UTC engagement)
Sandelman Partners, Sandelman Partners Multi-Strategy Master Fund, Ltd.
Silver Point Capital Fund LP, Silver Point Capital Offshore Fund
Swiss Re Financial Products Corporation
The Bank of New York Mellon (ImClone engagement)
UBS Securities LLC