**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ECLIPSE AVIATION CORPORATION[1] | Case No.: 08-13031 (MFW) |
| Debtors. | (Jointly Administered) |

### ORDER AUTHORIZING EMPLOYMENT OF CHANIN CAPITAL PARTNERS LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO DECEMBER 8, 2008

Upon consideration of the Application ("Application")[2] of the Official Committee of Unsecured Creditors of Eclipse Aviation Corporation, *et al.* ("Committee") for entry of an Order Authorizing Employment of Chanin Capital Partners LLC ("Chanin") as Financial Advisor to the Committee *Nunc Pro Tunc* to December 8, 2008, and upon the Declaration of Brent C. Williams on behalf of Chanin (the "Chanin Declaration"); and the Court being satisfied based on the representations made in the Application and in the Chanin Declaration that Chanin represents no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, and that their employment is necessary and would be in the best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. In accordance with sections 1102, 1103, 328, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002, the Committee is authorized to employ and retain Chanin

---

[1] The Debtors, followed by the last four digits of their respective taxpayer identification numbers, are as follows: Eclipse Aviation Corporation (9000); Eclipse IRB Sunport, LLC (4013). The Debtors' corporate offices are located at 2503 Clark Carr Loop, SE, Albuquerque, NM 87106.

as financial advisors *nunc pro tunc* to December 8, 2008, on the terms set forth in the Application and the Chanin Declaration.

3. Chanin shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and such other orders as this Court may direct, except that Chanin shall only be required to keep time records detailing and describing its activities in 1/2 hour increments and Chanin shall not be required to report its time records on a "project category" basis.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:_____, 2008

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.