# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ECLIPSE AVIATION CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13031 (MFW)<br>(Jointly Administered)<br><br>Hearing Date: January 16, 2009 @ 2:00 p.m.<br>Objections Due: January 7, 2009 @ 4:00 p.m. |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that, on December 31, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Application Of Official Committee Of Unsecured Creditors For Order Authorizing Employment of Chanin Capital Partners LLC as Financial Advisor to the Official Committee of Unsecured Creditors of Eclipse Aviation Corp.* (the "Application"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **January 7, 2009 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Application shall be considered at the omnibus hearing scheduled in the above-captioned cases for **January 16, 2009 @ 2:00 p.m. Eastern Time)** before the Honorable Mary F. Walrath, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE

12/31/08/SL1 893780v1/104198.00001

WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 31, 2008

STEVENS & LEE, P.C.
/s/ Joseph H. Huston, Jr.

Joseph H. Huston, Jr. (No. 4035)
Maria Aprile Sawczuk (No. 3320)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310; -3306
Telecopier: (610) 371-7972
E-mail: jhh/masa@stevenslee.com

-and-

Todd M. Goren
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Telecopier: (212) 468-7900
Email: tgoren@mofo.com
lmarinuzzi@mofo.com
*Proposed Counsel to the Official Committee of Unsecured Creditors*