## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that on this 31st day of December, 2008, , I caused

true copies of the *Notice of Application Of Official Committee Of Unsecured Creditors For Order*

*Authorizing Employment of Chanin Capital Partners LLC as Financial Advisor to the Official*

*Committee of Unsecured Creditors of Eclipse Aviation Corp.* to be served upon all parties in interest

through the Court's CM/ECF system, and additionally upon the parties set forth on the attached

service list via first class United States mail, postage prepaid.

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.

Aerotek Aviation, LLC
Attn: Matt Kruger
7301 Parkway Drive
Hanover, MD 21076
(Creditor List)
*First Class Mail*

Albany Engineered Composites, Inc.
Attn: Brian Coffenberry
112 Airport Drive
Rochester, NY 03867
(Creditor List)
*First Class Mail*

AR Airways
Attn: Manav Singh
Presidential Estate, 29 Nizamuddin East
New Delhi, India 1110013
(Creditor List)
*First Class Mail (International)*

Argo-Tech
Attn: Kevin Khun
671 W. 17th Street
Costa Mesa, CA 92627
(Creditor List)
*First Class Mail*

AT&T Services
Attn: Officer, General or Managing Agent
PO Box 78522
Phoenix, AZ 85062
(Utility Provider)
*First Class Mail*

Mary Augustine, Esq.
Shannon D. Leight, Esq.
Ciardi Ciardi & Astin, P.C.
919 North Market Street, Suite 725
Wilmington, DE 19801
(Chapter 7 Trustee for Estate of DayJet)
*First Class Mail*

Airfleet Credit Corporation
Attn: Wilfried Koeck
Landstrasse 25
Vaduz, Liechtenstein, Germany 9490
(Creditor List)
*First Class Mail (International)*

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(Hampson Aerospace)
*First Class Mail*

O-Connor Global Convertible Arbitage Master
Attn: Howard Fischer
1266 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

AT&T Mobility II, LLC
Attn: Officer, General or Managing Agent
PO Box 78405
Phoenix, AZ 85062
(Utility Provider)
*First Class Mail*

ATASAY - MyJET Aviation A.S.
Attn: Cihan Kamer, CEO
Yenibosna
Istanbul, Turkey 34917
(Creditor List)
*First Class Mail (International)*

Joseph M. Barry, Esq
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(Debtors)
*First Class Mail*

Basso Holding Ltd.
Attn: Howard Fischer
1266 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg & Ellers,
LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
(Green, Murdock, Meyer, Holland)
*First Class Mail*

William P. Bowden, Esq.
RIcardo Palacio, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Opinicus Corporation)
*First Class Mail*

Allen S. Brilliant, Esq.
Craig Druehl, Esq.
Goodwin Procter LLP
620 Eighth Avenue
The New York Times Building
New York, NY 10018
(ETIRC)
*First Class Mail*

C&D Zodiac, Inc.
Attn: John Maglione
5701 Bolsa Avenue
Huntington Beach, CA 92647
(Creditor List)
*First Class Mail*

Basso Multi-Strategy Holding Fund Ltd.
Attn: Howard Fischer
1266 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

Albuquerque Bern County Water Utility Authority
Attn: Officer, General or Managing Agent
PO Box 1313
Albuquerque, NM 87103
(Utility Provider)
*First Class Mail*

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
*First Class Mail*

Niccolo Bruno, Esq.
Duane Morris
1540 Broadway
New York, NY 10036
(Figeac-Aero)
*First Class Mail*

James C. Carignan, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street,
Wilmington, DE 19899-1709
(TW Metals)
*First Class Mail*

Bruce Castle
Eclipse Aviation Corporation
2503 Clark Carr Loop SE
Albuerque, NM 87106
*First Class Mail*

Jeffrey Cianciulli, Esq.
Wier & Partners LLP
824 Market Street
PO Box 708
Wilmington, DE 19801
(1st Source Bank)
*First Class Mail*

Citadel Horizons
Attn: Ryan Garino
131 South Dearborn
Chicago, IL 60603
(Creditor List)
*First Class Mail*

Anthony W. Clark, Esq
Jason M. Liberi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(Park Electrochemical Corp)
*First Class Mail*

Victoria Watson Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Aeolus Aircraft Holdings)
*First Class Mail*

Chelton Flight Systems
Attn: J. Thorne
1109 Main Street, Suite 560
Boise, ID 83702
(Creditor List)
*First Class Mail*

Albert A. Ciardi, III, Esq.
One Commerce Square
Shannon D. Leight, Esq.
Ciardi Ciardi & Astin, P.C.
2005 Market Street, Suite 1930
Philadelphia, PA 19103
(Chapter 7 Trustee for Estate of DayJet)
*First Class Mail*

Citadel Investment Group
Attn: Ryan Garino
131 South Dearborn
Chicago, IL 60603
(Creditor List)
*First Class Mail*

Richard S. Cobb, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
(ETIRC)
*First Class Mail*

Day Jet Corporation
Attn: William Van Valkenberg
3651 FAU Boulevard, Suite 200
Boca Raton, FL 33431
(Creditor List)
*First Class Mail*

DKR Capital
Attn: Gary Davis
1281 East Main Street
Stamford, CT 06902
(Creditor List)
*First Class Mail*

Peter J. Duhig, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(Senior Aerospace BWT)
*First Class Mail*

FAA Southwest Region
Attn: Teresa Bruner and Michale O'Harra
FAA
2601 Meacham Blvd.
Fort Worth, TX 76193
*First Class Mail*

Fuji Heavy Industries
Attn: Eiji Tanikawa
1-1-11 Yonan
Utsunomiya, Tochigi-ken 32085649
(Creditor List)
*First Class Mail (International)*

Gainseville Regional Utilities
Attn: Officer, General or Managing Agent
301 SE 4th Ave.
Gainesville, FL 32601
(Utility Provider)
*First Class Mail*

Marc Glassman
5841 West 130th Street
Cleveland, OH 44130
*First Class Mail*

Dubai Aerospace
Attn: WIlliam Roe
Ras Al Khaimah International Airport
Ras Al Khaimah, United Arab Emirates 10227
(Creditor List)
*First Class Mail (International)*

Enaer
Attn: Juan Sandoval
Gran Avda, Jose M. Carrera
Santiago, Chile
(Creditor List)
*First Class Mail (International)*

Figeac Aero
Attn: Jean-Claude Maillard
Z1 de 1'Aiguilla
Figeac 46100
(Creditor List)
*First Class Mail (International)*

Gopal Gadodia
129 Lansing Island Drive
Indian Harbor Beach, FL 32937
(Creditor List)
*First Class Mail*

Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(Tevenin SA)
*First Class Mail*

Thomas D. Goldberg, Esq
One Canterbury Green
Day Pitney LLP
201 Broad Street
Stamford, CT 06901
(Pratt & Whitney Canada)
*First Class Mail*

Christopher Graham, Esq.
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, NY 10169
(Shultz Steel Co.)
*First Class Mail*

Hampson Aerospace
Attn: Greg Frye
112th St., Suite 300
Grand Prairie, TX 75050
(Creditor List)
*First Class Mail*

William A. Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(Atlas Tubular)
*First Class Mail*

Steven Hedberg, Esq
Perkins Coie
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209
*First Class Mail*

Benjamin Hoch, Esq.
Andrew Ment, Esq.
Covington & Burling LLP
The New York Time Building
620 Eighth Avenue
New York, NY 10018
(Ad Hoc Committee Bondholders)
*First Class Mail*

Rolf Illsley
100 Thorndale Drive, $401
San Rafael, CA 94903
(Creditor List)
*First Class Mail*

Christian Grostic
U.S. Department of Justice, Civil Division
1100 L. Street, NW, Room 10060
Washington, DC 20530
*First Class Mail*

Jason W. Harbour, Esq
Riverfront Plaza, East Tower
Hunton & Williams
951 East Byrd Street
Richmond, VA 23219-4074
(Hunton & Williams)
*First Class Mail*

HBK Master Fund
Attn: Jeff Estes
300 Crescent Court, Suite 700
Dallas, TX 75201
(Creditor List)
*First Class Mail*

Guy Hingston
Lot 11, Abbott Close, Port Macq Airport
Port Macquarie, NSW AU 2444
(Creditor List)
*First Class Mail (International)*

Victor Zupa, Esq.
4565 Paradise Point Road
Southold, NY 11971
(Opinicus Corp)
*First Class Mail*

Innovative Solutions & Support Inc.
Attn: Roman Ptakowski
720 Pennsylvania Drive
Exton, PA 19341
(Creditor List)
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

Investment Interlachen
Attn: Gregg Colburn
800 Nicollet Mall, Suite 2500
Minneapolis, MN 55402
(Creditor List)
*First Class Mail*

Henry Jaffe, Esq.
James C. Carignan, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(TW Metals)
*First Class Mail*

JP Morgan Securities Limited
Attn: Legal Department
277 Park Avenue, Floor 16
New York, NY 10172
(Creditor List)
*First Class Mail*

Kings Road Investments Ltd.
Attn: Brandon Jones
598 Madison Avenue, 14th Fl
New York, NY 10022
(Creditor List)
*First Class Mail*

International Business Machines
Attn: Jesus Mantas
1503 LBJ Freeway, 3rd Fl
Dallas, TX 75234
(Creditor List)
*First Class Mail*

Irell & Manella LLP
Attn: Robert Zeitinger
1800 Avenue of the Stars
Los Angeles, CA 90067
(Creditor List)
*First Class Mail*

Japan Radio Company, Ltd.
Attn: Teruaki Onodera
1-1 Shimorenjaku 5-Chrome
Mitaka-Shi, Tokyo, Japan 1818510
(Creditor List)
*First Class Mail (International)*

Paul Keenan
1221 Brickell Avenue
Miami, FL 33131
(Aeolus Aircraft Holding)
*First Class Mail*

John H. Knight, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(Ad Hoc Committee of Senior Secured
Noteholders)
*First Class Mail*

LaBarge, Inc.
Attn: Craig LaBarge
9900 Clayton Road
St. Louis, MO 63178
(Creditor List)
*First Class Mail*

Lanic Engineering, Inc.
Attn: Lou Merola
12144 6th Street
Rancho Cucamonga, CA 91730
(Creditor List)
*First Class Mail*

Lorenzo Marinuzzi, Esq.
Todd Goren, Esq.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104
(Committee Counsel)
*First Class Mail*

Marty Maxfield
McNally Holdings
5445 DTC Parkway, P4
Greenwood Village, CO 80111
*First Class Mail*

Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(Tapia and Camou)
*First Class Mail*

Michael P. Migliore, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(McNally Holdings)
*First Class Mail*

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
*First Class Mail*

Jane Leamy
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*First Class Mail*

Michael Massad, Jr., Esq.
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
(Hunton & Williams)
*First Class Mail*

MCI Worldcom Network Services Inc.
Attn: Officer, General or Managing Agent
PO Box 371392
Pittsburgh, PA 15250
(Utility Provider)
*First Class Mail*

Mecaer American, Inc.
Attn: Serge Le Guellec
3205 Delaunay
Laval, Quebec, Canada H7L 5A4
(Creditor List)
*First Class Mail (International)*

Mark Mihanovic, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
(Alfred Mann Living Trust)
*First Class Mail*

Christopher Mills, Esq.
Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA 22102
(Tiriac)
*First Class Mail*

Don Morris
c/o Family Trust
Attn: Don Morris
120 Village Square #49
Orlinda, CA 94563
(Creditor List)
*First Class Mail*

NMSIC Focused L.L.C.
Attn: Gary Bland
2055 South Pacheco Street, Suite 100
Santa Fe, NM 87505
(Creditor List)
*First Class Mail*

Timothy Palmer, Esq.
One Oxford Centre
Buchanan Ingersoll & Rooney
301 Grant Street, 20th Fl.
Pittsburgh, PA 15219
(Senior Aerospace BWT)
*First Class Mail*

PNM Electric & Gas Services
Attn: Officer, General or Managing Agent
PO Box 349
Albuquerque, NM 87103
(Utility Provider)
*First Class Mail*

Precision Aerostructures, Inc.
Attn: Mike Cabral
10291 Trademark Street, Suite C
Rancho Cucamonga, CA 91730
(Creditor List)
*First Class Mail*

Morgan Stanley & Co., Inc.
Attn: Nicholas Kotchoubey
750 Seventh Avenue, Floor 9
New York, NY 10019
(Creditor List)
*First Class Mail*

Vicky Namken
IBM Corporation
13800 Diplomat
Farmers Branch, TX 75234
(IBM)
*First Class Mail*

Norcot Engineering Ltd.
Attn: David Howell
Richmond House Hill Street
Ashton-uinder-Lyne, United Kingdom OL7 OPZ
(Creditor List)
*First Class Mail (International)*

PAR Investment Partners, L.P.
Attn: Ed Shapiro
One International Place, Suite 2401
Boston, MA 02110
(Creditor List)
*First Class Mail*

Pratt & Whitney Canada Corp.
Attn: John Saabas
Marie-Victorin (01B05)
Longueuil, Quebec, Canada J4G 1A1
(Creditor List)
*First Class Mail (International)*

Qwest
Attn: Officer, General or Managing Agent
PO Box 29039
Phoenix, AZ 85038
(Utility Provider)
*First Class Mail*

Geoffrey Raicht, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(Alfred E. Mann Living Trust)
*First Class Mail*

RoadRunner Waste Service
Attn: Officer, General or Managing Agent
PO Box 5550
Bernalillo, NM 87004
(Utility Provider)
*First Class Mail*

Jeremy W. Ryan
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899
(TIRIAC)
*First Class Mail*

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
*First Class Mail*

Joseph E. Shickich, Jr., Esq
Riddell Williams, P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(Microsoft Corporation)
*First Class Mail*

Michael Ridulfo
Brown McCarroll
111 Bagby, 47th Fl.
Houston, TX 77002
(Atlas Tubular)
*First Class Mail*

Kimberly Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
(Hub Supply)
*First Class Mail*

Sandelman Partners
Attn: Ben Esty
500 Park Avenue
New York, NY 10022
(Creditor List)
*First Class Mail*

Senaca International Limited
Attn: Douglas Hirsch
590 Madison Avenue, Suite 2800
New York, NY 10022
(Creditor List)
*First Class Mail*

Silver Oak Capital
Attn: Tim Hutfilz
245 Park Avenue, 26th Fl
New York, NY 10167
(Creditor List)
*First Class Mail*

Silver Point Capital Offshore Fund
Attn: Hiro Iwanaga
2 Greenwich Plaza, Floor 1
Greenwich, CT 06830
(Creditor List)
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
*First Class Mail*

Robert Sturgill
FAA
800 Independence Ave. SW
Washington, D.C. 20591
*First Class Mail*

Swiss Re Financial Products Corporation
Attn: Marc Fussteig
55 East 52nd Street, 39th Fl
New York, NY 10055
(Creditor List)
*First Class Mail*

Tempo Master Fund LP
Attn: Andrew Barnard
2 Greenwich Plaza
Greenwich, CT 06830
(Creditor List)
*First Class Mail*

Tiriac
Attn: Ion Tiriac
Julia House 3, Th. Dervis Street
Nicosia, Cyprus 01066
(Creditor List)
*First Class Mail (International)*

Jesse Silverman, Esq.
Ballard Spahr Andrews & Ingersoll
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
(Giddens Industries)
*First Class Mail*

Sandelman Partners Mutil- Strategy Master Fund
Attn: Ben Esty
500 Park Avenue
New York, NY 10022
(Creditor List)
*First Class Mail*

Bryce Suzuki, Esq.
One Renaissance Square
Bryce Cave LLP
Two North Central Ave., Suite 2200
Phoenix, AZ 85004
(Javier Tapia and Alejandro Camou)
*First Class Mail*

Tamagawa Seiki Co., Ltd
Attn: Akafumi Arai
1879 Ohyasumi iida-City
Iida, Nagano-gan 3958515
(Creditor List)
*First Class Mail (International)*

Tempo Masterfund
Attn: Andrew Barnard
2 Greenwich Plaza
Greenwich, CT 06830
(Creditor List)
*First Class Mail*

TW Metals
Attn: Jack Elrod
760 Constitution Drive, Suite 204
Exton, PA 19341
(Creditor List)
*First Class Mail*

TW Telecom
Attn: Officer, General or Managing Agent
PO Box 172567
Denver, CO 80217
(Utility Provider)
*First Class Mail*

UT Finance Corp.
Attn: Paul Oechsil
Office Bldg G, 400 Main Street
Mail Stop 133-54
East Hartford, CT 06108
(Creditor List)
*First Class Mail*

Waste Management Gainesville
Attn: Officer, General or Managing Agent
5002 SW41 Blvd.
Gainesville, FL 32608
(Utility Provider)
*First Class Mail*

Wells Fargo Bank
Attn: James Smith
333 S. Grand Ave.
10th Fl., Suite 1040
Los Angeles, CA 90071
*First Class Mail*

Alex Woo
Attn: Alexander Woo and Lulu
Unite 1108, 11/F Metro Loft
Kowloon, HK
(Creditor List)
*First Class Mail (International)*

UBS Securities
Attn: Anthony Martino
299 Park Avenue, 29th Fl
New York, NY 10171
(Creditor List)
*First Class Mail*

Verizon Wireless Services LLC
Attn: Officer, General or Managing Agent
1305 Solutions Center
Chicago, IL 60677
(Utility Provider)
*First Class Mail*

Waste Management LLC
Attn: Officer, General or Managing Agent
PO Box 13648
Philadelphia, PA 19101
(Utility Provider)
*First Class Mail*

Wells Fargo Bank New Mexico, N.A.
Attn: Officer, General or Managing Agent
New Mexico Commercial Banking
200 Lomas Blvd., NW
MAC Q2129-103
Albuquerque, NM 87102
*First Class Mail*