**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| Eclipse Aviation Corporation, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF REJECTION OF EXECUTORY CONTRACT

**Contract Description**:  Service agreement for information technology services.

**Contract Party**:  Computer Sciences Corporation

Notice provided to the following parties in the manner indicated:

| | |
|---|---|
| **Via Regular Mail and Email:**<br>Computer Sciences Corporation<br>Attn: Lynn Hawkins, Contracts Manager<br>4045 Hancock Street<br>San Diego, CA 92110<br>lhawkins@csc.com | **Via Regular Mail and Facsimile:**<br>Computer Sciences Corporation<br>Attn: General Counsel<br>3170 Fairview Park Drive<br>Falls Church, VA 22042<br>Facsimile: (703) 849-1015 |
| **Via Regular Mail and Email:**<br>Computer Sciences Corporation<br>Attn: K. Wiese, Account Executive<br>4045 Hancock Street<br>San Diego, CA 92110<br>kwiese@csc.com | **Via Regular Mail and Email:**<br>Computer Sciences Corporation<br>Attn: J. Buchanan, CSC Contracts Director<br>4045 Hancock Street<br>San Diego, CA 92110<br>jbuchanan@csc.com |
| **Via Regular Mail and Facsimile:**<br>Richard Sandler<br>Computer Sciences Corporation<br>VP Contracts<br>3170 Fairview Park Drive<br>Facsimile: (703) 641-3950 | |

**Contact Person**:  Lynn Hawkins, Contracts Manager
**Contract Date**:  October 9, 2008

---

[1]  The Debtors in these proceedings are:  Eclipse Aviation Corporation (Tax ID No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly-owned subsidiary of Eclipse Aviation Corporation (Tax ID No. XX-XXX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.

<u>Please take Notice that:</u>

On November 25, 2008 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The cases are jointly administered pursuant to Bankruptcy Rule 1015(b). On March 5, 2009, the cases converted to cases under Chapter 7. Jeoffrey L. Burtch was appointed as interim trustee on March 5, 2009, and now serves as the trustee ( the "Trustee") pursuant to Section 702(d) of the Bankruptcy Code.

<u>Please take further Notice that:</u>

The Trustee rejects the above referenced Contract effective July 27, 2009, at 3:00 p.m. (Eastern Standard Time) (the "Rejection Date"). Nothing set forth herein is intended to be an admission on the part of the Trustee that the Contract is, in fact, an executory contract. The Trustee reserves the right to argue that the Contract is not an executory contract. The Trustee also reserves all rights to contest any claim that arises out of the rejection of the Contract.

Dated: July 27, 2009

COOCH AND TAYLOR

___/s/ R. Grant Dick IV____
Dale Dube, Esq.
R. Grant Dick IV
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
(302) 984-3800

Attorneys for the Trustee