# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 763** |

## NOTICE OF FILING SCHEDULE TO APA
## SUBMITTED IN CONNECTION WITH MOTION
## OF THE CHAPTER 7 TRUSTEE TO APPROVE SALE
## PROCEDURES AND APPROVE SALE AND FOR RELATED RELIEF

PLEASE TAKE NOTICE that on July 31, 2009, Jeoffrey L. Burtch, Chapter 7 Trustee for the above-captioned cases filed his *Motion Of The Chapter 7 Trustee To Approve Sale Procedures And Approve Sale And For Related Relief* [Docket No. 763] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that Exhibit 1 to Exhibit B to the Motion did not include Schedule 4.2.

PLEASE TAKE FURTHER NOTICE that the Trustee files the attached Schedule 4.2.


Dated: August 4, 2009          COOCH AND TAYLOR, P.A.
       Wilmington, Delaware


    /s/ M. Claire McCudden
Adam Singer (DE No. 2472)
M. Claire McCudden (DE No. 5036)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
Tele: (302) 984-3800
Fax: (302) 984-3939
Email: cmccudden@coochtaylor.com

Counsel to the Chapter 7 Trustee

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.