**SCHEDULE 4.2**

**SUBSIDIARIES AND INVESTMENTS**

- Eclipse IRB Support, LLC is a wholly-owned subsidiary of Eclipse Aviation Corporation

- Eclipse Aviation Corporation owns 101,819 shares of common stock of Aspen Avionics, Inc., which was obtained by Eclipse Aviation Corporation in connection with the settlement of a claim against Aspen Avionics, Inc. in February 2007.