IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| Eclipse Aviation Corporation, *et al.*,[1] | ) ) ) | Case No. 08-13031 (MFW) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. 763** |

NOTICE OF FILING EXHIBITS 2 AND 3
TO PROPOSED SALE PROCEDURES ORDER
SUBMITTED IN CONNECTION WITH MOTION
OF THE CHAPTER 7 TRUSTEE TO APPROVE SALE
PROCEDURES AND APPROVE SALE AND FOR RELATED RELIEF

PLEASE TAKE NOTICE that on July 31, 2009, Jeoffrey L. Burtch, Chapter 7 Trustee for the above-captioned cases filed his *Motion Of The Chapter 7 Trustee To Approve Sale Procedures And Approve Sale And For Related Relief* [Docket No. 763] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that Exhibit A to the Motion, the *Order (A) Approving Bid Procedures Relating To Sale Of Substantially All Of The Debtors' Assets; (B) Break Up Fee; (C) Scheduling A Hearing To Consider The Sale And Approving The Form And Matter Of Notices; (D) Establishing Procedures Relating To Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts; And (E) Granting Related Relief* did not include Exhibits 2 and 3.

PLEASE TAKE FURTHER NOTICE that the Trustee files the attached Exhibits 2 and 3, which are the Notice of Auction and Sale Hearing and the Notice of Cure Amount.

Dated: August 6, 2009
       Wilmington, Delaware

COOCH AND TAYLOR, P.A.

  /s/ M. Claire McCudden
Adam Singer (DE No. 2472)
M. Claire McCudden (DE No. 5036)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
Tele: (302) 984-3800
Fax:  (302) 984-3939
Email: cmccudden@coochtaylor.com
Counsel to the Chapter 7 Trustee

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.