# EXHIBIT 2

## Notice of Auction and Sale Hearing

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 763, \_\_\_\_** |

## NOTICE OF AUCTION AND SALE

**PLEASE TAKE NOTICE** that on July 31, 2009, Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") for the above caption cases filed his *Motion Of The Chapter 7 Trustee To Approve Sale Procedures And Approve Sale And For Related Relief* (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Trustee has received a Qualified Bid[2] from Eclipse Aerospace, Inc. (the "Buyer"), subject to higher and better offers, and under certain circumstances, an Auction (as defined below), all pursuant to the Bid Procedures Order (as defined below), and with respect to the asset purchase agreement dated as of July 30, 2009 between the Trustee and the Buyer (the "Agreement").

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on August 10, 2009, the Bankruptcy Court entered an order (the "Bid Procedures Order") approving the Bidding Procedures sought as part of the Sale Motion and scheduled a hearing to consider granting final relief as to the Sale Motion for August_____2009, at \_\_\_\_ (prevailing Eastern Time). At that hearing, the Bankruptcy Court will consider approving the sale of the assets of the Chapter 7 estates, free and clear of all claims, liens, and encumbrances.

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation (Tax ID No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation (Tax ID No. XX-XXX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.

[2] All capitalized terms not defined herein have the meaning ascribed to them in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that only those parties that submit Qualified Bids may participate in the Auction (as defined below).  If you are interested in determining how to submit such a Qualified Bid, you must comply with the terms of the Bid Procedures as referenced in the Bid Procedures Order.  Any party in interest wishing to receive the Agreement may do so free of charge upon request of Trustee's Counsel:  Cooch and Taylor, The Brandywine Building, 1000 West Street, 10th Floor, Wilmington, DE 19801, Attn:  Claire McCudden (cmccudden@coochtaylor.com).  Any party that wishes to take part in this process and submit a bid for the Eclipse Assets must submit its competing bid prior to August ___2009 at noon (prevailing Eastern Time) (the "Bid Deadline") to:  (a) The Trustee, c/o Cooch and Taylor, The Brandywine Building, 1000 West Street, 10th Floor, Wilmington, DE 19801, Attn: Adam Singer (asinger@coochtaylor.com); (b) the Ad Hoc Committee:  Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, Attn: Benjamin Hoch and Andrew Ment.

**PLEASE TAKE FURTHER NOTICE** that if a Qualified Bid (other than the Buyer's Qualified Bid) is received by the Bid Deadline, an auction (the "<u>Auction</u>") with respect to a contemplated transaction shall take place on August ___, 2009 at 10:00 a.m. (prevailing Eastern Time), at the offices of Cooch and Taylor, The Brandywine Building, 1000 West Street, 10th Floor, Wilmington, DE 19801.  If, however, no such Qualified Bid is received by the Bid Deadline, then the Auction will not be held, the Buyer will be deemed the Successful Bidder, the Agreement will be the Successful Bid, and, at the Sale Hearing scheduled for August ___, 2009, at ____ (prevailing Eastern Time), the Trustee will seek approval of and authority to consummate the transaction contemplated by the Agreement.

**PLEASE TAKE FURTHER NOTICE** that only a Qualified Bidder who has submitted a Qualified Bid will be eligible to participate at the Auction. Each Qualified Bidder must appear in person. The Auction shall be conducted openly and all creditors shall be entitled to attend. At the Auction, Qualified Bidders will be permitted to increase their bids. The bidding at the Auction shall start at the purchase price stated in the highest or otherwise best Qualified Bid as disclosed to all Qualified Bidders prior to commencement of the Auction, and continue in increments of at least $100,000.

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing, the Trustee will present the Successful Bid to the Bankruptcy Court for approval. The Trustee will sell the Assets or any portion thereof to the Successful Bidder, or to the Buyer in accordance with the applicable Agreements if a higher or otherwise better Qualified Bid is not received and accepted as the Successful Bid. If the Successful Bidder fails to consummate an approved Sale, the next highest or otherwise best Qualified Bid, as approved at the Sale Hearing, shall be deemed to be the Successful Bid and the Trustee shall be authorized to effect such Sale without further order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if you seek to object to the sale of the Assets or any portion thereof, you must comply with the terms for making such objections as set forth in the Bid Procedures Motion and the Bidding Procedures Order. Any objections to the relief requested in the Sale Motion must be (a) in writing, (b) comply with the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules, (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, no later than 12:00 p.m. prevailing Eastern time on August ___ , 2009 and (d) be served so as to be **received** no later than 12:00 p.m. (prevailing Eastern Time) on the same

day, upon: The Trustee, c/o Cooch and Taylor, The Brandywine Building, 1000 West Street, 10th Floor, Wilmington, DE 19801, Attn: Adam Singer (asinger@coochtaylor.com); (b) the Ad Hoc Committee: Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, Attn: Benjamin Hoch and Andrew Ment; and (c) Buyer: Eclipse Aerospace, Inc., 125 Fairchild St., Suite 100, Charleston, SC 29492, Attn.: Mason Holland, President, with a copy to: Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th Street, Suite 1700, Atlanta, Georgia 30363, Attn.: William J. Ching, Esq. and Michael E. Hollingsworth II, Esq. If any party fails to timely file and serve an objection in accordance with the Bidding Procedures Order, the Bankruptcy Court may disregard such objection and such person shall be deemed to consent to the sale and will be forever bound by any conclusions or findings by the Bankruptcy Court with respect to the sale.

**PLEASE TAKE FURTHER NOTICE** that the proposed sale contemplates the sale of substantially all of the Eclipse Assets free and clear of all liens, claims, and encumbrances and the assumption and assignment of certain executory contracts and unexpired leases. Any person purporting to hold a lien, claim, or other encumbrance against the Eclipse Assets and who does not file an objection in accordance with the terms for making such objections set forth in the Bid Procedures Motion and the Bidding Procedures Order (and as set forth above), shall be deemed to consent to the sale of the Eclipse Assets fee and clear of any lien, claim, or other encumbrance such person purports to hold.

**PLEASE TAKE FURTHER NOTICE** that any party to a Designated Contract who does not file an objection in accordance with the terms for making such objections as set forth in the Bid Procedures Motion and the Bidding Procedures Order (and as set forth above), shall be

deemed to consent to the assumption and assignment of such Designated Contract including the proposed cure amounts in connection therewith.

Dated: August  , 2009                                             COOCH AND TAYLOR, P.A.

_____
Adam Singer (No. 2472)
M. Claire McCudden (No. 5036)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 984-3800
Facsimile:  (302) 984-3939

Attorneys for Jeoffrey L. Burtch,
Chapter 7 Trustee