# EXHIBIT 3

# NOTICE OF CURE AND RELATED SALE PROCEDURES

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ECLIPSE AVIATION CORPORATION, *et al.*, | ) | Case No. 08-13031 (MFW) |
| | ) | |
| | ) | |
| Debtors. | ) | **Re: Docket No. 763, \_\_** |

## NOTICE OF AUCTION AND SALE, POTENTIAL ASSUMPTION AND ASSIGNMENT OF DESIGNATED CONTRACTS, AND CURE AMOUNTS ASSOCIATED THEREWITH

**PLEASE TAKE NOTICE** that July 31, 2009, Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") for the above caption cases filed his *Motion Of The Chapter 7 Trustee To Approve Sale Procedures And Approve Sale And For Related Relief* (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Trustee has received a Qualified Bid[1] from Eclipse Aerospace, Inc. (the "Buyer"), subject to higher and better offers, and under certain circumstances, an Auction (as defined below), all pursuant to the Bid Procedures Order (as defined below), and with respect to the asset purchase agreement dated as of July 30, 2009 between the Trustee and the Buyer (the "Agreement").

You may obtain a copy of the Agreement by making a written request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on August 10, 2009, the Bankruptcy Court entered an order (the "Bid Procedures Order") approving the Bidding Procedures sought as part of the Sale Motion and scheduled a hearing to consider granting final relief as to the Sale Motion for August 20, 2009, at 3:30 p.m. (prevailing Eastern

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the [Bid Procedures Order] (as defined below).

2

Time). At that hearing, the Bankruptcy Court will consider approving the sale of the assets of the Chapter 7 estates, free and clear of all claims, liens, and encumbrances.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, the Trustee may assume, sell and assign certain of the unexpired leases, license agreements, and executory contracts (collectively referred to as the "Contracts") free and clear of all liens, claims, encumbrances, and interests upon satisfaction of the cure amounts required under section 365(b)(l)(A) of the Bankruptcy Code (the "Cure Costs"). The Contracts that the Trustee **MAY** seek to assume, sell and assign (the "Designated Contracts") and corresponding Cure Costs are listed on the attached Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the listing of any Contract on Exhibit A may not necessarily result in any such Contract ultimately becoming a Designated Contract or being assumed, sold and assigned.

**PLEASE TAKE FURTHER NOTICE** that the Buyer shall have the right until August 13, 2009, to amend the list of Designated Contracts to include additional executory contracts or unexpired leases or to exclude executory contracts and unexpired leases previously included on the list of Designated Contracts and to amend the Cure Costs.

**PLEASE TAKE FURTHER NOTICE** that with respect to contracts with the City of Albuquerque, the Buyer shall have until thirty (30) days after the Closing to designate any contract with the City of Albuquerque.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Sale Motion, including the assumption, sale and assignment of the Designated Contracts and the corresponding Cure Costs, must be (a) in writing, (b) comply with the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules, (c) be filed with the clerk of

3

the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801 and served so as to be received no later than 12:00 p.m. prevailing Eastern time on August 18, 2009 (the "Cure Objection Deadline") upon: The Trustee, c/o Cooch and Taylor, The Brandywine Building, 1000 West Street, 10th Floor, Wilmington, DE 19801, Attn: Adam Singer (asinger@coochtaylor.com); (b) the Ad Hoc Committee: Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, Attn: Benjamin Hoch and Andrew Ment; and (c) Buyer: Eclipse Aerospace, Inc., 125 Fairchild St., Suite 100, Charleston, SC 29492, Attn.: Mason Holland, President, with a copy to: Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th Street, Suite 1700, Atlanta, Georgia 30363, Attn.: William J. Ching, Esq. and Michael E. Hollingsworth II, Esq.; provided however, to the extent that the Buyer is not the Successful Bidder and the alternative Successful Bidder is seeking to have certain unexpired leases, license agreements and executory contracts assumed and assigned as part of an alternative transaction, the non-debtor parties to such unexpired leases, license agreements and executory contracts shall have until the Sale Hearing to raise objections under section 365(b)(1)(C).

**PLEASE TAKE FURTHER NOTICE** that any person or entity receiving notice of the Sale Hearing and this Notice that fails to file an objection on a timely basis shall (i) be forever barred from objecting to the Cure Costs and from asserting any additional cure or other amounts with respect to such unexpired lease, license agreement or executory contract and the Trustee and the Buyer shall be entitled to rely solely upon the Cure Costs; (ii) be deemed to have consented to the assumption and assignment of such unexpired lease, license agreement or executory contract; and (iii) be forever barred and estopped from asserting or claiming against the Trustee, the Chapter 7 estates, or the Successful Bidder or any other assignee of the relevant

4

Designated Contract that any additional amounts are due or defaults exist under such Designated Contract.

**PLEASE TAKE FURTHER NOTICE** that any person or entity receiving notice of the Sale Hearing and this Notice that fails to file an objection on a timely basis shall be deemed to have been provided with adequate assurance of future performance under any assumed and assigned unexpired lease, license agreement or executory contract and shall be forever barred from raising any defense, claim, or objection with respect to the assignment of such lease, license agreement or executory contract on account of the Successful Bidder's financial condition.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing may be adjourned from time to time without further notice to creditors or parties-in-interest other than by announcement of said adjournment in the Bankruptcy Court or on the Bankruptcy Court's calendar on the date scheduled for the Sale Hearing.

Dated: August , 2009                                COOCH AND TAYLOR, P.A.

 

Adam Singer (No. 2472)
M. Claire McCudden (No. 5036)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3939

Attorneys for Jeoffrey L. Burtch,
Chapter 7 Trustee