# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ECLIPSE AVIATION CORPORATION, *et al.*, | ) | Case No. 08-13031 (MFW) |
| | ) | |
| | ) | |
| Debtors. | ) | **Re: Docket No. 763, 787** |

## NOTICE OF AUCTION AND SALE, POTENTIAL ASSUMPTION AND ASSIGNMENT OF DESIGNATED CONTRACTS, AND CURE AMOUNTS ASSOCIATED THEREWITH

**PLEASE TAKE NOTICE** that July 31, 2009, Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") for the above caption cases filed his *Motion Of The Chapter 7 Trustee To Approve Sale Procedures And Approve Sale And For Related Relief* (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Trustee has received a Qualified Bid[1] from Eclipse Aerospace, Inc. (the "Buyer"), subject to higher and better offers, and under certain circumstances, an Auction (as defined below), all pursuant to the Bid Procedures Order (as defined below), and with respect to the asset purchase agreement dated as of July 30, 2009 between the Trustee and the Buyer (the "Agreement"). You may obtain a copy of the Agreement by making a written request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that at a hearing held on August 10, 2009, the Bankruptcy Court entered an order (the "Bid Procedures Order") approving the Bidding Procedures sought as part of the Sale Motion and scheduled a hearing to consider granting final relief as to the Sale Motion for August 20, 2009, at 3:30 p.m. (prevailing Eastern

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the [Bid Procedures Order] (as defined below).

Time).  At that hearing, the Bankruptcy Court will consider approving the sale of the assets of the Chapter 7 estates, free and clear of all claims, liens, and encumbrances.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, the Trustee may assume, sell and assign certain of the unexpired leases, license agreements, and executory contracts (collectively referred to as the "Contracts") free and clear of all liens, claims, encumbrances, and interests upon satisfaction of the cure amounts required under section 365(b)(l)(A) of the Bankruptcy Code (the "Cure Costs"). The Contracts that the Trustee **MAY** seek to assume, sell and assign (the "Designated Contracts") and corresponding Cure Costs are listed on the attached Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the listing of any Contract on Exhibit A may not necessarily result in any such Contract ultimately becoming a Designated Contract or being assumed, sold and assigned.

**PLEASE TAKE FURTHER NOTICE** that the Buyer shall have the right until August 13, 2009, to amend the list of Designated Contracts to include additional executory contracts or unexpired leases or to exclude executory contracts and unexpired leases previously included on the list of Designated Contracts and to amend the Cure Costs.

**PLEASE TAKE FURTHER NOTICE** that with respect to contracts with the City of Albuquerque, the Buyer shall have until thirty (30) days after the Closing to designate any contract with the City of Albuquerque.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Sale Motion, including the assumption, sale and assignment of the Designated Contracts and the corresponding Cure Costs, must be (a) in writing, (b) comply with the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules, (c) be filed with the clerk of

the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801 and served so as to be received no later than 12:00 p.m. prevailing Eastern time on August 18, 2009 (the "Cure Objection Deadline") upon: The Trustee, c/o Cooch and Taylor, The Brandywine Building, 1000 West Street, 10th Floor, Wilmington, DE 19801, Attn: Adam Singer (asinger@coochtaylor.com); (b) the Ad Hoc Committee: Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, Attn: Benjamin Hoch and Andrew Ment; and (c) Buyer: Eclipse Aerospace, Inc., 125 Fairchild St., Suite 100, Charleston, SC 29492, Attn.: Mason Holland, President, with a copy to: Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th Street, Suite 1700, Atlanta, Georgia 30363, Attn.: William J. Ching, Esq. and Michael E. Hollingsworth II, Esq.; provided however, to the extent that the Buyer is not the Successful Bidder and the alternative Successful Bidder is seeking to have certain unexpired leases, license agreements and executory contracts assumed and assigned as part of an alternative transaction, the non-debtor parties to such unexpired leases, license agreements and executory contracts shall have until the Sale Hearing to raise objections under section 365(b)(1)(C).

**PLEASE TAKE FURTHER NOTICE** that any person or entity receiving notice of the Sale Hearing and this Notice that fails to file an objection on a timely basis shall (i) be forever barred from objecting to the Cure Costs and from asserting any additional cure or other amounts with respect to such unexpired lease, license agreement or executory contract and the Trustee and the Buyer shall be entitled to rely solely upon the Cure Costs; (ii) be deemed to have consented to the assumption and assignment of such unexpired lease, license agreement or executory contract; and (iii) be forever barred and estopped from asserting or claiming against the Trustee, the Chapter 7 estates, or the Successful Bidder or any other assignee of the relevant

Designated Contract that any additional amounts are due or defaults exist under such Designated Contract.

**PLEASE TAKE FURTHER NOTICE** that any person or entity receiving notice of the Sale Hearing and this Notice that fails to file an objection on a timely basis shall be deemed to have been provided with adequate assurance of future performance under any assumed and assigned unexpired lease, license agreement or executory contract and shall be forever barred from raising any defense, claim, or objection with respect to the assignment of such lease, license agreement or executory contract on account of the Successful Bidder's financial condition.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing may be adjourned from time to time without further notice to creditors or parties-in-interest other than by announcement of said adjournment in the Bankruptcy Court or on the Bankruptcy Court's calendar on the date scheduled for the Sale Hearing.

| | |
|---|---|
| Dated: August 11, 2009 | COOCH AND TAYLOR, P.A. |

        /s/ Adam Singer
Adam Singer (No. 2472)
M. Claire McCudden (No. 5036)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3939

Attorneys for Jeoffrey L. Burtch,
Chapter 7 Trustee

Exhibit A

# Exhibit A
# Designated Contracts

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. | Cure Cost |
|---|---|---|---|---|---|---|---|---|
| AVIDYNE CORPORATION | ATTN: VP, CORPORATE DEVELOPMENT | 55 OLD BEDFORD ROAD | LINCOLN | MA | 01773 | | IP License Agreement - dated 02/21/2007 | $0 |
| CITY OF ALBUQUERQUE | PO BOX 9948 | | ALBUQUERQUE | NM | 87119-1048 | | Albuquerque International Sunport III Hangar Lease | $356,318.38 |
| CITY OF ALBUQUERQUE | 2200 SUNPORT BLVD SE 3RD FLOOR | | ALBUQUERQUE | NM | 87106 | | Albuquerque International Sunport I & II Office & Hangar Lease | $150,612.20 |
| CITY OF ALBUQUERQUE | 2200 SUNPORT BLVD SE 3RD FLOOR | | ALBUQUERQUE | NM | 87106 | | Albuquerque International Sunport IV Hangar Lease | $29,464.66 |
| CITY OF ALBUQUERQUE | 2200 SUNPORT BLVD SE 3RD FLOOR | | ALBUQUERQUE | NM | 87106 | | Apron Area Lease and Agreement | $8,085.00 |
| COMANT INDUSTRIES INC | 577 BURNING TREE RD | | FULLERTON | CA | 92833 | | Supply Chain Agreement | $0 |
| ESSEX INDUSTRIES INC MANUFACTURING DIVISION | 6 SUNNEN DR | | ST. LOUIS | MS | 63143 | | Supply Chain Agreement | $0 |
| EXPRESS LOGISTICS dba Pilot Freight Services | MELANIE TRUJILLO | 2400 ALAMO AVE SE | ALBUQUERQUE | NM | 87106 | | Sub-Lease Agreement | $6,485.00 |
| ITELLIGENCE INNOVATIVE SOLUTIONS, INC. | MARK CUMMINGS, GENERAL COUNSEL | 3400 WATERVIEW PARKWAY STE 100 | RICHARDSON | TX | 75080 | | Certified Business Solutions Provider End-User License Agreement | $0 |
| JEPPESEN SANDERSON INC | DIRECTOR, DATA AND PLANNING SERVICES | 56 INVERNESS DR EAST | ENGLEWOOD | CO | 80112-5499 | | License and Cooperation Agreement | $42,085.20 |
| JNJ PROPERTY MANAGEMENT, LLC | NICK CHAVEZ | 2601 KARSTEN COURT SE STE B | ALBUQUERQUE | NM | 87102 | | Commercial Lease | $13,017.00 |
| KABA BENZING AMERICA INC | PRESIDENT & CEO | 3015 NORTH COMMERCE PARKWAY | MIRAMAR | FL | 33025 | | Software License and Professional Services Agreement | $0 |
| PARAMETRIC TECHNOLOGY CORPORATION | PO BOX 945722 | | ATLANTA | GA | 30394-5722 | | Software Maintenance Agreement (arbortext/Math/CAD) | $0 |

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. | Cure Cost |
|---|---|---|---|---|---|---|---|---|
| PETER HAALAND/PHYRIX, LTD. LIABILITY CO. | 518 WEST LINDEN STREET | | LOUISVILLE | CO | 80027-3124 | | Patent and Asset Purchase Agreement - dated 03/23/2007 | $140,000.00 |
| PS ENGINEERING INC | MARK SCHEUER-PRESIDENT | 9800 MARTEL RD | LENOIR CITY | TN | 37772 | | Supply Chain Agreement | $0 |
| RANCH JOINT VENTURE LLP | WILLIAM L. ROGERS | 200 CRESCENT COURT, SUITE 1040 | DALLAS | TX | 75201 | | Special Warranty Deed | $0 |
| RESUME MIRROR | RESUME MIRROR, A DIVISION OF TALENT TECHNOLOGY CORPORATION | STE 300 10991 SHELLBRIDGE PARKWAY | RICHMOND | BC | V6X 3C6 | CANADA | License Agreement | $0 |
| REYNOLDS MASON INDUSTRIES INC | 1900 WELD BLVD STE 110 | | EL CAJON | CA | 92020 | | Supply Chain Agreement | $66,304.00 |
| S TEC CORPORATION | KEN PAUL, VP SALES AND MARKETING | ONE S TEC WAY | MINERAL WELLS | TX | 76067 | | Supply Chain Agreement | $183,894.00 |
| SAINT GOBAIN PERFORMANCE PLASTICS CORP | PO BOX 642625 | | PITTSBURGH | PA | 15264-2625 | | Supply Chain Agreement | $0 |
| SOUTHWEST RESEARCH INSTITUTE | DIRECTOR OF CONTRACTS | 6220 CULEBRA RD | SAN ANTONIO | TX | 78238 | | Purchase Agreement | $317,704.00 |
| TALEO | RAYMOND INGRASSIA | 4140 DUBLIN BLVD STE 400 | DUBLIN | CA | 94568 | | Taleo Business Edition Services Agreement | $31,350.00 |
| THE WELDING INSTITUTE | ATTN: INTELLECTUAL PROPERTY MANAGER | GRANTA PARK; GREAT ABBINGTON | CAMBRIDGE | | CB1 6AL | UK | License Agreement - dated 11/07/2001 | $38,808.75 |
| THYSSENKRUPP ELEVATOR | THYSSENKRUPP ELEVATOR CORPORATION | 8920 ADAMS ST NE STE B | ALBUQUERQUE | NM | 87113 | | Extended Warranty Service Agreement | $512.00 |
| TIGHITCO INC | VP-NEW BUSINESS DEVELOPMENT | 1375 SEABOARD INDUSTRIAL BLVD | ATLANTA | GA | 30319 | | Supply Chain Agreement | $5,706.00 |
| UNIGRAPHIC SOLUTIONS | JAMES R. MENGEGO | 13736 RIVERPORT DR | MARYLAND HIGHTS | MO | 63043 | | End User Purchase/License Agreement | $126,591.00 |
| UGS CORP | BETTY RICHARDS, BUSINESS MANAGEMENT | 8822 S REITGLEINE BLVD STE 120 | HIGHLAND RANCH | CO | 80129 | | Professional Services Agreement; Teamcenter | $0 |
| WILLIAMS SCOTSMAN, INC. | 4015 HAWKINS NE | | ALBUQUERQUE | NM | 87109-4534 | | Lease Agreement; Flight Test Trailer located at 2503 Clark Carr Loop | $29,544.19 |