# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 763** |

## NOTICE OF FILING AMENDED SCHEDULE
## TO APA SUBMITTED IN CONNECTION WITH
## MOTION OF THE CHAPTER 7 TRUSTEE TO APPROVE SALE
## PROCEDURES AND APPROVE SALE AND FOR RELATED RELIEF

PLEASE TAKE NOTICE that on July 31, 2009, Jeoffrey L. Burtch, Chapter 7 Trustee for the above-captioned cases filed his *Motion Of The Chapter 7 Trustee To Approve Sale Procedures And Approve Sale And For Related Relief* [Docket No. 763] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that Schedule 2.3 of the APA attached as Exhibit 1 to Exhibit B to the Motion, has been amended as follows:

1. Removal of the contract with Jeppesen Sanderson, Inc., at the instruction of Eclipse Aerospace, Inc.

2. SAP America, Inc. ("SAP") was added as a party in interest to the contract listing for Itelligence Innovative Solutions, Inc. to reflect SAP's interest and potential cure amounts.

3. Added "License Agreements" to the column titled "Description of contract or lease and nature of debtor's interest" for the Parametric Technology Corporation listing at the instruction of Eclipse Aerospace, Inc.

PLEASE TAKE FURTHER NOTICE that the Trustee files the attached amended Schedule 2.3.

[*Signature on following page*]

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.

| | |
|---|---|
| Dated: August 17, 2009<br>Wilmington, Delaware | COOCH AND TAYLOR, P.A.<br><br>/s/ R. Grant Dick IV<br>Adam Singer (DE No. 2472)<br>R. Grant Dick IV (DE No. 5123)<br>1000 West Street, 10th Floor<br>The Brandywine Building<br>Wilmington, DE 19801<br>Tele: (302) 984-3800<br>Fax: (302) 984-3939<br>Email: gdick@coochtaylor.com<br><br>Counsel to the Chapter 7 Trustee |