# Amended Schedule 2.3
# Designated Contracts

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. | Cure Cost |
|---|---|---|---|---|---|---|---|---|
| AVIDYNE CORPORATION | ATTN: VP, CORPORATE DEVELOPMENT | 55 OLD BEDFORD ROAD | LINCOLN | MA | 01773 | | IP License Agreement - dated 02/21/2007 | $0 |
| CITY OF ALBUQUERQUE | PO BOX 9948 | | ALBUQUERQUE | NM | 87119-1048 | | Albuquerque International Sunport III Hangar Lease | $356,318.38 |
| CITY OF ALBUQUERQUE | 2200 SUNPORT BLVD SE 3RD FLOOR | | ALBUQUERQUE | NM | 87106 | | Albuquerque International Sunport I & II Office & Hangar Lease | $150,612.20 |
| CITY OF ALBUQUERQUE | 2200 SUNPORT BLVD SE 3RD FLOOR | | ALBUQUERQUE | NM | 87106 | | Albuquerque International Sunport IV Hangar Lease | $29,464.66 |
| CITY OF ALBUQUERQUE | 2200 SUNPORT BLVD SE 3RD FLOOR | | ALBUQUERQUE | NM | 87106 | | Apron Area Lease and Agreement | $8,085.00 |
| COMANT INDUSTRIES INC | 577 BURNING TREE RD | | FULLERTON | CA | 92833 | | Supply Chain Agreement | $0 |
| ESSEX INDUSTRIES INC MANUFACTURING DIVISION | 6 SUNNEN DR | | ST. LOUIS | MS | 63143 | | Supply Chain Agreement | $0 |
| EXPRESS LOGISTICS dba Pilot Freight Services | MELANIE TRUJILLO | 2430 ALAMO AVE SE | ALBUQUERQUE | NM | 87106 | | Sub-Lease Agreement | $6,485.00 |
| ITELLIGENCE INNOVATIVE SOLUTIONS, INC. (software reseller) and SAP AMERICA, INC (party in interest) | MARK CUMMINGS, GENERAL COUNSEL (Itelligence) DONALD K. LUDMAN, ESQ. BROWN & CONNERY, LLP (SAP America, Inc.) | 3400 WATERVIEW PARKWAY STE 100 6 NORTH BROAD STREET | RICHARDSON WOODBURY | TX NJ | 75080 08096 | | Certified Business Solutions Provider End-User License Agreement | $3,585.83 |
| JD LOCKAWAY, LLC | C/O TERRESA CURRIER, ESQUIRE | SAUL EWING LLP, 222 DELAWARE AVE., SUITE 1200 | WILMINGTON | DE | 19801 | | Real Property Commercial Lease: 2800 Karsten CT, SE, Albuquerque, NM - Sunport 10 | $0 |
| JNJ PROPERTY MANAGEMENT, LLC | NICK CHAVEZ | 2601 KARSTEN COURT SE STE B | ALBUQUERQUE | NM | 87102 | | Commercial Lease | $13,017.00 |

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. | Cure Cost |
|---|---|---|---|---|---|---|---|---|
| KABA BENZING AMERICA INC | PRESIDENT & CEO | 3015 NORTH COMMERCE PARKWAY | MIRAMAR | FL | 33025 | | Software License and Professional Services Agreement | $0 |
| PARAMETRIC TECHNOLOGY CORPORATION | PO BOX 945722 | | ATLANTA | GA | 30394-5722 | | Software Maintenance Agreement (arbortext/Math/CAD) and License Agreements | $0 |
| PETER HAALAND/PHYRIX, LTD. LIABILITY CO. | 518 WEST LINDEN STREET | | LOUISVILLE | CO | 80027-3124 | | Patent and Asset Purchase Agreement - dated 03/23/2007 | $140,000.00 |
| PS ENGINEERING INC | MARK SCHEUER-PRESIDENT | 9800 MARTEL RD | LENOIR CITY | TN | 37772 | | Supply Chain Agreement | $0 |
| RANCH JOINT VENTURE LLP | WILLIAM L. ROGERS | 200 CRESCENT COURT, SUITE 1040 | DALLAS | TX | 75201 | | Special Warranty Deed | $0 |
| RESUME MIRROR | RESUME MIRROR, A DIVISION OF TALENT TECHNOLOGY CORPORATION | STE 300 10991 SHELLBRIDGE PARKWAY | RICHMAND | BC | V6X 3C6 | CANADA | License Agreement | $0 |
| REYNOLDS MASON INDUSTRIES INC | 1900 WELD BLVD STE 110 | | EL CAJON | CA | 92020 | | Supply Chain Agreement | $66,304.00 |
| S TEC CORPORATION | KEN PAUL, VP SALES AND MARKETING | ONE S TEC WAY | MINERAL WELLS | TX | 76067 | | Supply Chain Agreement | $183,894.00 |
| SAINT GOBAIN PERFORMANCE PLASTICS CORP | PO BOX 642625 | | PITTSBURGH | PA | 15264-2625 | | Supply Chain Agreement | $0 |
| SOUTHWEST RESEARCH INSTITUTE | DIRECTOR OF CONTRACTS | 6220 CULEBRA RD | SAN ANTONIO | TX | 78238 | | Purchase Agreement | $360,697.08 |
| TALEO | RAYMOND INGRASSIA | 4140 DUBLIN BLVD STE 400 | DUBLIN | CA | 94568 | | Taleo Business Edition Services Agreement | $31,350.00 |
| THE WELDING INSTITUTE | ATTN: INTELLECTUAL PROPERTY MANAGER | GRANTA PARK; GREAT ABBINGTON | CAMBRIDGE | | CB1 6AL | UK | License Agreement - dated 11/07/2001 | $38,808.75 |
| THYSSENKRUPP ELEVATOR | THYSSENKRUPP ELEVATOR CORPORATION | 8920 ADAMS ST NE STE B | ALBUQUERQUE | NM | 87113 | | Extended Warranty Service Agreement | $512.00 |
| TIGHITCO INC | VP-NEW BUSINESS DEVELOPMENT | 1375 SEABOARD INDUSTRIAL BLVD | ATLANTA | GA | 30319 | | Supply Chain Agreement | $5,706.00 |
| UNIGRAPHIC SOLUTIONS | JAMES R. MENGEGO | 13736 RIVERPORT DR | MARYLAND HIGHTS | MO | 63043 | | End User Purchase/License Agreement | $126,591.00 |

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. | Cure Cost |
|---|---|---|---|---|---|---|---|---|
| UGS CORP | BETTY RICHARDS, BUSINESS MANAGEMENT | 8822 S REITGLEINE BLVD STE 120 | HIGHLAND RANCH | CO | 80129 | | Professional Services Agreement; Teamcenter | $0 |
| WILLIAMS SCOTSMAN, INC. | 4015 HAWKINS NE | | ALBUQUERQUE | NM | 87109-4534 | | Lease Agreement; Flight Test Trailer located at 2503 Clark Carr Loop | $29,544.19 |