IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, et al.,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 20, 2009 AT 3:30 P.M.

MATTERS GOING FORWARD

1. MOTION of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 763, Filed 7/31/09].

    Related Documents:

    A. NOTICE of Hearing [Docket No. 773, Filed 8/4/09].

    B. NOTICE of Filing Schedule to APA Submitted in Connection with Motion of the Chapter 7 Trustee to Approve Sale Procedures and Approve Sale and for Related Relief [Docket No. 774, Filed 8/4/09].

    C. NOTICE of Filing Exhibits 2 and 3 to Proposed Sale Procedures Order Submitted in Connection with Motion of the Chapter 7 Trustee to Approve Sale Procedures and Approve Sale and for Related Relief [Docket No. 779, Filed 8/6/09].

    D. ORDER (A) Approving Bid Procedures Relating to Sale of Substantially All of the Debtors' Assets; (B) Break Up Fee; (C) Scheduling a Hearing to Consider the Sale and Approving the Form and Matter of Notices; (D) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; and (E) Granting Related Relief [Docket No. 787, Filed 8/11/09].

    E. NOTICE of Auction Results [Docket No. 800, Filed 8/17/09].

    F. NOTICE of Filing Schedules to APA Submitted in Connection with Motion of the Chapter 7 Trustee to Approve Sale Procedures and Approve Sale and for Related Relief [Docket No. 803, Filed

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.

8/17/09].

G. NOTICE of Filing Amended Schedule to APA Submitted in Connection with Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 804, Filed 8/17/09].

Response Deadline: August 18, 2009 at 12:00 p.m.

Responses Filed:

A. Objection of Opinicus Corporation to Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 784, Filed 8/10/09].

B. Limited Objection and Reservation of Rights of the Production Line Group to Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 802, Filed 8/17/09].

C. Objection of Southwest Research Institute To The Debtors' Notice Of Cure Amounts [Docket No. 796, Filed 8/17/09].

D. Objection To Cure Amount (JD Lockaway, LLC, an Idaho Limited Liability Company) [Docket No. 798, Filed 8/17/09].

E. Limited Objection and Reservation of Rights With Respect to Sale Motion (Pratt & Whitney Canada Corp.) [Docket No. 799, Filed 8/17/09].

F. Limited Objection of Curtiss-Wright Integrated Sensing, Inc. and Novatronics, Inc. to Trustee's Motion for Sale of Substantially All of the Debtors' Assets [Docket No. 805, Filed 8/17/09].

G. Limited Objection of TW Metals, Inc. to Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 806, Filed 8/17/09].

H. Supplemental Objection to Cure Amount (JD Lockaway, LLC an Idaho Limited Liability Company) [Docket No. 807, Filed 8/17/09].

| | |
|---|---|
| Status: | The hearing on this matter is going forward. The Trustee is attempting to resolve all formal and informal objections prior to the hearing on this matter. Relatedly, the Trustee expects to submit a revised form of order with respect to the Motion at or before the hearing. |

Dated: August 18, 2009

COOCH AND TAYLOR

/s/ Adam Singer
Adam Singer, Esquire (No. 2472)
M. Claire McCudden, Esquire (No. 5036)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
Ph: (302) 984-3800

Attorneys for the Trustee