# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

FILED 2008 AUG 18 PM 1:31 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

In Re:  :  CHAPTER 7
  :
ECLIPSE AVIATION CORPORATION,  :
aka Pronto Aircraft Corporation,  :
  :  Case No. 08-13031(MFW)
     Debtor.  :
  :
_____ :

## PROOF OF INTEREST

1. This proof of interest is made for and on behalf of Fawwaz M. Shoukfeh M.D., having an address at 3710 21st Street, Lubbock, Texas 79410.

2. This proof of interest is filed against debtor Eclipse Aviation Corporation.

3. The basis for the interest is as follows:

   - 1,316 shares of D-1 Preferred Stock (M.F. and Raida Shoukfeh);
   - 10,317 shares of E-1 Preferred Stock (M.F. Shoukfeh); and
   - 1,000 shares of H-1 Preferred Stock (Texas Crescent Family Ltd. P/S)

   *Note: The record holder of the equity interest is listed in parenthesis.*

4. See the attached summary.

5. Fawwaz M. Shoukfeh M.D. reserves the right to further amend and/or supplement this proof of interest.

6. All notices concerning this proof of interest should be sent to:

Fawwaz M. Shoukfeh M.D.
3710 21st Street
Lubbock, Texas 79410

with a copy to:

Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300S
Mt. Laurel, NJ 08054
Attn: William G. Wright, Esquire

Dated: August 18, 2009

CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Attorneys for Fawwaz M. Shoukfeh M.D.

By: _____
WILLIAM G. WRIGHT

eclipse_poi.doc