IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ECLIPSE AVIATION CORPORATION, *et al.* | Case No. 08-13031 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

**STIPULATION OF ECLIPSE AEROSPACE INC. AND JD LOCKAWAY, LLC, AN IDAHO LIMITED LIABILITY COMPANY, RESOLVING JD LOCKAWAY, LLC'S OBJECTION TO CURE AMOUNT**

Eclipse Aerospace Inc. ("Purchaser"), by and through its counsel Nelson Mullins Riley & Scarborough LLP, and JD Lockaway, LLC, an Idaho Limited Liability Company, ("Landlord" or "JD"), by and through its counsel Saul Ewing LLP and Hunt & Davis, P.C., for their Stipulation, states:

1. JD, as assignee, is the Landlord pursuant to a Standard Industrial/Commercial Single Tenant Lease-Net Lease for certain non-residential real property located in Albuquerque, New Mexico, dated May 10, 2002, as amended from time to time (the "Lease"), which property is more particularly described in the Lease.

2. Eclipse Aviation Corporation is the Tenant under the Lease.

3. In the "Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief," (the "Sale Motion), the Chapter 7 Trustee proposes to sell substantially all of the assets of the Debtors herein to Eclipse Aerospace Inc.

4. In an Amendment to the Sale Motion, and specifically in Amended Schedule 2.3 of the proposed Purchase Agreement attached to the Sale Motion, the Trustee and the Purchaser served notice that the Lease will be assumed and assigned to the Purchaser.

5. The Amendment to the Sale Motion, and Amended Schedule 2.3 of the proposed Purchase Agreement attached to the Sale Motion, proposed a Cure Amount of $0.00 for the

Lease. The Court established an objection deadline of August 18, 2009, 12:00 pm prevailing Eastern time for the filing of objections to the sale and objections to the Cure Amounts.

6. The Landlord filed a timely objection to the Cure Amount. In order to resolve this dispute with a minimum of litigation, the parties have reached the following stipulation.

## STIPULATION

7. Schedule 2.3 to the final Asset Purchase Agreement approved by the Court will be amended to provide that the Cure Amount for JD Lockaway shall be $36,000.00, which includes the remaining property taxes due, amounts due for property insurance, and amounts due for penalties and interest on the property insurance. The Cure Amount will be paid as set forth in the Asset Purchase Agreement, or as required by the Court.

8. The Purchaser and Landlord will make their best efforts to convince the Bernalillo County Tax Assessor's Office to waive the penalties and interest on the unpaid property taxes. If the Bernalillo County Tax Assessor's Office agrees to such a waiver in full, the Cure Amount will be reduced to $30,000.00, or the Cure Amount will be reduced by the amount of such abated penalties and interest as forgiven by the Bernalillo taxing authority.

9. Upon approval of the Sale, the Purchaser will release to the Landlord the security deposit in the amount of $25,912.17 set forth in the original Lease, and the Purchaser will have no further claim to such security deposit. The Purchaser will not be required to post an additional security deposit.

10. With regard to the notice of early termination of the Lease which may be exercised by sending notice on or before August 31, 2009 (Third Amendment to Lease, Paragraph 2), the Landlord and the Purchaser agree to a one-month extension for service of such notice of termination, so that the Notice of Early Termination may be exercised by sending notice on or before September 30, 2009.

11. Julie Dillon on behalf of JD Lockaway LLC agrees to meet with Mason Holland on behalf of the Purchaser, in person, at a time and place to be determined, to discuss matters related to the Lease.

SAUL EWING LLP

_____
Teresa K.D. Currier (Del. ID #3080)
222 Delaware Avenue
Suite 1200, P.O. Box 1266
Wilmington, DE 19899
(302) 421-6826

Co-Counsel for JD Lockaway LLC

Hunt & Davis, P.C.

_____
Chris W. Pierce (NM ID #2089)
P.O. Box 30088
Albuquerque, New Mexico 87190-0088
Telephone:   (505) 881-3191
Facsimile:   (505) 881-4255
E-mail:      cpierce@hrd-law.com

Co-Counsel for JD Lockaway LLC

Nelson Mullins Riley & Scarborough LLP

_____ (with permission)
Peter J. Haley, Esq.
William J. Ching, Esq.
Michael E. Hollingsworth II, Esq.
Atlantic Station
201 17th Street, Suite 1700
Atlanta, GA 30363
(404) 322-6000

Counsel for Purchaser

Service list:

Trustee:

Jeoffrey L. Burtch, Esq.
Cooch & Taylor, P.A.
1000 West Street
Wilmington, DE 19801

Buyer:

Eclipse Aerospace, Inc.
Attn: Mason Holland, President
125 Fairchild Street, Suite 100
Charleston, SC 29492

Ad Hoc Committee of Senior Secured Noteholders:

Covington & Burling LLP
Attn: Benjamin Hoch and Andrew Ment
The New York Times Building
620 Eighth Avenue
New York, NY 10018