# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Eclipse Aviation Corporation |
| **Case Number:** | 08-13031-MFW     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 20, 2009 03:30 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Sale

**R / M #:**   834 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Order due under Certification of Counsel