# SIGN-IN-SHEET

**CASE NAME:** Eclipse Aviation  
**CASE NO.:** 08-13031 (MFW)  

**COURTROOM LOCATION:** 4  
**DATE:** 8/20/09 at 3:30 pm  

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Sullivan | Sullivan Hazeltine Allinson LLC | Eclipse Aerospace |
| Peter Haley | Nelson Mullins Riley + Scarborough | " |
| Steve Yoder | Potter Anderson & Corroon | Eclipse 400 Depositors |
| Teresa Currier | Saul Ewing LLP | EA, LLC & JD Lockaway |
| J. Reed Clay Jr | U.S. Dept. of Justice | Federal Aviation Administration |
| Adam Singer | Cooch and Taylor | Chapter 7 Trustee |
| Dale Dube | " | " |
| Donald Ludman | Brown & Connery | SAP America, Inc. |
| James Carignan | Pepper | TW Metals |
| Michelle McMahon | Bryan Cave LLP | J. Tapia and A. Camou |
| Ricardo Palacio | Ashby + Geddes | Opinicus Corp. |
| Ben Keenan | " | " |
| Ben Hoch | Covington & Burling | Ad Hoc Committee of Senior Sec. |
| John Knight | Richards Layton | " Noteholders " |
| Kelly Conlan | Connolly Bove Lodge Hutz | Pratt + Whitney Canada Corp / UT Finance Corp |
| Robert Mallard | Dorsey + Whitney LLP | Maverick, Inc. |
| Margaret England | Eckert Seamans | PTC |

# SIGN-IN SHEET

Pg. 2

**CASE NAME:** Eclipse Aviation
**CASE NO.:** 08-13031 (MFW)
**COURTROOM NO.:** 4
**DATE:** 8/20/09

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli Shughart PC | Gray Oil + Gas Co. |
| Scott Burtch | Coode. Taylor | Trustee |
| Paul Keenan | Greenberg Traurig | Production Line Group |
| Shari Meyer (telephonic) | | |
| Hilary Murphy (telephonic) | Obsidian Finance | |
| Geoffrey Raicht | McDermott Will & Emery | Al Mann Living Trust |