IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 760** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. §§ l05(a) and 365(a) TO REJECT EXECUTORY CONTRACT [Docket No. 760] filed on July 28, 2009. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections were to be filed and served no later than August 19, 2009 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: August 19, 2009                                                COOCH AND TAYLOR, P.A.

                                                                      /s/ R. Grant Dick IV
                                                                      R. Grant Dick IV (No. 5123)
                                                                      The Brandywine Building
                                                                      1000 West Street, 10th Floor
                                                                      P.O. Box 1680
                                                                      Wilmington, DE 19899
                                                                      Telephone: (302) 984-3867
                                                                      Fax: (302) 984-3939
                                                                      E-mail: gdick@coochtaylor.com
                                                                      Counsel to the Chapter 7 Trustee

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.