# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 768** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the MOTION (SECOND) OF TRUSTEE TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF RESIDENTIAL REAL PROPERTY AND PERSONAL PROPERTY PURSUANT TO SECTION 365(D)(1) OF THE BANKRUPTCY CODE [Docket No. 768] filed on July 31, 2009. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections were to be filed and served no later than August 19, 2009 at 4:00 p.m.

[Signature on next page]

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: August 19, 2009　　　　　　　　　　COOCH AND TAYLOR, P.A.

　　　　　　　　　　　　　　　　　　　　　/s/ R. Grant Dick IV
　　　　　　　　　　　　　　　　　　　　R. Grant Dick IV (No. 5123)
　　　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　　　1000 West Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 1680
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 984-3867
　　　　　　　　　　　　　　　　　　　　Fax: (302) 984-3939
　　　　　　　　　　　　　　　　　　　　E-mail: gdick@coochtaylor.com
　　　　　　　　　　　　　　　　　　　　Counsel to the Chapter 7 Trustee