# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| ECLIPSE AVIATION CORPORATION, *et al.*, ) ) | Case No. 08-13031 (MFW) |
| Debtors. ) ) | Hearing Date: October 7, 2009 at 1:00 p.m. |
| ) | |

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that on April 22, 2009, Gray Oil and Gas Company and Gray and Company, Inc. ("**Gray**") filed the **Motion of Gray Oil and Gas Company and Gray and Company, Inc. to Compel Trustee to Perform Intellectual Property Agreement Pursuant to 11 U.S.C. § 365(n)(4)** (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been re-scheduled for **October 7, 2009 at 1:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, in the Bankruptcy Court, 5th Floor, Courtroom #4.

Dated:  August 25, 2009
       Wilmington, Delaware

Respectfully submitted,

    */s/  Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
Justin K. Edelson (DE Bar No. 5002)
POLSINELLI SHUGHART PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Tel: (302) 252-0920
Fax: (302) 252-0921
E-mail:  cward@polsinelli.com
        jedelson@polsinelli.com

- and -

Robert J. Stefani (La. Bar No. 19248)
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana  70170
Tel: (504) 582-3800
Fax: (504) 582-1233
E-mail:  rstefani@kingkrebs.com