IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 760 |

## ORDER APPROVING REJECTION OF EXECUTORY CONTRACT

Upon the Trustee's Motion Pursuant to 11 U.S.C. §§ 105(a) and 365(a) to Reject Executory Contract (the "Motion")[2], the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Motion and the hearing was sufficient under the circumstances; and (v) upon the record herein, and after due deliberation, good and sufficient cause exists for the relief requested. Accordingly, it is hereby

**ORDERED that:**

1. The Motion is granted.

2. The Contract set forth on <u>Exhibit A</u> attached hereto is hereby rejected, effective as of July 27, 2009 (the "Rejection Date"). The Trustee's right to argue that the Contract is not an executory contract and the Trustee's right to contest any claims that arise out of the rejection of the Contract are hereby reserved.

3. This Order shall be binding on the Trustee and all parties to the Contract.

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation (Tax ID No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly-owned subsidiary of Eclipse Aviation Corporation (Tax ID No. XX-XXX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4. The Trustee is hereby directed to serve on each of the non-debtor parties to the Contract a copy of this Order.

5. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Dated: 8/24/09

THE HONORABLE MARY F. WALRATH
United States Bankruptcy Judge