# EXHIBIT A

Exhibit A: Executory Contracts to be Rejected

| Party | Type | Contract Date | Effective Date of Rejection |
|---|---|---|---|
| Computer Sciences Corporation<br>3170 Fairview Park Drive<br>Falls Church, VA 22042<br>-and-<br>4045 Hancock Street<br>San Diego, CA 92110 | Information Technology Professional Services Agreement | October 9, 2008 | July 27, 2009 |