**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ECLIPSE AVIATION CORPORATION, *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Docket No. 839** |

## NOTICE OF WITHDRAWAL RE: DOCKET NO. 839

PLEASE TAKE NOTICE that the Certification of Counsel Re: Motion of Chapter 7
Trustee to Approve Sale Procedures, And to Approve Sale, And for Related Relief filed on
August 26, 2009 is hereby withdrawn [Docket No. 839].

Dated: August 26, 2009           COOCH AND TAYLOR
      Wilmington, DE


    /s/ Adam Singer
Adam Singer, Esquire
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
(302) 984-3800

Attorneys for the Trustee

---

[1]     The Debtors in these proceedings are: Eclipse Aviation Corporation (Tax I.D. No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly-owned subsidiary of Eclipse Aviation Corporation (Tax I.D. No. XX-XX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.