# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, et al., | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**RE: DOCKET NO. 763, 787 and 828**

## CERTIFICATION OF COUNSEL

1. This Court held a hearing on August 20, 2009 with respect to Motion Of The Chapter 7 Trustee To Approve Sale Procedures, And To Approve Sale, And For Related Relief (the "Motion") [Docket No. 763, Filed 7/31/09].

2. At the conclusion of that hearing, this Court instructed the undersigned to submit a form of order to address the objections and resolutions thereto of: (a) Objection of Opinicus Corporation to Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 784, Filed 8/10/09]; (b) Cure Objection of Opinicus Corporation [Docket No. 815, Filed 8/18/09]; (c) Supplemental Objection of Opinicus Corporation to Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 817, Filed 8/18/09]; (d) Limited Objection and Reservation of Rights of the Production Line Group to Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief [Docket No. 802, Filed 8/17/09]; (e) Objection to Motion of the Chapter 7 Trustee to Approve Sale Procedures, and to Approve Sale, and for Related Relief (Javier Tapia) [Docket No. 808, Filed 8/18/09]; and (f) Limited Objection of the Eclipse 400 Depositors to Chapter 7 Trustee's Motion to Approve Sale Procedures, and to Approve Sale, and for Related Relief (D.I. 763 and 787) [Docket No. 818, Filed 8/18/09] (collectively, the "Objecting Parties").

3. Attached hereto as Attachment A is a revised form of order concerning the Motion. The revised proposed form of order includes three Exhibits to that order (collectively, the "Revised Order"). The Revised Order has been reviewed and approved by each of the Objecting Parties, the Ad Hoc Committee of Noteholders, and the Trustee.

4. Attached as Attachment B is a blacklined version of the Revised Order compared to the form of order that was filed on August 19, 2009 (Docket no. 828).

5. The Trustee and the Buyer (as defined in the Revised Order) intend to proceed to closing as soon as possible after the entry of the Revised Order.

6. Therefore, it is respectfully requested that the Revised Order attached hereto as Attachment A be entered approving the Motion at the earliest convenience of the Court.


Dated: August 27, 2009
       Wilmington, Delaware

                                      COOCH AND TAYLOR P.A.

                      BY:    /s/ Adam Singer
                             Adam Singer, Esquire (DE No. 2472)
                             The Brandywine Building
                             1000 West Street, 10th Floor
                             P. O. Box 1680
                             Wilmington, DE 19899
                             Phone: 302.984.3800
                             Fax: 302.984.3939
                             Email address: asinger@coochtaylor.com
                             Attorney for Jeoffrey L. Burtch,
                             Chapter 7 Trustee