IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, et al.,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 9, 2009 AT 2:00 P.M.

MATTERS SCHEDULED FOR PRE-TRIAL CONFERENCE

1. <u>Opinicus Corporation v. Eclipse Aviation Corporation, et al.</u>, Adv. Pro. No. 09-50406 (MFW)

    Related Documents:

    A. Complaint for Declaratory Judgment that Certain Equipment and Intellectual Property are Not Property of the Debtors' Estates by Opinicus Corporation against JEOFFREY L. BURTCH, CH. 7 TRUSTEE, Eclipse Aviation Corporation, Kings Road Investments, Ltd., Citadel Investment Group, L.L.C., HBK Master Fund L.P., John Doe 1 through 1,000 [Docket No. 1, Filed 3/6/09].

    B. Summons and Notice of Pretrial Conference [Docket No. 3, Filed 3/6/09].

    Response Deadline: July 15, 2009 at 4:00 p.m.

    Responses Received:

    A. Answer to Complaint for Declaratory Judgment that Certain Equipment and Intellectual Property are not Property of the Debtors' Estates [Docket No. 10, Filed 7/15/09], filed by Citadel Investment Group, L.L.C., HBK Master Fund L.P., Kings Road Investments, Ltd.

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.

B. Answer to Complaint Answer and Affirmative Defenses and Counterclaim of Chapter 7 Trustee of Eclipse Aviation Corporation [Docket No. 11, Filed 7/16/09].

C. Answer to Counterclaim of Chapter 7 Trustee of Eclipse Aviation Corporation, Filed by Opinicus Corporation [Docket No. 12, Filed 8/5/09].

Status: The status conference on this matter is going forward.

UNCONTESTED MATTERS GOING FORWARD

2. MOTION of Old Republic Insurance Company For Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d) [Docket No. 761, Filed 7/29/09].

Response Deadline: September 2, 2009 at 4:00 p.m.

Responses Received: No objections filed.

Status: The hearing on this matter is going forward.

Dated: September 4, 2009

COOCH AND TAYLOR, P.A.

/s/ M. Claire McCudden
M. Claire McCudden, Esquire (No. 5036)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
Ph: (302) 984-3800
Email: cmccudden@coochtaylor.com

Counsel to the Chapter 7 Trustee