IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ECLIPSE AVIATION CORPORATION, *et al.*,[1] ) ) ) | Case No. 08-13031 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |

## ORDER APPROVING STIPULATION EXTENDING TIME FOR PARMETRIC TECHNOLOGY CORPORATION TO OBJECT TO ASSUMED CONTRACTS

Upon the request Parametric Technology Corporation ("PTC") and Eclipse Aerospace, Inc. ("Eclipse") it is hereby

ORDERED, that the executed stipulation (the "Stipulation"), is hereby approved; and it is further

ORDERED, that PTC's time to object to the assumption and assignment of any of its contracts shall be extended up to and including September 23, 2009.

Date: Sept. 14, 2009

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation (Tax I.D. No. XX-XXX9000) and Eclipse IRB Sunport, LLC, a wholly-owned subsidiary of Eclipse Aviation Corporation (Tax I.D. No. XX-XX4013), each with a mailing address of 2503 Clark Carr Loop SE, Albuquerque, NM 87106.