# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Eclipse Aviation Corporation, *et al.*,[1] ) | |
| ) | Case No. 08-13031 (MFW) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket Nos. 763, 850** |

## TRUSTEE'S REPORT REGARDING SALE OF ESTATE PROPERTY

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") in the above-captioned cases, by and through his undersigned counsel, files this Report setting forth the results of the sale of property of the Debtors conducted by the Trustee on September 4, 2009 relating to the *Motion Of The Chapter 7 Trustee To Approve Sale Procedures And Approve Sale And For Related Relief* (the "Motion"). [Docket No. 763, 07/31/09]. On August 28, 2009, the Court entered the Order approving the Sale of the Purchased Assets[2] to Eclipse Aerospace, Inc. [Docket No. 850]. The Purchase Price was $40,000,000.00. At the Closing, the aggregate purchase price paid by Buyer to the Seller in exchange for the Purchased Assets was an amount equal to (i) the Cash Consideration, consisting of $20,000,000, plus (ii) the Note Consideration, consisting of $20,000,000.00.

*[Signature on following page]*

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Dated: September 25, 2009                      COOCH AND TAYLOR, P.A.
       Wilmington, Delaware

      */s/ M. Claire McCudden*
Adam Singer (DE No. 2472)
M. Claire McCudden (DE No. 5036)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
Tele: (302) 984-3800
Fax: (302) 984-3939
Email: cmccudden@coochtaylor.com

Counsel to the Chapter 7 Trustee