IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, et al.,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF **AMENDED** AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 14, 2009 AT 2:00 P.M.

WITHDRAWN MATTERS

1. MOTION of Bank of Utah, as Security Trustee, and UT Finance Corporation for Relief from the Automatic Stay [Docket No. 544, Filed 3/6/09].

    Related Documents:

    A. MOTION of Bank of Utah, as Security Trustee, and UT Finance Corporation for an Order Shortening Notice with Respect to Motion for Relief from the Automatic Stay [Docket No. 545, Filed 3/6/09].

    B. ORDER with Respect to Bank of Utah, as Security Trustee, and UT Finance Corporation's Motion for an Order Shortening Notice with Respect to Motion for Relief from the Automatic Stay (Motion Denied) [Docket No. 553, Filed 3/9/09].

    C. Withdrawal of Motion of Bank of Utah, as Security Trustee, and UT Finance Corporation for Relief from the Automatic Stay [Docket No. 914, Filed 10/7/09].

    Response Deadline: March 25, 2009 at 4:00 p.m., extended to March 27, 2009 at 12:00 p.m. for the benefit of the Trustee and the Noteholders.

    Responses Received:

    A. RESERVATION of Rights of Alfred E. Mann Living Trust with Respect to Motion of Bank of Utah, as Security Trustee, and UT Finance Corporation for Relief from the Automatic Stay [Docket No. 583, Filed 3/25/09].

---

[1]The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.

       B.     OBJECTION of the Chapter 7 Trustee to Motion of Bank of Utah, as Security Trustee, and UT Finance Corporation for Relief from the Automatic Stay [Docket No. 587, Filed 3/27/09].

       C.     JOINDER of The Ad Hoc Committee of Secured Noteholders to the Objection of the Chapter 7 Trustee to the Motion of Bank of Utah, as Security Trustee, and UT Finance Corporation for Relief from the Automatic Stay [Docket No. 591, Filed 3/27/09].

Status: This matter has been withdrawn.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.) / CERTIFICATION OF COUNSEL (COC)

2. TRUSTEE'S Omnibus Motion Pursuant to 11 U.S.C. §§ 105(a) and 365(a) to Reject Unexpired Non-Residential Real Property Leases [Docket No. 893, Filed 9/16/09].

    Related Documents:

        A.     C.N.O. [Docket No. 916, Filed 10/7/09].

        B.     Proposed Order with Related Docket No.

    Response Deadline: October 5, 2009 at 4:00 p.m.

    Responses Received: None.

    Status: C.N.O. filed.

3. MOTION of Ahern Equipment Rentals to Compel Allowance and Payment of Claims Under 11 U.S.C. §§503(b)(1)(A) and 365(d)(5) [Docket No. 898, Filed 9/23/09].

    Related Documents:

        A.     Certification of Counsel with Revised Proposed Order [Docket No. 917, Filed 10/8/09].

    Response Deadline: October 7, 2009 at 4:00 p.m.

    Responses Received: Informal response by the Chapter 7 Trustee.

    Status: Certification of Counsel filed.

PRE-TRIAL CONFERENCE

    4.    <u>Jorge Mata, et al. v. Eclipse Aviation Corporation, Kings Road Investments Ltd., and John Doe 1 through 1,000</u>, Adv. Pro. No. 08-51891 (MFW)

    Related Documents:

- A. Alternate Dispute Resolution opted Filed by 3CV Aviation LLC, et al. [Docket No. 2, Filed 12/22/08].

- B. Motion for Leave of Court to Amend Complaint and to Extend Time to Serve Amended Complaint [Docket No. 5, Filed 3/27/09].

- C. Certification of Counsel Requesting Entry of Order on Motion Seeking Leave of Court to Amend Complaint and to Extend Time to Serve Amended Complaint (related document(s) 5) [Docket No. 7, Filed 6/11/09].

- D. Order Granting Motion Seeking Leave of Court to Amend Complaint and to Extend Time to Serve Amended Complaint [Docket No. 8, Filed 6/12/09].

- E. Second Amended Complaint to Other [Docket No. 9, Filed 7/16/09].

- F. Summons and Notice of Pretrial Conference Served on Defendants Jeoffrey L. Burtch, Eclipse Aviation Corporation, John Doe 1 through 1,000, Kings Road Investments, Ltd. [Docket No. 10, Filed 7/16/09].

- G. Certification of Counsel (Re: Stipulation Extending Time for Defendants to Answer Plaintiffs' Complaint and Extending Time for Pre-Trial Conference Date) (related document(s) 9) Filed by Kings Road Investments, Ltd. [Docket No. 11, Filed 8/14/09].

- H. Order Approving Stipulation Extending Time for Defendants to Answer Plaintiffs' Complaint and Extending Time for Pre-Trial Conference Date(related document(s) 9) [Docket No. 12, Filed 8/17/09].

- I. Motion of Eclipse Aerospace, Inc. to Intervene in Accordance with Sale Order [Docket No. 20, Filed 9/29/09].

Response Deadline:    August 17, 2009 at 4:00 p.m.; Extended to September 8, 2009 at 4:00 p.m. for Defendants.

Responses Received:

- A. Answer And Affirmative Defenses Of Chapter 7 Trustee Of

Eclipse Aviation Corporation [Docket No. 15, Filed 9/8/09].

Status: This pre-trial conference is going forward.

UNCONTESTED MATTERS GOING FORWARD

5.  FIRST and Final Fee Application of Allen & Overy LLP for Compensation for Services Rendered and Reimbursement of Expenses as Antitrust Counsel to the Chapter 7 Trustee for the Period June 17, 2009 through September 11, 2009 [Docket No. 899, Filed 9/25/09]. (Item No. 1 in Fee Application Binder)

    Related Documents:

    A.  NOTICE of Applications for Interim Compensation and Reimbursement of Costs and Expenses and Request for Approval of Same [Docket No. 904, Filed 9/25/09].

    B.  Proposed Order with Related Docket No.

    C.  C.N.O. [Docket No. 918, Filed 10/8/09].

    Response Deadline: October 6, 2009 at 4:00 p.m.

    Responses Received: None.

    Status: C.N.O. filed. The hearing on this matter is going forward.

6.  FIRST Interim Fee Application of McAfee & Taft, a Professional Corporation, Chapter 7 Trustee's FAA Legal Counsel, for Compensation and Reimbursement of Expenses Incurred for the Period June 5, 2009 through September 11, 2009 [Docket No. 900, Filed 9/25/09]. (Item No. 2 in Fee Application Binder)

    Related Documents:

    A.  NOTICE of Applications for Interim Compensation and Reimbursement of Costs and Expenses and Request for Approval of Same [Docket No. 904, Filed 9/25/09].

    B.  Proposed Order with Related Docket No.

    C.  C.N.O. [Docket No. 919, Filed 10/8/09].

    Response Deadline: October 6, 2009 at 4:00 p.m.

    Responses Received: None.

Status:  C.N.O. filed.  The hearing on this matter is going forward.

7.   FIRST Interim Application of Munsch Hardt Kopf & Harr, P.C. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as IP Counsel to the Trustee for the Period from March 9, 2009 through September 11, 2009 [Docket No. 901, Filed 9/25/09]. (Item No. 3 in Fee Application Binder)

   Related Documents:

   A.   NOTICE of Applications for Interim Compensation and Reimbursement of Costs and Expenses and Request for Approval of Same [Docket No. 904, Filed 9/25/09].

   B.   Proposed Order with Related Docket No.

   C.   C.N.O. [Docket No. 920, Filed 10/8/09].

   Response Deadline:   October 6, 2009 at 4:00 p.m.

   Responses Received:  None.

   Status:  C.N.O. filed.  The hearing on this matter is going forward.

8.   FIRST Interim Fee Application of Young Conaway Stargatt & Taylor, LLP for Interim Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the Period from April 15, 2009 to September 11, 2009 [Docket No. 902, Filed 9/25/09]. (Item No. 4 in Fee Application Binder)

   Related Documents:

   A.   NOTICE of Applications for Interim Compensation and Reimbursement of Costs and Expenses and Request for Approval of Same [Docket No. 904, Filed 9/25/09].

   B.   Proposed Order with Related Docket No.

   C.   C.N.O. [Docket No. 921, Filed 10/8/09].

   Response Deadline:   October 6, 2009 at 4:00 p.m.

   Responses Received:  None.

   Status:  C.N.O. filed.  The hearing on this matter is going forward.

9. FIRST Interim Application Of Cooch And Taylor For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Jeoffrey L. Burtch For The Period From March 5, 2009 Through September 11, 2009 [Docket No. 903, Filed 9/25/09]. (Item No. 5 in Fee Application Binder)

    Related Documents:

    A. NOTICE of Applications for Interim Compensation and Reimbursement of Costs and Expenses and Request for Approval of Same [Docket No. 904, Filed 9/25/09].

    B. Proposed Order with Related Docket No.

    C. C.N.O. [Docket No. 922, Filed 10/8/09].

    Response Deadline: October 6, 2009 at 4:00 p.m.

    Responses Received: None.

    Status: C.N.O. filed. The hearing on this matter is going forward.

10. MOTION of Eclipse Aerospace, Inc. to Extend Time to Designate Contracts with City of Albuquerque [Docket No. 910, Filed 10/2/09].

    Related Documents:

    A. MOTION to Shorten Notice for Motion of Eclipse Aerospace, Inc. to Extend Time to Designate Contracts with City of Albuquerque [Docket No. 911, Filed 10/2/09].

    Response Deadline: October 9, 2009 at 4:00 p.m. (Proposed)

    Responses Received: No responses filed at this time.

    Status: The hearing on this matter is going forward if the Court permits.

**ADDITIONAL MATTERS**

**PRE-TRIAL CONFERENCE**

11. <u>**Maverik, Inc. v. Eclipse Aviation Corporation and ETIRC Aviation S.A.R.L.**</u>**, Adv. Pro. No. 09-50030 (MFW)**

    **Related Documents:**

    A. **Complaint by Maverik, Inc. against Eclipse Aviation Corporation, Kings Road Investments, Ltd., HBK Master Fund, L.P., Citadel Investment Group, LLC, ETIRC Aviation S.A.R.L. [Docket No. 1, Filed 1/16/09].**

    B. **Stipulation Extending Time for Plaintiff to Serve the Summons and Complaint Between Jeoffrey Burtch and Javier Tapia and Alejandro Camou (Plaintiffs) and Eclipse Aviation Corporation, Kings Road Investments Ltd., Citadel Investment Group, LLC; HBK Services, LLC, a/k/a HBK Master Fund L.P. and John Doe 1 through 1,000 (Defendants) [Docket No. 3, Filed 5/8/09].**

    C. **Order Approving Stipulation Extending Time For Plaintiff To Serve The Summons And Complaint [Docket No. 4, Filed 5/15/09].**

    D. **Summons and Notice of Pretrial Conference Served on Defendants Citadel Investment Group, ETIRC Aviation S.A.R.L., Eclipse Aviation Corporation, HBK Master Fund, Kings Road Investments, Ltd., Trustee Jeoffrey L. Burtch, Chapter 7 Trustee [Docket No. 5, Filed 9/14/09].**

    E. **Certification of Counsel Regarding Stipulation of Voluntary Dismissal [Docket No. 6, Filed 10/6/09].**

    F. **Order Modifying the Adversary Proceeding Caption and Dismissing Defendants Kings Road Investment, Ltd., HBK Master Fund and Citadel Investment Group [Docket No. 7, Filed 10/8/09].**

    **Response Deadline:** October 14, 2009

    **Responses Received: None.**

**Status: The pre-trial conference is going forward.**

DATED: October **13**, 2009            COOCH AND TAYLOR

                                                         /s/ M. Claire McCudden
                                                Adam Singer (No. 2472)
                                                M. Claire McCudden (No. 5036)
                                                1000 West Street, 10th Floor
                                                The Brandywine Building
                                                Wilmington, DE 19801
                                                (302) 984-3809
                                                Email: cmccudden@coochtaylor.com

                                                Counsel to the Chapter 7 Trustee