| Lessor | Contact | Leased Premises | Effective Date of Rejection | Docket No. |
|---|---|---|---|---|
| East Road Corp. (E.A. LLC as successor in interest) | Chris W. Pierce, Esq. HUNT & DAVIS, P.C. 2632 Mesilla, N.E. P.O. Box 30088 Albuquerque, New Mexico 87190-0088 cpierce@hrd-law.com<br><br>Teresa K.D. Currier Saul Ewing LLP 222 Delaware Avenue, Suite 1200 P.O. Box 1266 Wilmington, DE 19899 TCurrier@saul.com | Lot 2C, Broadway Industrial Subdivision, Unit 2 Albuquerque, NM | August 31, 2009 | 857 |
| CG & D, LLC | CG & D, LLC 5541 Midway Park Place NE Albuquerque, NM 87109 jolou@mediaworksadv.com (505) 343-0000 | 5541 Midway Park Place NE Albuquerque, NM | August 31, 2009 | 860 |
| Atlantic Aviation Albuquerque | Atlantic Aviation Albuquerque Michelle Newton 2505 Clark Carr Loop SE Albuquerque, NM 87106 (505)764-9748 Fax | four (4) hangar spaces located at Albuquerque International Sunport 2200 Sunport Blvd. SE Albuquerque, New Mexico 87106 | August 31, 2009 | 863 |
| Brown, Alcantar & Brown | Brown, Alcantar & Brown 9630 Plaza Cir. El Paso, TX 79927-2105 (915) 859-3521<br><br>Brown, Alcantar & Brown Hal Morris 4 Harbor Point Corona Del Mar, CA 92625 hal_morris@msn.com Halmorris08@gmail.com<br><br>D'Ann Brown Branch Manager 3211 University Blvd, SE Albuquerque, NM dann@babinc.com<br><br>Michael Shane Gordon Mott & Davis P.C. 4695 North Mesa El Paso, TX 79912 | 3211 University Blvd, SE Albuquerque, NM | August 31, 2009 | 861 |
| Albany County Airport Authority | Richard M Meyers Meyers & Meyers, LLP Attorneys at Law 1734 Western Avenue, Albany, NY, 12203 rmeyers@meyersandmeyers.com<br><br>Bill Reilly Albany County Airport Authority Albany International Airport Administration Building, Suite 200 Albany, New York 12211- 1057 boreilly@albanyairport.com | plot of land and improvements thereto at the Albany International Airport 737 Albany-Shake Road Albany, NY 12211 | August 31, 2009 | 853 |

| Lessor | Contact | Leased Premises | Effective Date of Rejection | Docket No. |
|---|---|---|---|---|
| Gainesville-Alachua County Regional Airport Authority | Donald W. Stanley Jr. Allen Dell, P.A. 202 S. Rome Ave. - Suite 100 Tampa, FL 33606 dstanley@allendell.com | Aircraft service center at Gainesville Regional Airport, FL | September 3, 2009 | 868 |
| Mediaworks | Mediaworks d/b/a CG&D 6106 Jefferson NE, Suite B Albuquerque, NM 87109 jolou@mediaworksadv.com (505) 343-0000 | 6203 Pan American Building, suite A, Albuquerque, NM | August 31, 2009 | 859 |
| Lan Tien Ventures, LLC d/b/a AVIVA | Lan Tien Ventures, LLC Attn: Ben Marcus PO Box 491596 Los Angeles, CA 90049-9546 (310) 872.5598 | Access agreement for Van Nuys Municipal Airport | August 31, 2009 | 856 |
| SKAR, LLC | SKAR, LLC c/o Steve Kraemer 2811 Karsten Court SE Albuquerque, NM 87102 skraemer@bergerbriggs.com | 2811 Karsten Court SE Albuquerque, NM | August 31, 2009 | 858 |
| Bode Aero Services, Inc. | Bode Aero Services, Inc. 7401 Paseo Del Volcan NW Albuquerque, NM 87121 (505) 884-4551 | 7401 Paseo Del Volcan NW Albuquerque, NM | August 31, 2009 | 862 |
| Lobsang | Lobsang Berger Briggs Attn: Steve Kraemer 215 Third St SW P.O. Box Drawer K Albuquerque, NM 87103 skraemer@bergerbriggs.com | Unimproved land adjacent to Sunports | August 31, 2009 | 855 |
| Mads Rsamussen | Mads Rsamussen Berger Briggs Attn: Steve Kraemer 215 Third St SW P.O. Box Drawer K Albuquerque, NM 87103 skraemer@bergerbriggs.com | Unimproved land adjacent to Sunports | August 31, 2009 | 854 |