IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eclipse Aviation Corporation, et al.,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON NOVEMBER 4, 2009 AT 2:00 P.M.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)

1. MOTION of the Chapter 7 Trustee to Change Company Names with Respect to Bankruptcy Cases [Docket No. 909, Filed 10/2/09].

    Related Documents:

    A. C.N.O. [Docket No. 952, Filed 10/29/09].

    B. Proposed Order with Related Docket No.

    Response Deadline: October 20, 2009 at 4:00 p.m.

    Responses Received: None.

    Status: C.N.O. filed.

CONTESTED MATTERS

2. MOTION of Gainesville-Alachua County Regional Airport Authority for Allowance of Administrative Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 929, Filed 10/14/09].

    Response Deadline: October 28, 2009 at 4:00 p.m.

    Responses Received:

    A. OBJECTION of the Chapter 7 Trustee to Motion of GACRAA for Allowance and Payment of Claim [Docket No. 950, Filed 10/28/09].

---

[1] The Debtors in these proceedings are: Eclipse Aviation Corporation and Eclipse IRB Sunport, LLC, a wholly owned subsidiary of Eclipse Aviation Corporation.

B. NOTICE of Filing of Form of Order [Docket No. 951, Filed 10/29/09].

Status: The hearing on this matter is going forward.


| DATED: November 2, 2009 | COOCH AND TAYLOR |
|---|---|
| | /s/ Adam Singer |
| | Adam Singer (No. 2472) |
| | 1000 West Street, 10th Floor |
| | The Brandywine Building |
| | Wilmington, DE 19801 |
| | (302) 984-3800 |
| | |
| | Counsel to the Chapter 7 Trustee |