IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., et al.,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

NOTICE OF **AMENDED** AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 6, 2010 AT 2:00 P.M.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.) / **CERTIFICATION OF COUNSEL**

1. MOTION of Eclipse Aerospace, Inc. to Further Extend Time to Designate Contracts with City of Albuquerque [Docket No. 972, Filed 12/3/09].

    Related Documents:

    A. Proposed Order with Related Docket No.

    **B. Certification of Counsel with Revised Proposed Order [Docket No. 982, Filed 1/5/10].**

    Response Deadline:   December 31, 2009 at 4:00 p.m.

    Responses Received:  None.

    Status: **A Certification of Counsel was filed.**


2. MOTION of Chapter 7 Trustee for Allowance and Payment of Chapter 11 Ordinary Course Professionals Fees and Expenses [Docket No. 974, Filed 12/10/09].

    Related Documents:

    A. NOTICE of Filing of Invoice Information for Ordinary Course Professionals [Docket No. 975, Filed 12/10/09].

    B. C.N.O. [Docket No. 978, Filed 12/29/09].

    C. Proposed Order with Related Docket No.

---

1 The Debtors are: AE Liquidation, Inc. (f/k/a Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a Eclipse IRB Sunport, LLC), a wholly owned subsidiary of Eclipse Aviation Corporation.

Response Deadline: December 24, 2009 at 4:00 p.m.

Responses Received: None.

Status: C.N.O. filed.

DATED: January **5**, 2010							COOCH AND TAYLOR

							 /s/ Adam Singer
							Adam Singer (No. 2472)
							1000 West Street, 10th Floor
							The Brandywine Building
							Wilmington, DE 19801
							(302) 984-3800

							Counsel to the Chapter 7 Trustee