IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., et al.,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 17, 2010 AT 2:00 P.M.

CONTINUED MATTERS

1. MOTION of Computer Sciences Corporation for Allowance and Payment of an Administrative Expense Claim [Docket No. 992, Filed 1/25/10].

    Response Deadline:   February 3, 2010 at 4:00 p.m.

    Responses Received:  Informal Response of Chapter 7 Trustee.

    Status:  The hearing on this matter is being continued until March 17, 2010 at 2:00 p.m., with a new response deadline of March 8, 2010 at 4:00 p.m.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION/CERTIFICATION OF COUNSEL

2. MOTION of the Chapter 7 Trustee to Pay All Post-Petition Utility Claims Out of Utility Adequate Assurance Fund and for Related Relief [Docket No. 990, Filed 1/20/10].

    Related Documents:

    A.   Certification of Counsel with Revised, Proposed Form of Order [Docket No. 993, Filed 2/5/10].

    Response Deadline:   February 3, 2010 at 4:00 p.m.

    Responses Received:  Informal responses by New Mexico Gas Company, PNM Electric & Gas Services and TW Telecom.

    Status:  Certification of Counsel filed.

---

1 The Debtors are: AE Liquidation, Inc. (f/k/a Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a Eclipse IRB Sunport, LLC), a wholly owned subsidiary of Eclipse Aviation Corporation.

3. MOTION of Chapter 7 Trustee to Revise Notice Procedures [Docket No. 991, Filed 1/20/10].

   Related Documents:

   A. Certification of Counsel with Revised, Proposed Form of Order [Docket No. 994, Filed 2/5/10].

   Response Deadline: February 3, 2010 at 4:00 p.m.

   Responses Received: Informal response from Ashby & Geddes, P.A., counsel to Opinicus Corporation.

   Status: Certification of Counsel filed.


DATED: February 12, 2010                    COOCH AND TAYLOR


                                            /s/ Adam Singer
                                            Adam Singer (No. 2472)
                                            1000 West Street, 10th Floor
                                            The Brandywine Building
                                            Wilmington, DE 19801
                                            (302) 984-3800

                                            Counsel to the Chapter 7 Trustee