# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., et al,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**RE: DOCKET NO. 991**

## ORDER ON MOTION OF CHAPTER 7 TRUSTEE

Before the Court is the Motion of Chapter 7 Trustee to Revise Notice Procedures (the "Motion").[2]

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157(b)(2).

2. Proper notice of the Motion has been provided by the Trustee.

3. The Court finds that the legal and factual basis for the Motion has been established. The relief requested is justified by section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 6004, 6007 and 9007 of the Federal Rules of Bankruptcy Procedure.

4. The Motion is **GRANTED** as stated in this Order. Any objections not made to the Motion are waived. Any objections made to the Motion are overruled with prejudice.

5. The Chapter 7 Trustee is authorized to limit the scope of notice for those matters set forth in the Motion as follows: All notice for future pleadings that fall within the scope of Bankruptcy Rules 2002(a)(2), 2002(a)(3), 2002(a)(6), 6004, 6007 and 9007 shall be limited to the following parties:

---

[1] The Debtors are: AE Liquidation, Inc. (f/k/a Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a Eclipse IRB Sunport, LLC), a wholly-owned subsidiary of Eclipse Aviation Corporation.

[2] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

(a) The Trustee;

(b) Counsel for the Trustee;

(c) The Office of the United States Trustee;

(d) Counsel for the Debtors;

(e) Counsel for the United States of America;

(f) Counsel for the Ad Hoc Committee;

(g) Counsel for the Alfred E. Mann Living Trust;

(h) Counsel to Eclipse Aerospace, Inc.;

(i) Counsel to Annette Varela, on behalf of herself and all others similarly situated, John J. Dimura, on behalf of himself and all others similarly situated;

(j) Counsel to Brad Hasselwanter;

(k) Counsel to Jorg Kopping;

(l) Counsel to Robert J. Werra;

(m) Counsel to EA LLC and JD Lockaway;

(n) Counsel to EPAC Aviation Pty, Ltd.

(o) Counsel to Amelia Island Concours d'Elegance Foundation Inc.;

(p) Counsel to Demetrio Duarte, Jr.;

(q) Counsel to Compass Aerospace Northwest, Inc.;

(r) Counsel to UT Finance Corporation;

(s) Counsel to Parametric Technology Corporation;

(t) Counsel to Opinicus Corporation;

(u) Any entity that hereafter files a request for special notice pursuant to Bankruptcy Rule 2002; and

(v) All parties-in-interest specifically impacted by any such pleading.

6. Notwithstanding anything to the contrary in this Motion, a copy of this Order will be served upon the 2002 Service List.

7. Notwithstanding anything to the contrary, after the Order Date, the Trustee will serve all parties that are directly affected by a Filing.

8. This Court retains jurisdiction to interpret this Order.

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

Date: Feb. 16, 2010