IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: February 18, 2015 at 4:00 p.m. |
| | ) | Hearing Date: February 25, 2015 at 2:00 p.m. |

## NOTICE OF MOTION

TO:    Parties on the Attached Service Lists

**PLEASE TAKE NOTICE** that Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee"), has filed the attached MOTION OF CHAPTER 7 TRUSTEE TO DEPOSIT UNCLAIMED NOTEHOLDER FUNDS INTO REGISTRY OF THE COURT AND FOR RELATED RELIEF (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that if you wish to object or otherwise respond to the Motion, you must do so on or before **February 18, 2015 at 4:00 p.m.** Any response must be in writing and filed with the Clerk of the United States Bankruptcy Court at 824 North Market Street, Third Floor, Wilmington, DE 19801. At the same time, you must also serve a copy on the response upon counsel for the Trustee as follows:

Adam Singer, Esquire
Cooch and Taylor, P.A.
The Brandywine Building
1000 West Street, 10th floor
Wilmington, DE 19801
Email: asinger@coochtaylor.com

IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 25, 2015 AT 2:00 P.M.** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, FIFTH FLOOR, COURTROOM 4, WILMINGTON, DE 19801.

---

[1] The Debtors in these proceedings are: AE Liquidation, Inc. (f/k/a/ Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a/ Eclipse IRB Sunport, LLC), a wholly-owned subsidiary of Eclipse Aviation Corporation.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 3, 2015

COOCH AND TAYLOR, P.A.

/s/ Adam Singer
Adam Singer (No. 2472)
1000 West Street, 10th floor
The Brandywine Building
Wilmington, DE 19801
Telephone: (302) 984-3800

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*