## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related Docket No. _____ |

### ORDER

Before the Court is the Motion of Chapter 7 Trustee to Deposit Unclaimed Noteholder Funds into Registry of the Court and for Related Relief (the "Motion").

A. This Court has jurisdiction, pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding under 28 U.S.C. §157(b)(2).

B. Proper notice of the Motion has been provided by the Trustee.

C. The Court finds that the Trustee has diligently attempted to effectuate the payments to the Affected Noteholders as stated in Exhibit A to this Order.

D. The Court finds that the legal and factual basis for the Motion has been otherwise established.

IT IS THEREFORE ORDERED THAT:

1. The Motion is GRANTED. Any objections not made to the Motion are waived. Any objections made to the Motion are overruled with prejudice.

---

[1] The Debtors in these proceedings are: AE Liquidation, Inc. (f/k/a/ Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a/ Eclipse IRB Sunport, LLC), a wholly-owned subsidiary of Eclipse Aviation Corporation.

2. The Trustee is authorized to pay into the Registry of the Court the amount of $71,343.75 which is the total amount of the monies owed to the Affected Noteholders, and as stated in Exhibit A.

3. The Trustee is further authorized to pay future distributions to any of the three Affected Noteholders into the Registry of the Court, along with sufficient identifying information as to the respective distributee and amount.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2015

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

**Exhibit A to Order on Trustee Motion to Deposit Unclaimed Noteholder Funds into Court Registry**
**Case Number: 08-13031-MFW**
**Case Name: AE LIQUIDATION, INC.**

<u>**Affected Noteholders**</u>

| Note No. | Holder | Cashed Previous Distribution Check | Pro Rata Distribution Amount | Check Number | Mail Returned |
|---|---|---|---|---|---|
| 22 | Morgan Stanley & Co., Incorporated<br>Attn: Sal Arrigo<br>NSCC Window<br>55 Water Street, 1st Floor<br>New York, NY 10041 | Yes | 35,719.71 | 170024;<br>180051<br>(2nd attempt) | No |
| 37 | Sierra Grande Enterprise, LLC<br>P.O. Box 4488<br>Albuquerque, NM 87196 | Yes | 66.30 | 170037 | No |
| 41 | Tempo Master Fund LP<br>c/o JD Capital Management LLC<br>Two Greenwich Plaza, 2nd Floor<br>Greenwich, CT 06830 | Yes | 35,557.74 | 170041 | No |
| | | | **TOTAL $ 71,343.75** | | |