# Exhibit A to Order on Trustee Motion to Deposit Unclaimed Noteholder Funds into Court Registry
## Case Number: 08-13031-MFW
## Case Name: AE LIQUIDATION, INC.

**Affected Noteholders**

| Note No. | Holder | Cashed Previous Distribution Check | Pro Rata Distribution Amount | Check Number | Mail Returned |
|---|---|---|---|---|---|
| 22 | Morgan Stanley & Co., Incorporated<br>Attn: Sal Arrigo<br>NSCC Window<br>55 Water Street, 1st Floor<br>New York, NY 10041 | Yes | 35,719.71 | 170024; 180051 (2nd attempt) | No |
| 37 | Sierra Grande Enterprise, LLC<br>P.O. Box 4488<br>Albuquerque, NM 87196 | Yes | 66.30 | 170037 | No |
| 41 | Tempo Master Fund LP<br>c/o JD Capital Management LLC<br>Two Greenwich Plaza, 2nd Floor<br>Greenwich, CT 06830 | Yes | 35,557.74 | 170041 | No |
| | | **TOTAL** | **$ 71,343.75** | | |