# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE
# Minute Entry

## *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | AE LIQUIDATION, INC., ET AL., (F/K/A ECLIPSE AVIATION CORPORATION) |
| **Case Number:** | 08-13031-MFW       **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 24, 2016 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matters:*

1) MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY
   **R / M #:**   1,511 / 0

2) Fee
   **R / M #:**   1,560 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Item 1 - Order entered
    Item 2 - Order entered