# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 12, 2018 AT 2:00 P.M.

## MATTERS WITH CERTIFICATE OF NO OBJECTION:

1.   Chapter 7 Trustee's Fourth Omnibus Objection to Claims (Substantive) [Docket No. 1611; Filed 11/12/18]

    Response Deadline:   December 5, 2018 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    (a)   Notice of Submission of Copies of Proofs of Claim [Docket No. 1615; Filed 11/28/18]

    (b)   Certificate of No Objection [Docket No. 1621; Filed 12/6/18]

    Status:  A Certificate of No Objection has been filed with the Court.

2.   Motion of Chapter 7 Trustee for Entry of an Order Authorizing Distribution to Holders of Chapter 11 Administrative Expenses and Application for Interim Compensation [Docket No. 1612; Filed 11/15/18]

    Response Deadline:   December 5, 2018 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    (a)   Certificate of No Objection [Docket No. 1620; Filed 12/6/18]

    Status:  A Certificate of No Objection has been filed with the Court.

---

[1] The Debtors in these proceedings are: AE Liquidation, Inc. (f/k/a/ Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a/ Eclipse IRB Sunport, LLC), a wholly-owned subsidiary of Eclipse Aviation Corporation.

3.     Application of Jeoffrey L. Burtch, Chapter 7 Trustee, for an Order Expanding the Scope of Employment of Law Office of Susan E. Kaufman, LLC as Special Counsel to the Trustee [Docket No. 1613; Filed 11/16/18]

        Response Deadline:   December 5, 2018 at 4:00 p.m.

        Responses Received:  None

        Related Documents:

            (a)    **Corrected** Notice [Docket No. 1614; Filed 11/19/18]

            (b)    Certificate of No Objection [Docket No. 1619; Filed 12/6/18]

        Status:  A Certificate of No Objection has been filed with the Court.

**FEE APPLICATION:**
*(Fee Application binder was delivered to Chambers on December 4, 2018)*

4.     Fourth Interim Fee Application of Cozen O'Connor for Allowance of Compensation and Reimbursement of Expenses as Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee [Docket No. 16131; Filed 11/16/18]

        Response Deadline:   November 30, 2018 at 4:00 p.m.

        Responses Received:  None

        Related Documents:

            (a)    Certificate of No Objection [Docket No. 1619; Filed 12/6/18]

        Status:  A Certificate of No Objection has been filed with the Court.

Dated: December 7, 2018        COZEN O'CONNOR

                            /s/ Gregory F. Fischer
                            Mark E. Felger (No. 3919)
                            Gregory F. Fischer (No. 5260)
                            1201 N. Market Street, Suite 1001
                            Wilmington, DE 19801
                            Telephone: (302) 295-2000
                            Fax: (302) 295-2013
                            Email: gfischer@cozen.com

                            *Counsel to Jeoffrey L. Burtch,*
                            *Chapter 7 Trustee*