**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 |
| **AE LIQUIDATION, INC.,** | | |
| Debtor | | CASE NO. **08-13031-MFW** |

**MOTION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT**

JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee (the "Trustee"), respectfully represents as follows:

1.    The Debtor's Chapter 11 case was filed on November 25, 2008.

2.    The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on March 5, 2009.

3.    The Trustee was appointed Chapter 7 Bankruptcy Trustee on March 5, 2009.

4.    On December 12, 2018, the Court entered an Order Authorizing Distributions to Holders of Chapter 11 Administrative Expenses (DI 1625).

5.    On January 9, 2019, as contemplated by the Court Order at DI 1625, the Trustee made distributions totaling $2.9M to 148 parties.

6.    Nearly 36% of those distributions did not clear and stop payments were issued.

7.    The Trustee's staff, working simultaneously with his accounting professionals were able to locate most of these claimants by 1) review of the original proof of claim for any contact information as well as internet based research, and 2) by researching non-respondents to the Trustee's W9 mailing using Lexis Nexis.  An Additional W9 mailing was sent to addresses found on Lexis Nexis on November 19, 2019.  In cases in which Lexis Nexis identified multiple addresses, a W9 mailing was sent to each recent address identified.  Follow up was made via several phone calls and emails using available information. The remaining non-respondents' most recent available phone numbers were either disconnected or they did not respond to emails.

8.    The Trustee and his professionals have exhausted every method of locating the following creditors or non-respondents:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 31091 | Dennis F Medina | 140 | 566.32 |
| 31101 | Annette M Varela | 185 | 415.98 |
| 31102 | Annette M Varela | 186 | 446.42 |
| 31116 | John Woodard | 234 | 386.04 |
| 31121 | Jan Onderko | 268 | 395.37 |
| 31131 | Michael Diacin | 310 | 2,407.42 |
| 31138 | Kevin Jackson | 337 | 600.28 |
| 31144 | Shawn Dowden | 348 | 649.41 |
| 31198 | Terry James | 656 | 562.80 |
| 31231 | Lawnscapers Grounds Management, Ltd (Phone number rings to a different business and email returns undeliverable) | 1068A | 2,201.83 |
| | | $ | 8,631.87 |

9.      Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($8,631.87), be paid to the Clerk for deposit to the Treasury.


Dated:  May 27, 2020          */s/ JEOFFREY L. BURTCH, TRUSTEE*
                              JEOFFREY L. BURTCH, TRUSTEE, Chapter 7
                              Trustee
                              P.O. BOX 549
                              WILMINGTON, DE  19899-0549
                              (302) 472-7427