# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
AE Liquidation, Inc.

**Chapter:** 7

**EIN:** 94–3329000  
Pronto Aircraft Corporation  
Eclipse Aviation Corporation

**Case No.:** 08–13031–MFW

Claim No.* (if known): 956  
Amount (if known): $100,629,565.92

## NOTICE OF TRANSFER OF CLAIM

To Kings Road Investments, Ltd Claimant/Transferor:

YOU ARE HEREBY NOTIFIED that on 9/20/2022, a Transfer of Claim was filed with this Court purporting to transfer to Polygon Global Opportunitites Master Fund, Transferee, a claim previously filed by you.

Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court | Polygon Global Opportunities Master Fund |
| District of Delaware | 399 Park Avenue |
| 824 Market Street | 22nd Floor |
| Wilmington, DE 19801 | New York, NY 10022 |

Dated: 9/22/2022

_Una O'Boyle_

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.