# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objections due by: May 10, 2024 at 4:00 p.m.** |
| | ) | **Hearing Date: May 22, 2024 at 2:00 p.m.** |

## NOTICE OF MOTION TO PAY COMBINED SMALL FUNDS AND UNCLAIMED FUNDS CHECK INTO THE COURT

**PLEASE TAKE NOTICE** that Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") has filed the attached MOTION TO PAY COMBINED SMALL FUNDS AND UNCLAIMED FUNDS CHECK INTO THE COURT (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that if you wish to object or otherwise respond to the Motion, you must do so on or before **May 10, 2024 at 4:00 p.m.** Any response must be in writing and filed with the Clerk of the United States Bankruptcy Court at 824 North Market Street, Third Floor, Wilmington, DE 19801. At the same time, you must also serve a copy of the response upon the Trustee as follows:

> Jeoffrey L. Burtch, Esquire
> Chapter 7 Panel Trustee
> P.O. Box 549
> Wilmington, DE 19899-0549

IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD **MAY 22, 2024 AT 2:00 P.M.** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 4, WILMINGTON, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 2, 2024

*/s/ Jeoffrey L. Burtch*
Jeoffrey L. Burtch
Chapter 7 Trustee
P.O. Box 549
Wilmington, DE 19801
Telephone: (302) 472-7427

---

[1] The Debtors in these proceedings are: AE Liquidation, Inc. (f/k/a/ Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a/ Eclipse IRB Sunport, LLC), a wholly-owned subsidiary of Eclipse Aviation Corporation.