# EXHIBIT A

| Claim No. | Creditor | Creditor Address | | | | | |
|---|---|---|---|---|---|---|---|
| 373 | MOTIF ENTERPRISE INC | 300 S WALNUT AVE NO 401 | | SAN DIMAS | CA | 91773- | $0.05 |
| 145 | ATT Mobility LLC | c/o B-Line LLC | MS 550,P.O. Box 91121 | Seattle | WA | 98111-9221 | $0.06 |
| 524 | DAVIS INSTRUMENTS | 625 E BUNKER CT. | | VERNON HILLS | IL | 60061- | $0.07 |
| 459 | RELYCO SALES INC | 100 MAIN ST STE 222 | | DOVER | NH | 03820-3840 | $0.15 |
| 77 | WASTE MANAGEMENT | WASTE MANAGEMENT RMC | 2625 W GRANDVIEW RD, STE 150 | PHOENIX | AZ | 85023- | $0.18 |
| 418 | American Arbitration Association | 1633 Broadway 10th Floor | | New York | NY | 10019- | $0.18 |
| 352 | HAAS FACTORY OUTLET | 637 OSAGE ST | | DENVER | CO | 80204- | $0.20 |
| 204 | Ameriocan Aerospace Controls Inc. | 570 Smith St. | | Farmingdale | NY | 11735-1115 | $0.23 |
| 105 | NEW YORK STATE DAPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | P.O. BOX 5300 | NEW YORK | NY | 12205-0300 | $0.29 |
| 213 | Air Compressor Enginerring | 17 Meadow St. | | Westfield | MA | 01085-3221 | $0.29 |
| 282 | STRUCTURAL TESTING SYSTEMS INC | 101 Hering Drive | | RONKONKOMA | NY | 11779- | $0.33 |
| 165 | THYSSENKRUPP ELEVATO | THYSSENKRUPP ELEVATOR CORPORATION | MONA LAMONT,8920 ADAMS ST NE STE B | ALBUQUERQUE | NM | 87113- | $0.34 |
| 305 | CONDOR FIRE SPRINKLER | 3434 CARMAN RD STE 100 | | SCHENECTADY | NY | 12303-5348 | $0.34 |
| 307 | JEFFREY PARKER AND COMPANY | 330 HIGH HOLBORN | LONDON, WC1V 7QT | ENGLAND | | | $0.36 |
| 1044U | Brown Alcantar & Brown, Inc. | 9630 Plaza Circle | | El Paso | TX | 79927- | $0.36 |
| 174S | Iron Mountain Information Management, Inc. | 745 Atlantic Avenue, 10th Floor | | Boston | MA | 02111- | $0.45 |
| 298 | SOUTHWEST SEAL & SUPPLY INC | PO BOX 94900 | | ALBUQUERQUE | NM | 87199-4900 | $0.50 |
| 297 | Rays Automotive Machine Shop | Payment Only | 1903 4th St. N.W. | Albuquerque | NM | 87102- | $0.51 |
| 485 | EPIC AVIATION LLC | DEPT 8010 | | LOS ANGELES | CA | 90084-8010 | $0.61 |
| 8 | METRIC EQUIPMENT SALES | ATTN: ANH LE | 3486 INVESTMENT BLVD | HAYWARD | CA | 94545- | $0.64 |
| 582 | THERESA PINO | 23 LOS CHAVEZ PARK | | BELEN | NM | 87002- | $0.65 |
| 360 | All Clean Inc | PO Box 140780 | | Gainesville | FL | 32614-0780 | $0.68 |
| 652 | WB MASON INC | 59 CENTRE ST | | BROCKTON | MA | 02303- | $0.68 |
| 247 | KENDAL PRECISION | 7917 RANCHITOS LOOP NE | | ALBUQUERQUE | NM | 87113- | $0.70 |
| 384 | DON FISHER MD | 10400 ACADEMY RD NE STE 380 | | ALBUQUERQUE | NM | 87111- | $0.75 |
| 196 | Corporation Services Company | 2711 Centerville Road | | Wilmington | DE | 19808- | $0.79 |
| 52 | FRIENDLY SKIES LTD | 15 IVELY RD | FARNBOROUGH HANTS GU14 OJN | UNITED KINGDOM | | | $0.80 |
| 410 | TTI INC | 2441 Northeast Parkway | | FT Worth | TX | 76106- | $0.80 |
| 431 | Old Daminian Freight Line | 500 Old Daminian Way | | Thomasville | NC | 27360- | $0.80 |
| 96 | PITNEY BOWES CREDIT CORPORATION | RECOVERY DEPARTMENT | 27 WATERVIEW DR | SHELTON | CT | 06484-4361 | $0.82 |
| 528 | EDDIE CHAVEZ | 4801 CRESTRIDGE AVE NW | | ALBUQUERQUE | NM | 87114- | $0.85 |
| 403 | AERO SPACE REPORTS INC | PO BOX 720452 | | OKLAHOMA CITY | OK | 73172- | $0.91 |
| 212 | INTEGRATED TECHNOLOGIES CORPORATION | 4801 HARDWARE NE | | ALBUQUERQUE | NM | 87109- | $0.95 |
| 565 | K&H INDUSTRIES | 8656 DELAMETER RD | | ANGOLA | NY | 14006- | $0.95 |
| 228 | MALIBU MIRAGE | PO BOX 1288 | | GREEN VALLEY | AZ | 85622- | $1.00 |
| 48 | BRADY INDUSTRIES INC | 7055 LINDELL RD | | LAS VEGAS | NV | 89118- | $1.03 |
| 481 | TIGHITCO LATINO AMERICA SA DE CV | 1375 SEABOARD INDUSTRIAL BLVD | | ATLANTA | GA | 30318- | $1.09 |
| 208 | DIGI KEY CORPORATION | PO BOX 250 | | THIEF RIVER FALLS | MN | 56701- | $1.19 |
| 255 | CHARLES FREESE | 9615 CARSON MESA DR NW | | ALBUQUERQUE | NM | 87114- | $1.27 |
| 209 | Paroscientific Inc. | 45001 148th Ave. NE | | Redmond | WA | 98052-5194 | $1.30 |
| 616 | RACKSPACE MANAGED HOSTING | P.O. BOX 730759 | | DALLAS | TX | 75373-0759 | $1.37 |
| 129 | FEDEX CUSTOMER INFORMATION SERVICES | ATTN: REVENUE RECOVERY BANKRUPTCY | 3965 AIRWAYS BLVD MODULE G 3RD FL | MEMPHIS | TN | 38116- | $1.38 |
| 600 | AL RODRIGUEZ | P.O. BOX 46324 | | RIO RANCHO | NM | 87174- | $1.47 |
| 437 | ALLIED ELECTRONICS INC | PO BOX 2325 | | FT WORTH | TX | 76113- | $1.53 |
| 101 | LANDSTAR EXPRESS AMERICA INC | 13410 SUTTON PARK DR S | | JACKSONVILLE | FL | 32224- | $1.59 |
| 174U | Iron Mountain Information Management, Inc. | 745 Atlantic Avenue, 10th Floor | | Boston | MA | 02111- | $1.62 |
| 199 | RUSSELL HEATON | 92 HACKETT AVE | | ALBANY | NY | 12205- | $1.67 |
| 218 | ULINE INC | 2200 S LAKESIDE DR | | WAUKEGAN | IL | 60085- | $1.69 |
| 714 | ADELANTE DEVELOPMENT CENTER INC | 3900 OSUNA RD NE | | ALBUQUERQUE | NM | 87109- | $1.69 |
| 387 | SANDHILLS PUBLISHING | 120 W HARVEST DR | | LINCOLN | NE | 68521- | $1.86 |
| 246 | AIDANT FIRE PROTECTION | 15836 NORTH 77TH ST | | SCOTTSDALE | AZ | 85260- | $1.87 |
| 215 | RELIANCE STEEL & ALUMINUM | 6718 JEFFERSON NE | | ALBUQUERQUE | NM | 87109- | $1.95 |
| 130 | FED EX CUSTOM CRITICAL | C/O RMS BANKRUPTCY RECOVERY SERVICES | P.O. BOX 5126 | TIMONIUM | MD | 21094- | $2.05 |

| Claim No. | Creditor | Creditor Address | | | | |
|---|---|---|---|---|---|---|
| 1068U | LAWNSCAPERS GROUNDS MANAGEMENT, LTD | ATTN: DUSTYN LADEWIG, PRESIDENT | 5800 SAN FRANCISCO NE; P.O. BOX 8130 | ALBUQUERQUE | NM 87198- | $2.05 |
| 95 | TW TELECOM INC K/K/A TIME WARNER TELECOM INC | 10475 PARK MEADOWS DR | | LITTLETON | CO 80124- | $2.10 |
| 417 | MEGAN THOMPSON | 10732 STONEBROOK PL NW | | ALBUQUERQUE | NM 87114- | $2.15 |
| 253 | JAMES PARSONS | 466 PENNINGTON LAKE RD | | COLUMBUS | MS 39705- | $2.35 |
| 937 | SAP AMERICA INC | C/O BROWN & CONNERY LLP | 6 N BROAD STREET, STE 100 | WOODBURY | NJ 08096- | $2.39 |
| 355 | CRYSTAL ROCK LLC | PO BOX 10028 | | WATERBURY | CT 06725-0028 | $2.40 |
| 102 | ROTHBERG LOGAN & WARSCO LLP | ATTN: ACCOUNTS RECEIVABLE | P.O. BOX 11647 | FORT WAYNE | IN 46859-1647 | $2.43 |
| 820 | LEVENTHAL SENTER & LERMANN | 2000 K ST NW STE 600 | | WASHINGTON | DC 20006- | $2.44 |
| 489 | HD SUPPLY CONSTRUCTION LTD | D/B/A WHITE CAP CONSTRUCTION SUPPLY | 501 W CHURCH ST | ORLANDO | FL 32805- | $2.48 |
| 472 | BIG WEST TRUCK SALES & SERVICE | 505 MENAUL NW | | ALBUQUERQUE | NM 87107- | $2.50 |
| 289 | TOLTEC ENTERPRISES INC | 8368 CORONA LOOP NE | | ALBUQUERQUE | NM 87113- | $2.53 |
| 42 | AZTEC MECHANICAL INC | 2509 COMANCHE RD NE | | ALBUQUERQUE | NM 87107- | $2.62 |
| 200 | Miller Morton Caillat & Nevis, LLP | c/o Stevan C. Adelman, Esq. | 25 Metro Drive, 7th Floor | San Jose | CA 95110- | $2.62 |
| 173 -2 | United Parcels Service | Receivable Management Services ("RMS") | PO Box 4396 | Timonium | MD 21094- | $2.75 |
| 338 | Qwest Corporation | Attn: Bankruptcy | 220 N. 5th Street | Bismarck | ND 58501- | $2.75 |
| 201 | PILOT FREIGHT SERVICES | 314 N MIDDLETOWN RD | | LIMA | PA 19037- | $2.80 |
| 89 | ADDITIONAL TECHNICAL SUPPORT | ENTEGEE INC D/B/A ADDT'L TECH SUPPORT | 70 BLANCHARD ROAD, STE 102 | BRLINGTON | MA 01803- | $2.82 |
| 488 | NETWORK GLOBAL LOGISTICS | 320 INTERLOCKEN PKWY, STE 100 | | BROOMFIELD | CO 80021- | $3.14 |
| 770 | LUCIO L ROMERO | 814 ANDERSON SE | | ALBUQUERQUE | NM 87102- | $3.14 |
| 392 | HAL MILTON | UPTON MILTON INC | 2430 WILDBROOK RUN | BLOOMFIELD HILLS | MI 48304-1444 | $3.33 |
| 502 | PETER CARLINO | STERLING AVIATION | 825 BERKSHIRE BLVD STE 200 | WYOMISSING | PA 19610- | $3.33 |
| 1079 | Bottling Group, LLC | dba Pepsi Beverages Co.,c/o | Frank/Gecker, LLP,325 North LaSalle St., | Chicago | IL 60654- | $3.33 |
| 444 | RAYMOND EVELAND | PO BOX 5174 | | ALBUQUEQUE | NM 87185- | $3.76 |
| 21 | AERO ENGINEERING SERVICES | ATTN: ALBERT W HECHT | 4250 N CAMINO DE CARRILLO | TUCSON | AZ 85750-6324 | $3.77 |
| 63 | WILLIAMS SCOTSMAN INC | 8211 TOWN CENTER DR | | BALTIMORE | MD 21236- | $3.78 |
| 26 | HOOVER & NEBRIG INC | 235 5TH ST | P.O. BOX 879 | SEAL BEACH | CA 90740- | $3.96 |
| 197 -2 | GE Inspections Technologies, LP | c/o Michael B. Bach, DeHaan & Bach, LPA | 25 Whitney Dr., Ste. 106 | Milford | OH | $4.08 |
| 79 | FEDEX FREIGHT WEST | P.O. BOX 840 | | HARRISON | AR 72602-0840 | $4.14 |
| 448 -2 | VERIFY INC | Attn: Alan Martin, Esq.,Sheppard, | Mullin, Richter & Hampton,650 Town Cente | Costa Mesa | CA 92626- | $4.33 |
| 1076 | International Aero Engineering, LlC | c/o Robert B. Orgel,Pachulski Stang | Ziehl & Jones LLP,10100 Santa Monica Blv | Los Angeles | CA 90067- | $4.49 |
| 560 | ENTERPRISE BUILDERS CORPORATION | C/O ROSS B PERKAL, ESQ | 708 MARQUETTE AVE., NW | ALBUQERQUE | NM 87102- | $4.59 |
| 922 | Richard Ryan | 108 Main St | | Roseville | CA 95678- | $4.64 |
| 460 | GAINSVILLE REGIONAL UTILITIES | P.O. BOX 147051 STATION A110 | | GAINSVILLE | FL 32641- | $4.78 |

**Total Small Funds**    **$150.66**