# Exhibit B

| POC # | Check # | Check Amount | Creditor | | Creditor Address | | | |
|---|---|---|---|---|---|---|---|---|
| ADM132 | 41315 | $29,037.05 | SANDELMAN PARTNERS MULTI-STRATEGY MASTER FUN | 500 PARK AVENUE, 3RD FLOOR | | NEW YORK | NY | 10022- |
| 713 | 41338 | $250.00 | State of Connecticut | Department of Revenue Services | 25 Sigourney Street,Suite 2 | Hartford | CT | 06106- |
| 31 | 41342 | $3,253.69 | JAMES LATOURETTE | P.O. BOX 894 | | CARPINTERIA | CA | 90814-0894 |
| 271 | 41350 | $4,199.93 | THOMAS VIALPANDO | 6312 CORTE ALZIRA NW | | ALBUQUERQUE | NM | 87114- |
| 356P | 41354 | $2,425.58 | LLOYD BINGHAM | 7919 JAMESTOWN RD NW | | ALBUQUERQUE | NM | 87114- |
| 779P | 41384 | $2,425.00 | SHAUN HUGHES | 2815 WETMORE AVE | | EVERETT | WA | 98201- |
| 971P | 41386 | $2,425.00 | AGUSTIN BUJAIDAR SOLIS | C/O GISELLE SAMUELY, ESQ,SAMUELY ROJAS | & ASSOCIATES,16 PENN PLAZA, SUITE 830 | NEW YORK | NY | 10001-1820 |
| 7 | 41391 | $14.49 | BROADGATE CONSULTANTS LLC | ATTN: MR ALAN OSHIKI | 48 WALL ST | NEW YORK | NY | 10005- |
| 9 | 41392 | $19.21 | BAX GLOBAL | 440 EXCHANGE | | IRVINE | CA | 92623-9571 |
| 11 | 41394 | $12.90 | CORPORATE EXPRESS OFFICE PRODUCTS INC | ATTN: BRYAN MANNLEIN | 555 W 112TH AVE | NORTHGLENN | CO | 80234- |
| 13 | 41396 | $56.89 | FEDERAL INSURANCE COMPANY THROUGH STARR AVIA | STARR AVIATION, ATTN: JAMES C WATT | 3353 PEACHTREE RD NE, STE 1000 | ATLANTA | GA | 30326- |
| 14 | 41397 | $53.74 | SUCCESSFACTOR INC | ATTN: GENERAL COUNSEL | 1500 FASHION ISLAND BLVD, STE 300 | SAN MATEO | CA | 94440-4 |
| 16 | 41399 | $332.38 | HONEYWELL INTERNATIONAL | 1140 W WARNER RD 1233 M | | TEMPE | AZ | 85284-2816 |
| 19 | 41402 | $7.39 | BALLARD TECHNOLOGY INC | ATTN: JASON HARPER | 11400 AIRPORT RD, STE 201 | EVERETT | WA | 98204- |
| 20 | 41403 | $10.00 | BARRETT JACKSON AUCTION COMPANY LLC | C/O ANDREW BANAS | 40 N CENTRAL AVE, STE 2700 | PHOENIX | AZ | 85004-4498 |
| 41 | 41409 | $102.70 | GLOBEAIR AG | ATTN: BERNHARD FRAGNER | LINZERSTRASSE 50 | A 4063 HORSCHING, AUSTRIA | | |
| 43 | 41410 | $113.20 | TOTALJET LIMITED | PAUL PEDLEY | TUDOR LODGE BRIARDALE RD | WILLASTON NESTON CH64 1TD UK | | |
| 46 | 41412 | $690.19 | BUTLER SERVICES INC | ATTN: TRACY HAWKINS | 1001 BOARDWALK SPRING PL, STE 150 | O FALLON | MO | 63368- |
| 64 | 41418 | $1,718.32 | IBM CORPORATION | RIDGLEA BANK BUILDING | 6300 RIDGLEA PLAZA, SUITE 101 | FORT WORTH | TX | 76116- |
| 65 | 41419 | $624.61 | ATKINSON INVESTMENT PARTNERS LLP | 640 FIFTH AVENUE 17TH FL | | NEW YORK | NY | 10019- |
| 67 | 41421 | $33.39 | WW GRAINGER INC | 7300 N MELVINA | | NILES | IL | 60714- |
| 73 | 41424 | $166.17 | MST MID STATES TECHNICAL | ENTEGEE INC D/B/A MID STATES TECHNICAL | 70 BLANCHARD RD, STE 102 | BURLINGTON | MA | 01803- |
| 74 | 41425 | $117.81 | ENGINEERING PROFESSIONAL STAFF | ENTEGEE INC D/B/A ENGINEERING PRO STAFF | 70 BLANCHARD RD, STE 102 | BURLINGTON | MA | 01803- |
| 78 | 41427 | $96.04 | CITY OF ALBUQUERQUE | C/O REBECCA E WARDLAW, ASST CITY ATTY | P.O. BOX 2248 | ALBUQUERQUE | NM | 87103-2248 |
| 83 | 41429 | $8.21 | YELLOW TRANSPORTATION | C/O RMS BANKRUPTCY RECOVERY SERVICES | P.O. BOX5126 | TIMONIUM | MD | 21094- |
| 84 | 41430 | $5.18 | ENGINEERING SERVICES GROUP | ENTEGEE INC D/B/A ENGR SERVICES GROUP | 70 BLANCHARD RD, STE 102 | BURLINGTON | MA | 01803- |
| 87 | 41433 | $11.89 | EXPERIMENTAL AIRCRAFT ASSOCIATION INC | ATTN: DAVE GOELZER | P.O. BOX 3086 | OASHKOSH | WI | 54903- |
| 93 | 41436 | $99.87 | DIAMOND 1 A INC | ATTN: PETE C KUYPER | P.O. BOX 729 | DIVIDE | CO | 80814- |
| 94 | 41437 | $52.39 | INTERDEVELOPMENT CORP/PCK 2008 AIRCRAFT LLC/CS | ATTN: PETER C KUYPER | P.O. BOX 729 | DIVIDE | CO | 80814- |
| 98 | 41438 | $913.13 | KAISER ALUMINIUM FABRICATED PRODUCTS LLC | 27422 PORTOLA PKWY, STE 350 | | FOOTHILL RANCH | CA | 92610- |
| 110 | 41445 | $119.85 | WESTERN AUTO LLC | INCE AL JALLAF & CO | GULF TOWERS 83, STE 503, P.O. BOX 15952 | DUBAI, UNITED ARAB EMIRATES | | |
| 112 | 41447 | $99.87 | B & G HOLDINGS LTD LLC | F/K/A B & G DEVELOPMENT LLC | 1972 CRISP AVE | SARATOGA | CA | 95070- |
| 114 | 41449 | $119.85 | KRUSE ENTERPRISES OF NORTHWEST FLORIDA INC | ATTN: MICHAEL WM MEAD, ESQ | P.O. DRAWER 1329 | FT WALTON BCH | FL | 32549-1319 |
| 115 | 41450 | $228.23 | COMMERCIAL DATA SYSTEMS INC | 50 S BERETANIA ST, STE C 2088 | | HONOLULU | HI | 96813-2222 |
| 116 | 41451 | $94.79 | WEST VERIZON WIRELESS | P.O. BOX 3397 | | BLOOMINGTON | IL | 617 - |
| 117 | 41452 | $99.87 | GEIGER EXCAVATING INC | C/O BECKMAN LAWSON LLP HBS | P.O. BOX 800 | FT WAYNE | IN | 46801-0800 |
| 124 | 41454 | $6.66 | RONALD KEITH MOSES | 9728 CALLE CHAMISA NW | | ALBUQUERQUE | NM | 87114- |
| 134 | 41458 | $106.20 | SALMA JASON MONICA LTD | C/O TOM HAIDER GEN PTR | 2357 KNOB HILL DR | RIVERSIDE | CA | 92506- |
| 135 | 41459 | $113.19 | CARRE LTD | 5512 BLACKHAWK DR | | PLANO | TX | 75093- |
| 141 | 41462 | $5.88 | Abdul M. Tahir | 12200 Academy Rd. Apt. 638 | | Albuquerque | NM | 87111- |
| 147 | 41464 | $101.20 | BACK PACK INTERNATIONAL, SL | C/ MUNTANER 425, ENTIO 1 | 08021 BARCELONA | SPAIN | | |
| 148 | 41465 | $99.87 | MUNDIAUTO 2000 SL | C/ MUELLE MARINA 5 BJS | PORT OLLMPIC | 08005 BARCELONA, SPAIN | | |

| POC # | Check # | Check Amount | Creditor | Creditor Address | | | | |
|---|---|---|---|---|---|---|---|---|
| 149 | 41466 | $99.87 | INICIATIVAS CUPEBU, SL | C/ PAU CLARIS 179 | 08009 BARCELONA | SPAIN | | |
| 150U | 41467 | $31.77 | Robert Travia | P.O. Box 94791 | | Albuquerque | NM | 87199- |
| 151 | 41468 | $101.20 | RENT A JET, SL | C/ PUERTA DEL MAR 20-4 PLA | 2905 MALAGA | SPAIN | | |
| 152 | 41469 | $99.87 | BLUE GRASS WORLDWIDE LTD | C/ ENRIC CLARASSO 25-27 | 08035 BARCELONA | SPAIN | | |
| 153 | 41470 | $121.18 | QUESTRON, SL | C/ VALLMAJOR 17 | 08021 BARCELONA | SPAIN | | |
| 154 | 41471 | $99.87 | LOMON, SA | C/ BALMES 262 | 08006 BARCELONA | SPAIN | | |
| 155 | 41472 | $101.20 | VICENTE MORENO TORRES | C/ DIVINA PASTORA 9 BLOQUE 1 1 | 18012 GRANADA | SPAIN | | |
| 157 | 41474 | $622.79 | TONI REBES PLANOOLIT | C/ PASSEIG DE L'ESCULLERA | MOLL ADOSSAI | 08039 BARCELONA, SPAIN | | |
| 158 | 41475 | $511.10 | PRAEDIUM DESARROLLOS URBANOS, SL | C/ MOLL DE MARINA 9 | PORT OLLMPIC | 08005 BARCELONA, SPAIN | | |
| 159 | 41476 | $121.18 | VALGRAMIS, SL | C/ ARAGON 217 1 1 | 08007 BARCELONA | SPAIN | | |
| 166 | 41477 | $517.34 | GRUP LIFE BARCELONA, SL | C/ MARTORELL Y PERFIA 5 | 08017 BARCELONA | SPAIN | | |
| 172 | 41481 | $114.36 | DORON OFER | 74-76 ROTHSCHILD BLVD 4TH FLOOR | 65785 TEL-AVIV | ISRAEL | | |
| 176 | 41482 | $18.56 | BI TECHNOLOGIES INC | 4200 BONITA PL | | FULLERTON | CA | 92835- |
| 178 | 41484 | $86.22 | Charels T. & Karen A. Koval | 29 Stagetrail Rd. | | Buffalo | WY | 82834- |
| 179 | 41485 | $86.22 | WAYNE D GRAY | 5 BRACKLEY POINT RD | CHARLOTTETOWN, PE C1A 6X8 | CANADA | | |
| 180 | 41486 | $101.20 | Corporation De Materiales, S.A. de C.V. | Vila, Padron & Diaz, P.A. | 2320 ponce De Leon Blvd. 2nd Floor | Coral Gables | FL | 33114- |
| 182 | 41488 | $99.87 | Uaiparu Guerere | c/o Patrick J. O'Connor,Haper Meyer,701 | Brickell Avenue, Ste.1400 | Miami | FL | 33131- |
| 183 | 41489 | $101.20 | AIR CANNES MEDITERRANEE | ATTN: DI COSTANZO | 18 AEROPORT DE CANNES MANDELIEU | 06150 CANNES, LA BOCCA, FRANCE | | |
| 190 | 41494 | $133.16 | WDW AVIATION LEASING | DEAN WINEGARDNER | 11130 KINGSTON PIKE, Ste.1-183 | KNOXVILLE | TN | 37934- |
| 191 | 41495 | $116.63 | Rafael Zahralddin | Elliott Greenleaf | 1105 N. Market Street,,17th Floor | Wilmington | DE | 19899- |
| 194 | 41496 | $121.18 | Holland Alcomix BV | c/o Bradley J. Swallow, Esq. | 233 East Redwood St. | Baltimore | MD | 21202- |
| 195 | 41497 | $31.19 | Merrill Communications | One Merrill Circle | | St. Paul | MN | 55108- |
| 203 | 41500 | $6.27 | Atlantic Aviation | 2505 Clark Carr Loop SE | | Albuquerque | NM | 87106-5611 |
| 205 | 41501 | $121.18 | Xentury City Development Co. | 2637 Townsgate Rd., Ste.300 | | Westvilake Village | CA | 91361-2720 |
| 206 | 41502 | $121.18 | Xentury City Development Co. | 2637 Townsgate Rd., Ste.300 | | Westvilake Village | CA | 91361-2720 |
| 239 | 41509 | $120.85 | PEREGRINE AVIATION | ALBERT LEE | 1578 ESCADRILLE DR. | TALLAHASSEE | FL | 32308- |
| 240 | 41510 | $25.03 | CONRAD AVIATION LLC | C/O THOMAS CONRAD | 81 SEAGATE DR APT 1501 | NAPLES | FL | 34103- |
| 248 | 41513 | $66.58 | AUSTIN DIGITAL INC | 3913 MEDICAL PKWY NO 202 | | AUSTIN | TX | 78756-4016 |
| 249 | 41514 | $99.87 | BLUE BELL AIR ONE LLC | BILL HAGAN | 912 JENNIFER RD | HORSHAM | PA | 19044- |
| 251 | 41516 | $626.41 | DUKES INC | 9060 WINNETKA AVE | | NORTHRIDGE | CA | 91324-3235 |
| 254 | 41517 | $47.62 | AVERY AEROSPACE CORPORATION | 250 TEQUESTA DR STE 301 | | TEQUESTA | FL | 33469- |
| 262 | 41521 | $103.20 | DIVERSIFIED CONCEPTS LLC | ATTN: MARTEN RUTGERS VAN DER LOEFF | ARAMISLAAN 86, MAASTRICHT, 6213 BV | METJER;AMDS | | |
| 277 | 41524 | $635.47 | Steven D. Alvis | Andrews Kurth LLP | Attn: Basil Umari,600 Travis, Ste. 4200 | Houston | TX | 77002- |
| 281 | 41526 | $99.87 | JAS ENTERPRISEES LLC | JONATHAN A SACKS | 15 ROLLINS CROSSING | PITTSFORD | NY | 14534- |
| 287 | 41527 | $1,481.82 | AEROTEK AVIATION LLC | 7301 PARKWAY DRIVE | | HANOVER | MD | 21076- |
| 302 | 41532 | $13.35 | Verizon Business Network Services, Inc. | c/o William M. Vermette, Esq. | 22001 Loudoun County Parkway | Ashburn | VA | 20147- |
| 306 | 41533 | $27.34 | INCAT SYSTEMS INC | PO BOX 78000 | | DETROIT | MI | 48278-0288 |
| 312 | 41536 | $57.05 | EDO CORPORATION | PO BOX 9497 | | UNIONDALE | NY | 11555- |
| 313 | 41537 | $99.87 | D T CARSON ENTERPRISE INC | 42882 IVY ST | | MURRIETA | CA | 92562- |
| 317 | 41539 | $62.02 | Mass Systems A Unit of Ameron | Global Inc.,c/o Robert Shisley,28402 W. | Livingston Ave. | Valencia | CA | 91355- |
| 319 | 41541 | $99.87 | G GREGORY GATES | 9444 E RISING SUN DR | | SCOTTSDALE | AZ | 85262- |
| 321 | 41542 | $20.87 | TALEO CORPORATION | 4140 DUBLIN BLVD STE 400 | | DUBLIN | CA | 94568- |
| 322 | 41543 | $19.58 | MICHAEL BEST & FRIEDRICH LLP | 180 N STETSON AVE STE 200 | | CHICAGO | IL | 60601- |
| 324 | 41544 | $8.65 | WATERJET CUTTING INC | 2711 KARSTEN CT SE | | ALBUQUERQUE | NM | 87102- |
| 325 | 41545 | $7.71 | R3 SERVICES LLC | 17304 PRESTON RD STE 800 | | DALLAS | TX | 75252- |

| POC # | Check # | Check Amount | Creditor | | Creditor Address | | | |
|---|---|---|---|---|---|---|---|---|
| | 41546 | $119.85 | JBD LLC | DAVY NIGEL | 47 WILLOW DR | BRIARCLIFF MANOR | NY | 10510- |
| 330 | 41547 | $119.85 | NIGEL DAVY | 47 WILLOW DR | | BRIARCLIFF MANOR | NY | 10510- |
| 335 | 41550 | $458.18 | HSR BUSINESS TO BUSINESS INC | c/o Greg Holliday | 300 E BUSINESS WAY STE 500 | CINCINNATI | OH | 45241- |
| 350 | 41553 | $74.33 | SENIOR AEROSPACE BWT | ADLINGTON INDUSTRIAL ESTATE | MACDLESFIELD, CH SK10 4NL | UNITED KINGDOM | | |
| 353 | 41554 | $64.61 | FFI AIRCRAFT LLC | 1610 AVE N ST | | COUNCIL BLUFFS | IA | 51501- |
| 354 | 41555 | $119.85 | MOHAMED FAIROZ | P.O. BOX 5239 DEIRA | DUBAI, 5239 | UNITED ARAB EMIRATES | | |
| 358 | 41556 | $49.94 | CARL THOMA | 180 E PEARSON ST UNIT 6105 | | CHICAGO | IL | 60611- |
| 362 | 41557 | $126.79 | COMPUTER ASSOCIATES | ONE COMPUTER ASSOCIATES PLAZA | | ISLANDIA | NY | 11749- |
| 366 | 41560 | $276.47 | McNally Industries LLC | dba Sun Country Industries,c/o Stradley | Ronon Stevens,& Young, LLP,2600 One Comm | Philadelphia | PA | 19103-7098 |
| 371 | 41562 | $5.61 | WINTERS TECHNICAL STAFFING SERVICES | 6 LANSING SQUARE STE 101 | TORONTO, ON M2J 1T5 | CANADA | | |
| 374 | 41563 | $101.20 | TRIPLE F INVESTMENT CORP | 204 1110 HAMILTON ST | VANCOUVER, BC V6B 2S2 | CANADA | | |
| 375 | 41564 | $101.20 | WILFRED OLSCHEWSKI | 1732 S CONGRESS AVE NO. 265 | | PALM SPRINGS | FL | 33461- |
| 377 | 41566 | $14.48 | BROADGATE CONSULTANTS LLC | 48 WALL ST | | NEW YORK | NY | 10005- |
| 379 | 41568 | $481.05 | MICROJET | STEVE HATCH | 11605 LINDEN GROVE DR | FORT WAYNE | IN | 46845- |
| 381 | 41569 | $605.41 | DR MICHAEL REED | 500 WEST 19TH ST | | PANAMA CITY | FL | 32405- |
| 386 | 41571 | $121.18 | FLUGTAXI | EINAR ARNARSSON | LAUGAVEGUR 69 | REYKJAVIK, 101 ICELAND | | |
| 390 | 41573 | $2,711.01 | OPINICUS CORPORATION | ATTN: JAMES TAKATS | 1827 NORTHPOINTE PARKWAY | LUTZ | FL | 33558- |
| 391 | 41574 | $103.78 | JAIME BERGEL | SERRANO 57 | MADRID, 28006 | SPAIN | | |
| 394 | 41576 | $571.29 | ALONSO GOMEZ | CAMINO A JESUS DEL MONTE NO 545 | MORELIA MICHOACAN, 58290 | MEXICO | | |
| 395 | 41577 | $85.89 | WILLIAM J NUTT | ONE PARKER LN | | MARBLEHEAD | MA | 01945- |
| 401 | 41580 | $7.82 | Eaton Aerospace, LLC | Eaton Corporation,Global Trade Credit | Dept.,1111 Superior Avenue | Cleveland | OH | 44114- |
| 408 | 41582 | $60.59 | John Suppes / Byldan Corporation | 599 College Ave. | | Palo Alto | CA | 94306-1433 |
| 413 | 41584 | $101.20 | Damac Properties Co. LLC | c/o Lee W. Stremba, Esq.,Troutman | Sanders LLP,405 Lexington Avenue | New York | NY | 10174- |
| 419 | 41585 | $35.29 | BLUE LINE ADVISORS | TWO LINCOLN CENTER STE 710 | | DALLAS | TX | 75240- |
| 422 | 41586 | $114.29 | BURLEY CLEMENT AVIATION | CRAIG CLEMENT | 913 SOUTH PERRY ST | MONTGOMERY | AL | 36104- |
| 423 | 41587 | $431.11 | OUR PLANE CORP | GRAHAM CASSON | 12020 SUNRISE VALLEY | RESTON | VA | 20191- |
| 424 | 41588 | $19.97 | JAMES TANURY ASSOCIATES INC | 3150 LIVERNOIS STE 200 | | TROY | MI | 48083- |
| 428 | 41590 | $33.71 | ORSCHELN PRODUCTS | PO BOX 410294 | | KANSAS CITY | MO | 64141- |
| 441 | 41594 | $66.58 | HUMBERTO REYES AUBERT | 73 ETON GREEN CIR | | SAN ANTONIO | TX | 78257- |
| 442 | 41595 | $13.07 | CHRISTINA RULO | PO BOX 489 | | PLACITAS | NM | 87043- |
| 447 | 41596 | $5.25 | AUSTRO CONTROL | OSTERREICHISCHE GESELLSCHAFT FUR ZIVILU | SCHNIRCHGASSE 11A 1030 | VIENNA, AUSTRIA | | |
| 454 | 41600 | $121.18 | FAIRWAY AVIATIONS LLC | FRANK EDWARDS | 201 SOUTH COLLEGE ST STE 1440 | CHARLOTTE | NC | 28244- |
| 457 -2 | 41603 | $9.98 | Nippon Express USA, INC. | 590 Madison Avenue, Ste.2401 | | New York | NY | 10022- |
| 461 | 41604 | $5.39 | BCT TECHNOLOGY | IM LOSSENFELD 9 | D 77731 WILLSTATT | GERMANY | | |
| 464 | 41605 | $66.58 | Jeff Wicks | General Post Office | Central Hong Kong | | | |
| 470 | 41607 | $9.12 | WILLIAM CORNELLA | 9644 PAGO PL NW | | ALBUQUERQUE | NM | 87120- |
| 471 | 41608 | $6.19 | Keith's Kreations, Inc. | 2611 Karsten Court SE, Ste. A | | Albuquerque | NM | 87102- |
| 475 | 41609 | $64.92 | EDUARDO PIMENTEL | DIAGONAL 6 17 35 ZONA 10 | GUATEMALA CITY, 01010 | GUATEMALA | | |
| 483 | 41612 | $113.19 | ROCAFORT DE NEGOCIOS S L | BARBARA DE BRAGANZA 10 2 | MADRID, 28004 | SPAIN | | |
| 487 | 41613 | $64.92 | B S AVIATION LLC | ATTN: STEPHANN COTTON | 633 S E 5TH ST | STUART | FL | 34994- |
| 494 | 41615 | $99.87 | JULIETA SANCHEZ & RICHARD D SUTTON | 33 1 SAN MIGUELITO | CANCUN, 77500 | MEXICO | | |
| 496 | 41616 | $64.92 | James Winner and Donna Winner | c/o Pietragall Gordon Alfano | Bosick & Raspanti, LLP,54 Buhl Blvd. | Sharon | PA | 16146- |
| 499 | 41617 | $360.39 | ESCO AEROSPACE MFG INC | 214 S 9TH AVE | | CITY OF INDUSTRY | CA | 91746- |
| 503 | 41618 | $106.20 | EPAC AVIATION PTY LTD | CADIGAN & PARK LAW FIRM PC | 707 BROADWAY NE, STE 301 | ALBUQUERQUE | NM | 87102- |
| 510 | 41621 | $16.62 | AERO TECHNICAL COMPONENTS INC | 8601 4TH ST N STE 301 | | ST PETERSBURG | FL | 33702- |

| POC # | Check # | Check Amount | Creditor | | Creditor Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 513 | 41622 | $94.60 | REYNOLDS MASON INDUSTRIES INC | 1900 WELD BLVD STE 110 | | EL CAJON | CA | 92020- |
| 514 | 41623 | $101.20 | TWIN CITY DEVELOPMENT PYT LTD | LOA PISTORIUS | P.O. BOX 27, PRETORIA, 0027 | SOUTH AFRICA | | |
| 521 | 41627 | $121.18 | PURNARDI DJOJOSUDIRDJO BY PT ALFA TRANS DIRGANT | ENERGY CONSULTING GROUP LIMITED | C/O NG CHONG & HUE LLC | 96 ROGINSON RD NO 15 01/02 | | |
| 523 | 41628 | $121.18 | PT ALFA TRANS DIRGANTARA | SUBIANTO SUMODIKORO | 10 FL MENARA KADIN ROO 10C, | JAKARTA 12950 INDONESIA | | |
| 526 | 41630 | $13.32 | AMELIA ISLAND CONCOURS D ELEGANCE I | 3016 MERCURY RD S | | JACKSONVILLE | FL | 32207- |
| 527 | 41631 | $740.27 | REAL DOUCET | 171 HAMPTONS TERR NW | CALGARY, AB T3A 5S3 | CANADA | | |
| 531 | 41632 | $48.85 | DANA WOOD | LEADER TECHNOLOGIES | 8809 WASHINGTON NE NO 175 | ALBUQUERQUE | NM | 87113- |
| 539 | 41636 | $612.44 | W-II INVESTMENTS, INC | ATTN: GREGORY M. TAUBE,NELSON MULLINS | RILEY & SCARBOROGH, LLP,201 17TH STREET, | ATLANTA | GA | 30363- |
| 540 | 41637 | $516.84 | AERIAL VENTURES 1LTD | TOM WALTERS | 1400 WILDCAT HOLLOW | AUSTIN | TX | 78746- |
| 543 | 41639 | $7.97 | PRUDENTIAL OVERALL SUPPLY | 2000 W MAGNOLIA BLVD., # 100 | | BURBANK | CA | 91506- |
| 545 | 41641 | $120.85 | ADMARK TRANSPORTATION INC | 4129 UNITED AVE. | | MOUNT DORA | FL | 32757- |
| 551 | 41643 | $99.87 | JETSTREAM LLC | ATTN: MICHAEL B LESAGE, ESQ | 815 S WASHINGTNO AVE, SUITE 201 | TITUSVILLE | FL | 32780- |
| 553 | 41645 | $207.59 | NIMA TAGHAVI | 1000 BRISTOL ST N STE 17105 | | NEWPORT BEACH | CA | 92660- |
| 554 | 41646 | $66.58 | FL 410 LLC/DR SESHADRI RAJU, MD P.A. | 1020 RIVER OAKS DRIVE | SUITE 240 | FLOWOOD | MS | 39232- |
| 555 | 41647 | $1,012.04 | SAMI AL BAKRI | P.O. BOX 118500 | JEDDAH, 21312 | SAUDI ARABIA | | |
| 557 | 41649 | $172.60 | MEGGITT SILICONE PRODUCTS A MEGGITT PLC CORP | GENERAL MANAGER PRESIDENT | 2010 LAFAYETTE AVE | MCMINNVILLE | OR | 97128- |
| 559 | 41651 | $86.22 | DAVID TOOHEY | 12 BALLINGER CRESCENT | BUDERIM, QLD 4556 | AUSTRALIA | | |
| 567 | 41653 | $99.87 | CARSTEN GOTT | STEINWEG 40 | BRAUNSCHWEIG, 38100 | GERMANY | | |
| 571 | 41655 | $199.74 | ANDAUNIDOS SA | ROLANDO LACLE | STREETS 21 & 25 AVE 6 | SAN JOSE, 1000 COSTA RICA | | |
| 573 | 41656 | $516.01 | JAMES ORIGER | 61 S BARRINGTON RD | | SOUTH BARRINGTON | IL | 60010- |
| 576 | 41658 | $66.58 | JAMES ORIGER | 61 S BARRINGTON RD | | SOUTH BARRINGTON | IL | 60010- |
| 577 | 41659 | $16,168.53 | TEMPO MASTER FUND LP | 2 GREENWICH PLZ FL 1 | | GREENWICH | CT | 06830- |
| 578 | 41660 | $121.18 | FARADAY TRANSPORTATION | ATTN: GEORGE STOKES | 1611 SCENIC SHORE DR | KINGWOOD | TX | 77345- |
| 584 | 41663 | $532.64 | JUSSI ASPIALA | KRUUNUVUORENK 7A8 | HELSINKI, 160 | FINLAND | | |
| 586 | 41664 | $66.58 | N400EA | 108 MAIN ST | | ROSEVILLE | CA | 95678- |
| 587 | 41665 | $66.58 | C.E. Deyhle, Jr. | Over & Out, Inc. | PO Box 180 | Canyon | TX | 79015- |
| 589 | 41667 | $66.58 | GUILLERMO MAIZTEGUI | RUA DOS PARGOS 56 JURERE | FLORIANOPOLIS, SC 88053-345 | BRAZIL | | |
| 591 | 41668 | $101.20 | JOHN MARTIN | P.O. BOX 14335 | KENWYN, 7790 | SOUTH AFRICA | | |
| 601 | 41673 | $38.48 | DIAMOND DESIGN & ENGINEERING INC | P.O. BOX 184 | | FREELAND | MI | 78623- |
| 608 | 41678 | $712.82 | IGH HOLDING B V | ENGELENBURGERLAAN 27 | NL-6971 BV BRUMMEN | NETHERLANDS | | |
| 615 | 41685 | $591.71 | ELIAS J ZOUEN | EA462 LLC | 13508 ISLA VISTA DR | JACKSONVILLE | FL | 32224-6020 |
| 618 | 41687 | $64.92 | ROBERT GLEN JOHNSON JR | 1100 GLEN OAKS DR | | HAMPTONVILLE | NC | 27020- |
| 619 | 41688 | $87.48 | EA156 LLC | 13508 ISLA VISTA DR | | JACKSONVILLE | FL | 32224- |
| 622 | 41689 | $121.18 | ALAIN FRAIBERGER | LES TERRASSES DU LEMAN 2 | GENOLIER, 1272 | SWITZERLAND | | |
| 623 | 41690 | $223.40 | ALAIN FRAIBERGER | LES TERRASSES DU LEMAN 2 | GENOLIER, 1272 | SWITZERLAND | | |
| 624 | 41691 | $303.60 | JERAMES TOOL & MFG | 9424 ABRAHAM WAY | | SANTEE | CA | 92071- |
| 629 | 41694 | $121.18 | DAN WUTHRICH | RR # 1, SITE 5 COMP 9 | FORT ST. JOHN, BRITISH COLUMBIA V1J 4M6 | CANADA | | |
| 630 | 41695 | $1,558.32 | BV SLAM AMSTERDAM | HOEKER 25 | CM HOORN, 1625 CB | NETHERLANDS | | |
| 632 | 41696 | $600.04 | RICHARD A SMITH | 1215 E VILLA MARIA RD | | BRYAN | TX | 77802-2520 |
| 633 | 41697 | $66.58 | RICHARD A SMITH | 1215 E VILLA MARIA RD | | BRYAN | TX | 77802-2520 |
| 637 | 41700 | $23.79 | MEDIAWORKS ADVERTISING SPECIALTIES | 5541 MIDWAY PARK PL NE | | ALBUQUERQUE | NM | 87109- |
| 641 | 41704 | $540.64 | JEFFREY BENZING | 21107 MICHAELS DR | | SARATOGA | CA | 95070- |
| 642 | 41705 | $516.01 | JEFFREY BENZING | 21107 MICHAELS DR | | SARATOGA | CA | 95070- |
| 643 | 41706 | $121.18 | Hantz Air LLC | David J Shea | 24901 Northwestern Highway Suite 715 | Southfield | MI | 48075- |
| 649 | 41709 | $17.56 | INDUSTRIAL COMMERCIAL COATINGS LLC | 9025 4TH ST NW | | ALBUQUERQUE | NM | 87114- |

| POC # | Check # | Check Amount | Creditor | Creditor Address | | | | |
|---|---|---|---|---|---|---|---|---|
| 654 | 41712 | $514.34 | HUGH WEIDINGER | 732 NORTHERN BLVD | | GREAT NECK | NY | 11021- |
| 657 | 41714 | $101.17 | VAN CARGO SA | PIOTR CZYZ | PRZECLAWSKA 8, WARSAW WARSZAWA, 03-879 | POLAND | | |
| 659 | 41716 | $696.45 | VF MANAGEMENT CO INC | 5041 A BENOIS RD | | ROANOKE | VA | 24014- |
| 660 | 41717 | $66.58 | DR GEOFFREY READ | P.O. BOX 8999 | JOHANNESBURG, 2000 | SOUTH AFRICA | | |
| 661 | 41718 | $581.53 | SELECT INTERIORS LTD | | ESSES, CM17ONX | UNITED KINGDOM | | |
| 662 | 41719 | $515.97 | DR GEOFFREY READ | P.O. BOX 8999 | JOHANNESBURG, 2000 | SOUTH AFRICA | | |
| 663 | 41720 | $529.32 | DAYSAND PTY LTD ANTHONY VAUTIN | 96 PACIFIC DR | PORT MACQUARIE, NEW SOUTH WALES, 2444 | AUSTRALIA | | |
| 665 | 41722 | $66.58 | PETER SCHULTZ | 1625 FREEDOM RD | | WILLIAMSPORT | PA | 17701- |
| 667 | 41724 | $589.73 | NEPTUNE AVIATION LLP | 14 HOLYWELL ROW | LONDON EC2A 4JB | UNITED KINGDOM | | |
| 670 | 41726 | $99.87 | ELYSIAN FARMS INC | 950 THARP RD STE 201 | | YUBA CITY | CA | 95993- |
| 671 | 41727 | $537.31 | CAPPY LEASING LLC ED TURLEY | ED TURLEY | 45 VINEYARD VIEW DR | NAPA | CA | 94558- |
| 675 | 41731 | $532.65 | GLEN B DICKEY | 13 VILLOSA RIDGE DRIVE | CALGARY, ALBERTA T32 3B1 | CANADA | | |
| 682 | 41737 | $2,688.03 | LABARGE INC | ARMSTRONG TEASDALE LLP | ONE METROPOLITAN SQUARE, STE 2600 | SAINT LOUIS | MO | 63102-2740 |
| 684 | 41738 | $64.92 | HILL COUNTRY RESTAURANT INC | ATTN: RICHARD DEWITT | P.O. BOX 310119 | NEW BRAUNFELS | TX | 78130- |
| 685 | 41739 | $99.87 | KAL-1 LLC | 3100 W DUNDEE RD | SUITE 915 | NORTHBROOK | IL | 60662- |
| 687 | 41741 | $66.58 | DAN MUDGE | DAN MUDGE | 5001 CALIFORNIA AVE NO 216 | BAKERSFIELD | CA | 93309- |
| 690 | 41743 | $546.60 | PBW Aviation, LLC | Attn: Paul Welker | 7255 E. Hampton Ave., Ste. 122 | Mesa | AZ | 85209- |
| 691 | 41744 | $416.13 | MAHENDRA KAUL | MAHENDRA KAUL | 13338 LOMA RICA DR | GRASS VALLEY | CA | 95945- |
| 692 | 41745 | $6.66 | MAHENDRA KAUL | 13338 LOMA RICA DR | | GRASS VALLEY | CA | 95945- |
| 693 | 41746 | $8.35 | AVIATION DEVICES & ELECTRONIC COMP | 1810 MONY ST | | FORT WORTH | TX | 76102- |
| 699 | 41749 | $113.19 | MARK RUSTON | MARK RUSTON | 200 FAISON RD | CHAPEL HILL | NC | 27517- |
| 703 | 41752 | $101.20 | OPUS AVIATION | 4380 AGAR DR | RICHMOND, BC V7B 1A3 | CANADA | | |
| 704 | 41753 | $101.20 | OPUS AVIATION | 4380 AGAR DR | RICHMOND, BC V7B 1A3 | CANADA | | |
| 705 | 41754 | $101.20 | OPUS AVIATION | 4380 AGAR DR | RICHMOND, BC V7B 1A3 | CANADA | | |
| 707 | 41755 | $101.20 | OPUS AVIATION | 4380 AGAR DR | RICHMOND, BC V7B 1A3 | CANADA | | |
| 708 | 41756 | $101.20 | OPUS AVIATION | 4380 AGAR DR | RICHMOND, BC V7B 1A3 | CANADA | | |
| 709 | 41757 | $101.20 | OPUS AVIATION | 4380 AGAR DR | RICHMOND, BC V7B 1A3 | CANADA | | |
| 710 | 41758 | $533.98 | OPUS AVIATION | 4380 AGAR DR | RICHMOND, BC V7B 1A3 | CANADA | | |
| 721 | 41765 | $64.92 | BELLACK INVESTMENTS INC | RICHARD BELLACK | 8050 OAKDELL WAY STE 703 | SAN ANTONIO | TX | 78240- |
| 722 | 41766 | $472.73 | Northwest Trustee Services, Inc. | c/o Frank Bellotti, CFO | 3535 Factoria Blvd., SE Suite 200 | Bellevue | WA | 98006- |
| 725 | 41769 | $334.04 | RIGHT HEMISPHERE INC | 3825 HOPYARD RD STE 150 | | PLEASANTON | CA | 94588- |
| 734 | 41776 | $99.87 | Richard S. Pzena | Pzena Investment Management LLC | 120 West 45th Street, 20th Flr. | New York | NY | 10036- |
| 735 | 41777 | $69.98 | Novatronics, Inc. | c/o J. William Porter, Esq.,Parker Poe | Adams & Bernstein LLP,401 South Tryon St | Charlotte | NC | 28202- |
| 736 | 41778 | $363.89 | VALUEQUEST PARTNERS LLC | ATTN: AMELIA JONES FEINBERG | 220 RIVERSIDE BLVD, APT 18E | NEW YORK | NY | 10069- |
| 742 | 41781 | $1,892.69 | LANIC ENGINEERING INC | 12144 6TH ST | | RANCHO CUCAMONGA | CA | 91730- |
| 745 | 41784 | $113.19 | JAMES HEFELFINGER | 165 W 73RD ST | | NEW YORK | NY | 10023- |
| 747 | 41786 | $113.19 | GIANLUCA CERTINI | VIA CALPRINO 7 | PARADISO, 9600 | SWITZERLAND | | |
| 749 | 41788 | $101.20 | IGOR ANNENSKIY | ROYCE MARSHALL & CO SOLICITORS | RETFORD (GAMSTON) AIRPORT | RETFORD DN22 OQL UK | | |
| 750 | 41789 | $588.00 | GERARD COMBOUL | 33/32 LEEUW VAN VLEANDEREULEAN | B 8500 KORTRISK | 800 BELGIUM | | |
| 751 | 41790 | $517.34 | GERARD COMBOUL | 33/32 LEEUW VAN VLEANDEREULEAN | B 8500 KORTRISK | 800 BELGIUM | | |
| 753 | 41792 | $713.75 | Stat! LLC | Mary L Adams | 130 E Walnut St Ste 403 | Green Bay | WI | 54301- |
| 754 | 41793 | $163.26 | Stat! LLC | Mary L Adams | 130 E Walnut St Ste 403 | Green Bay | WI | 54301- |
| 755 | 41794 | $713.75 | FRED B SCHULTZ | 130 E Walnut St Ste 403 | | Green Bay | WI | 54301- |
| 756 | 41795 | $49.26 | ROBERT H YARBROUGH | 16050 FONTAINE AVE | | AUSTIN | TX | 78734- |
| 758 | 41797 | $585.44 | Lantech Leasing LLC | Pat Lancaster | 11000 Bluegrass Parkway | Louisville | KY | 40299- |

| POC # | Check # | Check Amount | Creditor | | Creditor Address | | | |
|---|---|---|---|---|---|---|---|---|
| 771 | 41807 | $121.18 | Jeremy Beck | P O Box 30255 | 560 South Sound Rd | Grand Cayman | CA | |
| 773 | 41809 | $604.49 | N680MJ, LLC as Assignee of the Interest of | John E. Osborne | 5711 E. Ft. Lowell Rd | Tucson | AZ | 85712- |
| 777 | 41812 | $516.01 | Switzer & Sons FLP | Bill McEachern, Jr. Esq.,Moulton | McEachern & Walker,5041 Bayou Blvd. Ste | Pensacola | FL | 32503- |
| 778 | 41813 | $6.55 | JOSEPH FLECK | 5847 Almond Valley Way | | Lancaster | CA | 93536- |
| 779U | 41814 | $567.12 | SHAUN HUGHES | 2815 WETMORE AVE | | EVERETT | WA | 98201- |
| 780 | 41815 | $99.87 | Jetfast AB | Bo Jertshagen,c/o James J. Hurchalle, | Esq.,888 E Las Olas Blvd #206 | Ft. Lauderdale | FL | 33301- |
| 782 | 41817 | $90.56 | Public Service Company of N.M. | PNM | Alvardo Square MS-2560 | Albuquerque | NM | 87158- |
| 785 | 41820 | $603.08 | Prudential Relocation, Inc. | Christopher J. Major, Esq.,Joseph L. | Clasen, Esq.,1055 Washington Blvd | Stamford | CT | 06901- |
| 787 | 41821 | $560.63 | Vistex Aviation, LLC | 7 Cutters Run | | South Barrington | IL | 60010- |
| 788 | 41822 | $99.87 | Metro Aviation | 10100 SW 107 Avenue | | Miami | FL | 33176- |
| 791 | 41824 | $66.58 | MICHAEL FLYNN | 110 NEWPORT CENTER DR STE 200 | | NEWPORT BEACH | CA | 92660- |
| 792 | 41825 | $580.26 | Triton One LLC | Michael Karns | 11075 Harry Hines Blvd | Dallas | TX | 75229- |
| 802 | 41834 | $695.34 | Julian B. MacQueen | John E. Venn, Jr. | 220 W Garden St., Suite 603 | Pensacola | FL | 32502- |
| 803 | 41835 | $121.18 | Dolphin Atlantic Inc. | Gold Aviation Attn: Marc Bajaj | 1100 lee Wagener Blvd., Ste 338,Ft, | Lauderdale | FL | 33315- |
| 806 | 41838 | $703.06 | COAST JET AIRCRAFT | P.O. BOX 2013 | PORT MACQUARIE, NSW 2444 | AUSTRALIA | | |
| 807 | 41839 | $105.28 | Urban Enterprises Corp. | Attn: Benjamin W. Keenan, Esq. | Ashby & Geddes PA,P O Box 1150 | Wilmington | DE | 19899- |
| 809 | 41841 | $29.76 | SKY AWAY LLC | 625 S 2ND ST | | SPRINGFIELD | IL | 62704- |
| 812 | 41843 | $121.18 | RICHARD GROS | 18723 PIMLICO TERRACE | | YORBA LINDA | CA | 92886- |
| 818 | 41844 | $516.01 | Sebastian Agostino | 3020 Levesque Est. | | Laval - Quebec - Canada | HI | 2P1 - |
| 827 | 41851 | $66.58 | CHRIS JONES | 6200 MAPLE AVE | | DALLAS | TX | 75235- |
| 828 | 41852 | $614.75 | CTJ Holdings, LLC | 6200 Maple Avenue | | Dallas | TX | 75235- |
| 829 | 41853 | $31.72 | SENECA CAPITAL II LP | ATTN: ERIC FEINGOLD/TRACY SIGAL | 590 MADISON AVENUE 28th FL | NEW YORK | NY | 10022-8592 |
| 830 | 41854 | $5,171.82 | SENECA CAPITAL LP | ATTN: ERIC FEINGOLD/TRACY SIGAL | 590 MADISON AVENUE 28th FL | NEW YORK | NY | 10022-8592 |
| 834 | 41857 | $731.29 | DEAN POUPIS | 161 PACE DR | | WEST ISLIP | NY | 11795- |
| 835 | 41858 | $20,253.73 | UBS Securities LLC | Attn: Convertible Bond Desk,Scott | Saiers,677 Washington Blvd 8th Floor | Stamford | CT | 06901- |
| 836 | 41859 | $33.31 | The Orlosky Family Trust | Henry Orlosky, Trustee | 7151 Coriander Trail | Oak Hills | CA | 92344- |
| 837 | 41860 | $133.16 | HENRY ORLOSKY | 7151 CORIANDER TRAIL | | OAK HILLS | CA | 92344- |
| 838 | 41861 | $473.53 | Straubel Investments, LLC | 725 Heartland Trail, Suite 102 | | Madison | WI | 53717- |
| 839 | 41862 | $14.35 | ROBERT & KAREN BRODERSEN | LIVING TRUST | 17 SPRINNAKER PL | REDWOOD CITY | CA | 94065- |
| 843 | 41863 | $610.67 | Asdrubal Villegas and/or Amadeo Perrella | Av. Mara con Av. San Jose | C.C. Macaracuay Plaza, Nivel C3, Local N | Urb. Macaracuay | CA | 107 - |
| 844 | 41864 | $617.94 | LS PROPERTY DEVELOPMENT | 102 BULGARIA BLVD, BLOCK A | SOFIA | BULGARIA 1680 | | |
| 845 | 41865 | $9,898.87 | SENECA CAPITAL INTERNATIONAL LTD | ATTN: ERIC FEINGOLD/TRACY SIGAL | 590 MADISON AVENUE 28th FL | NEW YORK | NY | 10022-8592 |
| 847 | 41867 | $26.92 | EA, LLC | Chris W. Pierce, Esq. | Hunt & Davis, PC,P.O. Box 30088 | Albuquerque | NM | 87190-0088 |
| 851 | 41868 | $99.87 | MORGAN AIR CARGO LTD | C/O SNYMAN'S | SILVER LAKES 0054 | PRETORIA, GAUTENG, SOUTH AFRICA | | |
| 852 | 41869 | $7,560.94 | Investcorp Interlachen Multi-Strategy | Master Fund Limited,c/o Interlachen | Capital Group LP,800 Nicollet Mall, Suit | Minneapolis | MN | 55402- |
| 853 | 41870 | $187.76 | First Aviation Holdings SA | C. Craig Eller, Esq.,Broad and | Cassel,One North Clematis Street, Suite | West Palm Beach | FL | 33401- |
| 855 | 41872 | $596.08 | Lakeside Air, LLC | 12219 Business Park Drive | Suite 8 | Truckee | CA | 96161- |
| 856 | 41873 | $121.18 | OSM GROUP AS | ATTN: MR. LEIF ANDRE MOLAND | P.O. BOX 1684 | N-4857 ARENDAL, NORWAY | | |
| 857 | 41874 | $133.16 | James Teng | 49 Thomson Green | | | | 57492-5 |
| 859 | 41876 | $608.80 | Share Aviation Corp. | Lydecker Lee Behar Berga & deZayas LLC | 1201 Brickell Avenue 5th Floor | Miami | FL | 33131- |
| 860 | 41877 | $747.85 | Basso Fund Ltd. | 1266 East Main Street | | Stamford | CT | 06902- |
| 861 | 41878 | $2,542.77 | Basso Holdings Ltd. | 1266 East Main Street | | Stamford | CT | 06902- |
| 862 | 41879 | $2,585.49 | BASSO MULTI STRATEGY HOLDING FUND LTD | 1266 E MAIN ST | | STAMFORD | CT | 06902- |
| 864 | 41881 | $1,420.35 | INDIGO AIR LLC | C/O RICHARD LANE | 814 W MARKET ST | GREENSBORO | NC | 27401- |
| 865 | 41882 | $584.92 | JAMMER JR LLC | JON REHNBERG | 10 SISCOWIT RD | POUND RIDGE | NY | 10576- |

| POC # | Check # | Check Amount | Creditor | Creditor Address | | | | |
|---|---|---|---|---|---|---|---|---|
| 868 | 41885 | $99.87 | Mac Holfam International | c/o Roller & Bauer PLLC | 45005 Aviation Drive Suite 200 | Dulles | VA | 20166- |
| 869 | 41886 | $15.84 | WILLIS EDWARDS | 6333 BENSON AVE | | SAN DIEGO | CA | 92114- |
| 871 | 41887 | $101.20 | UNIVERSAL GAMES INC | 800 BRICKELL AV STE 701 | | MIAMI | FL | 33131- |
| 873 | 41889 | $15.11 | PASSPORT AUTO & AVIATION INC | PASSPORT 500 LLC | 1444 JEFFREYS RD STE 1A | ROCKY MOUNT | NC | 27804-1820 |
| 878 | 41893 | $99.87 | KARI MILLER | 16009 N 81ST ST | | SCOTTSDALE | AZ | 85260- |
| 881 | 41895 | $511.13 | E.A. Goodman | 1321 Eagle Neck Dr NE | | Townsend | GA | 31331- |
| 885 | 41899 | $101.20 | Dole Food Company | Flight Operations Inc | Craig Walker,7415 Hayvenhurst Pl | Van Nuys | CA | 91406-2822 |
| 887 | 41901 | $103.43 | Next Light Jet Inc. | c/o Edward J. Tredinnick, Esq.,Greene | Radovsky Maloney Share & Hennigh,Four Em | San Francisco | CA | 94111- |
| 888 | 41902 | $603.93 | A.R. Airways Pvt.Ltd. | c/o Club One Air | Att: Neeraj Aggarwal,8/23 Mehram Nagar | New Delhi-11037 | IN | |
| 896 | 41907 | $242.36 | AEROSERVICIOS INDAJET SL | SERAFIN CANTON | CALLE FLAMENCOS 59 | ALMERIMAR, 04711 SPAIN | | |
| 898 | 41908 | $16,134.53 | SANDELMAN PARTNERS MULTI STRATEGY MASTER FUN | C/O SANDELMAN PARTNERS, LP | ATTN: GENERAL COUNSEL,500 PARK AVE | NEW YORK | NY | 10022- |
| 899 | 41909 | $11.45 | Artex Aircraft Supplies | Attn: Bill Hart President | 14405 Keil Road NE | Aurora | OR | 97002- |
| 900 | 41910 | $570.79 | Aviation Services, LLC | J.H. Thames, Manager | P O Box 741 | Jackson | MS | 39205- |
| 901 | 41911 | $585.57 | Stellar Eclipse L.L.C. | 4120 W. Kitty Hawk Way | Suite 1 | Chandler | AZ | 85226- |
| 903 | 41913 | $609.72 | ERIC CHANCELLOR FAMILY LP | 4141 BLUE LAKE CIR NO 141 | | DALLAS | TX | 75244- |
| 904 | 41914 | $2,222.06 | VLJ FLYING CLUB SALES INC | PO BOX 4280 | | SAN RAFAEL | CA | 94913- |
| 905 | 41915 | $121.51 | Freedom Air LLC | Michael W. Newcomb, Esq. | 43460 Ridge Park Drive,Suite 200 | Temecula | CA | 92590- |
| 908 | 41918 | $572.07 | Sky Jet, LLC | c/o Don Morris | 10624 S Eastern Ave #A201 | Henderson | NV | 89052- |
| 909 | 41919 | $572.07 | Private Air, LLC | c/o Don Morris | 10624 S Eastern Ave #A201 | Henderson | NV | 89052- |
| 910 | 41920 | $573.94 | FL 410, LLC | c/o Don Morris | 10624 S Eastern Ave #A201 | Henderson | NV | 89052- |
| 911 | 41921 | $572.07 | Mobility, LLC | c/o Don Morris | 10624 S Eastern Ave #A201 | Henderson | NV | 89052- |
| 912 | 41922 | $90.53 | ARCHIE FRASER | 5009 DONSDALE DR N W | EDMONTON, AB T6M 2V2 | CANADA | | |
| 913 | 41923 | $122.11 | This Eagle Likes to Fly, LLC | c/o Robert Ahrens | 1796 Mitchell Court | Port Orange | FL | 32128-6760 |
| 914 | 41924 | $88.92 | John G. Vondrak, DDS | c/o Anthony C. Goodall | 1250 S. Capital of TX Hwy,Ste. III-601 | Austin | TX | 78746- |
| 916 | 41926 | $583.20 | THOMAS SAVARE & PHILIPPE ALLIOT | 17 AVE ROBERT SCHUMAN | BOULOGNE, 92100 | FRANCE | | |
| 917 | 41927 | $64.92 | UPSTATE AVIATION LLC | NEAL WORKMAN | PO BOX 1707 | CLEMSON | SC | 29633- |
| 918 | 41928 | $516.01 | SPIDER LAKE DEVELOPMENT INC | ROBERT LINN | 1350 GREENHILL CT | VAIL | CO | 81657-4353 |
| 929 | 41933 | $86.22 | JOSE ALBERTO CONDE E | AV LAS LOMAS EDF SANDY | LOMAS DELA LAGUNIT, 0000 | VENEZUELA | | |
| 943 | 41942 | $121.18 | Dechant Aviation, LTD | Michael Fagone,Bernstein Shur Sawyer & | Nelson PA,100 Middle St, PO Box 9729 | Portland | ME | 04104-5029 |
| 944 | 41943 | $506.02 | Fumio Horii | Michael Mulitz | Kaye Scholer LLP,425 Park Avenue | New York | NY | 10022- |
| 953 | 41949 | $532.65 | FEATHERLITE AVIATION LLC | 103 20TH ST NE STE 2 | | STEWARTVILLE | MN | 55976- |
| 954 | 41950 | $47.56 | ROCKY MOUNTAIN JET LEASING LLC | ATTN: MARC ARNOLD, MANAGER | 8243 CATTAIL DR | LONGMONT | CO | 80503- |
| 955U | 41951 | $116.52 | EDSOFT AVIATION LLC | PO BOX 10195 DEPT 682 | | PALO ALTO | CA | 94303-0876 |
| 957 | 41953 | $1,298.53 | UBS O'Connor LLC | O'Connor Pipes Corp. Strat.,1 North | Wacker Dr, 32nd Fl,Attn: James Hnilo | Chicago | IL | 60606- |
| 960 | 41956 | $602.66 | RAND FALBAUM | PO BOX 4347 | | SHREVEPORT | LA | 71134- |
| 961 | 41957 | $3,029.90 | UBS O'Connor LLC | O'Connor Pipes Corp. Strat.,1 North | Wacker Dr, 32nd Fl,Attn: James Hnilo | Chicago | IL | 60606- |
| 970 | 41962 | $66.58 | BLACK FALCON AVIATION & CONSULTING LLC | GLEN MORGAN | 2555 SE 28TH ST | OCALA | FL | 34471- |
| 971U | 41963 | $731.19 | AGUSTIN BUJAIDAR SOLIS | C/O GISELLE SAMUELY, ESQ,SAMUELY ROJAS | & ASSOCIATES,16 PENN PLAZA, SUITE 830 | NEW YORK | NY | 10001-1820 |
| 977 | 41966 | $936.60 | SPECTRALUX CORPORATION | JONATHAN LLOYD,DAVIS WRIGHT TREMAINE | LLP,1201 THIRD AVENUE, SUITE 2200 | SEATTLE | WA | 98101-3045 |
| 982 | 41969 | $57.25 | GOODYEAR LEASING INC | 7816 N 19TH AVE | | PHOENIX | AZ | 85021- |
| 996 | 41979 | $101.96 | KENNETH B HEITHOFF MD | C/O DEAN T MATHESON,KAPLAN STRANGIS AND | KAPLAN PA,90 S 7TH STREET, SUITE 5500 | MINNEAPOLIS | MN | 55402- |
| 999 | 41981 | $1,090.60 | IRET COMM. VA | PETER W ITO ESQ | GORDON & REES LLP,555 17TH STREET #3400 | DENVER | CO | 80203- |
| 1001 | 41982 | $101.20 | ROYAL PROPERTIES NV | A BELGIUM CORPORATION | WILLIAM J ARLAND III,PO BOX 1357 | SANTA FE | NM | 87504-1357 |
| 1013 | 41985 | $497.70 | GMI FIRST INC | ORWIG LAW OFFICES PC | 1940 B 13TH ST, STE 215 | READING | PA | 19604- |
| 1015U | 41986 | $468.72 | ALBANY AIRPORT AUTHORITY | CHIEF EXECUTIVE OFFICER | ADMINISTRATION BUILDING RM 200 | ALBANY | NY | 12211-1057 |

| POC # | Check # | Check Amount | Creditor | Creditor Address | | | | |
|---|---|---|---|---|---|---|---|---|
| 1032 | 41991 | $56.60 | TW TELECOM INC FKA TIME WARNER TELECOM INC | 10475 PARK MEADOWS DR | | LITTLETON | CO | 80124- |
| 1040 | 41994 | $99.87 | MADS RASMUSSEN | 823 SALISBURY HOUSE | LONDON, EC2M 5QQ | UNITED KINGDOM | | |
| 1042 | 41996 | $672.51 | Diaruk (PTY) LTD. | Etta R. Wolfe, Esq.,Smith, Katzenstein | & Furlow LLP.,P. O. Box 410 | Wilmington | DE | 19899- |
| 1045 | 41997 | $47.56 | PARKER HANNIFIN CORPORATION | WILLIAM E. KELLEHER, JR., ESQ. | COHEN & GRIGSBY, P.C.,625 LIBERTY AVENUE | PITTSBURGH | PA | 15222-3152 |
| 1069 | 41998 | $66.58 | PARKER HANNIFIN CORPORATION | WILLIAM E. KELLEHER, JR., ESQ. | COHEN & GRIGSBY, P.C.,625 LIBERTY AVENUE | PITTSBURGH | PA | 15222-3152 |
| 1071 | 41999 | $158.46 | PRC DESOTO INTERNATIONAL, INC. | C/O DAVID A. MURDOCH, ESQ.,K&L GATES | LLP.,K&L GATES CENTER, 210 SIXTH AVE. | PITTSBURGH | PA | 15222-2613 |
| 1073 -2 | 42000 | $400.48 | Steico Industries, Inc. | K&L Gates LLP | 10100 Santa Monica Blvd., 7th Floor | Los Angeles | CA | 90067- |
| 1074 | 42001 | $29.96 | Q Data USA, Inc. | 2525 Cabot Drive, Ste. 300 | | Lisle | IL | 60532- |
| 1078 | 42003 | $18.34 | JEPPESEN SANDERSON INC | MANAGER CONTRACT ADMINISTRATION | 55 INVERNESS DR EAST | ENGLEWOOD | CO | 80112-5498 |
| 1082 | 42004 | $5.40 | Meggitt-Oregon, Inc. | c/o John P Kreis, PC | 350 S/ Grand Ave., Ste. 1520 | Los Angeles | CA | 90071- |
| 1083 | 42005 | $24.31 | MEGGITT THERMAL SYSTEMS INC | ATTN: JOHN P KREIS, P.C. | 350 S GRAND AVE., SUITE 1520 | LOS ANGELES | CA | 90071- |
| 1084 | 42006 | $16.65 | HUB INT'L. OF CALIFORNIA INC. | SUCCESSOR TO HUB INT'L SOUTHWEST AGCY., | | WHEATON | IL | 60187- |
| 1086 | 42008 | $26.63 | GLOBAL JET SERVICES INC | 175 POWDER FOREST DR STE 202 | | WEATOGUE | CT | 06089- |
| 1088 | 42009 | $13.32 | A&M Precision Measuring Services, Inc. | c/o Hauswirth, Throp Reed,& Armstrong. | LLP,One Oxford Centre,301 Grant St., 14t | Pittsburgh | PA | 15219- |
| 1091U | 42011 | $28.87 | PARKER ADVERTISING INC | 11519 AULDBURY WAY | | RALEIGH | NC | 27617- |
| .NULL. | 42015 | $854.96 | ANDREW SOUNDY | 1923 TAPATIO ST SE | | RIO RANCHO | NM | 87124- |
| .NULL. | 42016 | $7,706.26 | SAMUEL SANDOVAL | 9215 LOWER MEADOW AVE | | ALBUQUERQUE | NM | 87121- |
| 934 | 42017 | $280.31 | OLD REPUBLIC INSURANCE COMPANY | C/O PHOENIX AVIATION MANAGERS, INC | 2625 E THOUSAND OAKS BLVD., STE. 216 | WESTLAKE VILLAGE | CA | 91362- |
| 544 | 42019 | $6.82 | WILLIAM SCHMIDT | 7909 ROUGH RIDER RD NE | | ALBUQUERQUE | NM | 87109- |

$219,876.60   Total Unclaimed Funds