# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 08-13031 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No.** |
| | ) | |

## ORDER TO PAY SMALL FUNDS AND UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay both the Small Funds and Unclaimed Funds, in the amount of Two Hundred Twenty Thousand, Twenty-Six Dollars and Twenty-Six Cents ($220,027.26), as outlined in the foregoing Motion, to the Clerk, United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these proceedings are: AE Liquidation, Inc. (f/k/a/ Eclipse Aviation Corporation) and EIRB Liquidation, Inc. (f/k/a/ Eclipse IRB Sunport, LLC), a wholly-owned subsidiary of Eclipse Aviation Corporation.