# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
AE Liquidation, Inc.

**Chapter:** 7

**EIN:** 94–3329000
Pronto Aircraft Corporation
Eclipse Aviation Corporation

**Case No.:** 08–13031–MFW

Claim No.* (if known): 577
Amount (if known): $24,283,886.00

## NOTICE OF TRANSFER OF CLAIM

To Tempo Master Fund LP Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 7/15/24, a Transfer of Claim was filed with this Court purporting to transfer to Clearwater Recovery Partners LLP, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Transferee

Clearwater Recovery Partners LLP
PO Box 841951
Boston, MA 02284–1951

Dated: 7/26/24

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.