# Notice Recipients

District/Off: 0311−1 | User: admin | Date Created: 7/24/2024
Case: 08−13031−MFW | Form ID: trclaim | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4042378　　TEMPO MASTER FUND LP　　TWO GREENWICH PLZ SECOND FL　　GREENWICH, CT 06830

TOTAL: 1