| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | AE Liquidation, Inc., et al | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: _____ District of Delaware (State) | | | |
| Case number: 08-13031 | | | |

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $4,199.93 |
|---|---|
| Claimant's Name: | Thomas Vialpando |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2233 Lema Road SE<br>Rio Rancho NM 87124<br>(505) 710-8160 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Local Form 127

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Delaware
*1313 N. Market Street*
*Wilmington, Delaware 19801*

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C § 152.

Date: 10/10/2024

_[signature]_
Signature of Applicant

Thomas Vialpando
Printed Name of Applicant

Address: 2233 Lema Road SE
Rio Rancho NM 87124

Telephone: (505) 710-8160

Email: _____

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C § 152..

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

---

### 6. Notarization
STATE OF New Mexico
COUNTY OF Sandoval

This Application for Unclaimed Funds, dated October 10, 2024 was subscribed and sworn to before me this 10th day of October, 2024 by

Thomas Vialpando
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _[signature]_

My commission expires:

```
SANDY DENISE MAES
Notary Public - State of New Mexico
Commission # 1138090
My Comm. Expires Jun 1, 2026
```

### 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

# Exhibit B

| POC # | Check # | Check Amount | Creditor | | Creditor Address | | | |
|---|---|---|---|---|---|---|---|---|
| ADM132 | 41315 | $29,037.05 | SANDELMAN PARTNERS MULTI-STRATEGY MASTER FUN | 500 PARK AVENUE, 3RD FLOOR | | NEW YORK | NY | 10022- |
| 713 | 41338 | $250.00 | State of Connecticut | Department of Revenue Services | 25 Sigourney Street,Suite 2 | Hartford | CT | 06106- |
| 31 | 41342 | $3,253.69 | JAMES LATOURETTE | P.O. BOX 894 | | CARPINTERIA | CA | 90814-0894 |
| 271 | 41350 | $4,199.93 | THOMAS VIALPANDO | 6312 CORTE ALZIRA NW | | ALBUQUERQUE | NM | 87114- |
| 356P | 41354 | $2,425.58 | LLOYD BINGHAM | 7919 JAMESTOWN RD NW | | ALBUQUERQUE | NM | 87114- |
| 779P | 41384 | $2,425.00 | SHAUN HUGHES | 2815 WETMORE AVE | | EVERETT | WA | 98201- |
| 971P | 41386 | $2,425.00 | AGUSTIN BUJAIDAR SOLIS | C/O GISELLE SAMUELY, ESQ.SAMUELY ROJAS | & ASSOCIATES,16 PENN PLAZA, SUITE 830 | NEW YORK | NY | 10001-1820 |
| 7 | 41391 | $14.49 | BROADGATE CONSULTANTS LLC | ATTN: MR ALAN OSHIKI | 48 WALL ST | NEW YORK | NY | 10005- |
| 9 | 41392 | $19.21 | BAX GLOBAL | 440 EXCHANGE | | IRVINE | CA | 92623-9571 |
| 11 | 41394 | $12.90 | CORPORATE EXPRESS OFFICE PRODUCTS INC | ATTN: BRYAN MANNLEIN | 555 W 112TH AVE | NORTHGLENN | CO | 80234- |
| 13 | 41396 | $56.89 | FEDERAL INSURANCE COMPANY THROUGH STARR AVIA | STARR AVIATION, ATTN: JAMES C WATT | 3353 PEACHTREE RD NE, STE 1000 | ATLANTA | GA | 30326- |
| 14 | 41397 | $53.74 | SUCCESSFACTOR INC | ATTN: GENERAL COUNSEL | 1500 FASHION ISLAND BLVD, STE 300 | SAN MATEO | CA | 94440-4 |
| 16 | 41399 | $332.38 | HONEYWELL INTERNATIONAL | 1140 W WARNER RD 1233 M | | TEMPE | AZ | 85284-2816 |
| 19 | 41402 | $7.39 | BALLARD TECHNOLOGY INC | ATTN: JASON HARPER | 11400 AIRPORT RD, STE 201 | EVERETT | WA | 98204- |
| 20 | 41403 | $10.00 | BARRETT JACKSON AUCTION COMPANY LLC | C/O ANDREW BANAS | 40 N CENTRAL AVE, STE 2700 | PHOENIX | AZ | 85004-4498 |
| 41 | 41409 | $102.70 | GLOBEAIR AG | ATTN: BERNHARD FRAGNER | LINZERSTRASSE 50 | A 4063 HORSCHING, AUSTRIA | | |
| 43 | 41410 | $113.20 | TOTALJET LIMITED | PAUL PEDLEY | TUDOR LODGE BRIARDALE RD | WILLASTON NESTON CH64 1TD UK | | |
| 46 | 41412 | $690.19 | BUTLER SERVICES INC | ATTN: TRACY HAWKINS | 1001 BOARDWALK SPRING PL, STE 150 | O FALLON | MO | 63368- |
| 64 | 41418 | $1,718.32 | IBM CORPORATION | RIDGLEA BANK BUILDING | 6300 RIDGLEA PLAZA, SUITE 101 | FORT WORTH | TX | 76116- |
| 65 | 41419 | $624.61 | ATKINSON INVESTMENT PARTNERS LLP | 640 FIFTH AVENUE 17TH FL | | NEW YORK | NY | 10019- |
| 67 | 41421 | $33.39 | WW GRAINGER INC | 7300 N MELVINA | | NILES | IL | 60714- |
| 73 | 41424 | $166.17 | MST MID STATES TECHNICAL | ENTEGEE INC D/B/A MID STATES TECHNICAL | 70 BLANCHARD RD, STE 102 | BURLINGTON | MA | 01803- |
| 74 | 41425 | $117.81 | ENGINEERING PROFESSIONAL STAFF | ENTEGEE INC D/B/A ENGINEERING PRO STAFF | 70 BLANCHARD RD, STE 102 | BURLINGTON | MA | 01803- |
| 78 | 41427 | $96.04 | CITY OF ALBUQUERQUE | C/O REBECCA E WARDLAW, ASST CITY ATTY | P.O. BOX 2248 | ALBUQUERQUE | NM | 87103-2248 |
| 83 | 41429 | $8.21 | YELLOW TRANSPORTATION | C/O RMS BANKRUPTCY RECOVERY SERVICES | P.O. BOX5126 | TIMONIUM | MD | 21094- |
| 84 | 41430 | $5.18 | ENGINEERING SERVICES GROUP | ENTEGEE INC D/B/A ENGR SERVICES GROUP | 70 BLANCHARD RD, STE 102 | BURLINGTON | MA | 01803- |
| 87 | 41433 | $11.89 | EXPERMENTAL AIRCRAFT ASSOCIATION INC | ATTN: DAVE GOELZER | P.O. BOX 3086 | OASHKOSH | WI | 54903- |
| 93 | 41436 | $99.87 | DIAMOND 1 A INC | ATTN: PETE C KUYPER | P.O. BOX 729 | DIVIDE | CO | 80814- |
| 94 | 41437 | $52.39 | INTERDEVELOPMENT CORP/PCK 2008 AIRCRAFT LLC/CS | ATTN: PETER C KUYPER | P.O. BOX 729 | DIVIDE | CO | 80814- |
| 98 | 41438 | $913.13 | KAISER ALUMINUM FABRICATED PRODUCTS LLC | | 27422 PORTOLA PKWY, STE 350 | FOOTHILL RANCH | CA | 92610- |
| 110 | 41445 | $119.85 | WESTERN AUTO LLC | INCE AL JALLAF & CO | GULF TOWERS 83, STE 503, P.O. BOX 15952 | DUBAI, UNITED ARAB EMIRATES | | |
| 112 | 41447 | $99.87 | B & G HOLDINGS LTD LLC | F/K/A B & G DEVELOPMENT LLC | 1972 CRISP AVE | SARATOGA | CA | 95070- |
| 114 | 41449 | $119.85 | KRUSE ENTERPRISES OF NORTHWEST FLORIDA INC | ATTN: MICHAEL WM MEAD, ESQ | P.O. DRAWER 1329 | FT WALTON BCH | FL | 32549-1319 |
| 115 | 41450 | $228.23 | COMMERCIAL DATA SYSTEMS INC | 50 S BERETANIA ST, STE C 2088 | | HONOLULU | HI | 96813-2222 |
| 116 | 41451 | $94.79 | WEST VERIZON WIRELESS | P.O. BOX 3397 | | BLOOMINGTON | IL | 617 - |
| 117 | 41452 | $99.87 | GEIGER EXCAVATING INC | C/O BECKMAN LAWSON LLP HBS | P.O. BOX 800 | FT WAYNE | IN | 46801-0800 |
| 124 | 41454 | $6.66 | RONALD KEITH MOSES | 9728 CALLE CHAMISA NW | | ALBUQUERQUE | NM | 87114- |
| 134 | 41458 | $106.20 | SALIMA JASON MONICA LTD | C/O TOM HAIDER GEN PTR | 2357 KNOB HILL DR | RIVERSIDE | CA | 92506- |
| 135 | 41459 | $113.19 | CARRE LTD | 5512 BLACKHAWK DR | | PLANO | TX | 75093- |
| 141 | 41462 | $5.58 | Abdul M. Tahir | 12200 Academy Rd. Apt. 638 | | Albuquerque | NM | 87111- |
| 147 | 41464 | $101.20 | BACK PACK INTERNATIONAL, SL | C/ MUNTANER 425, ENTIO 1 | 08021 BARCELONA | SPAIN | | |
| 148 | 41465 | $99.87 | MUNDIAUTO 2000 SL | C/ MUELLE MARINA 5 BIS | PORT OLLMPIC | 08005 BARCELONA, SPAIN | | |

10/16/24

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:                                    )   Case No. 08-13031
    AE Liquidation, Inc., et al       )
                                          )
        *Debtor(s)*                )   Chapter 7

## CERTIFICATE OF SERVICE

I certify that a copy of the Application for Payment of Unclaimed Funds and the required supporting documentation were sent by: __USPS First-Class Mail postage prepaid__

to the following:

    Office of the United States Attorney
    District of DELAWARE
    1313 N Market Street
    Wilmington, Delaware 19801

I certify that a copy of the Application for Payment of Unclaimed Funds was sent by: __USPS First-Class Mail postage prepaid__

*Trustee*
**Jeoffrey L. Burtch**
P.O. Box 549
Wilmington, DE 19899

**AE LIQUIDATION, INC, ET AL**
**2503 CLARK CAN LOOP SE**
**ALBUQUERQUE NM 87106**

Office of United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

Signature: _____
Print Name: __Thomas Vialpando__

**JOSEPH M BARRY, ATTORNEY**
**1000 NORTH KING STREET**
**WILMINGTON, DE 19801**

Address: __2233 Lema Road SE__
            __Rio Rancho NM 87124__
Phone: __(505) 710-8160__
Email: _____

Dated: __10/16/24__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: ) Chapter: 7
    AE Liquidation, Inc., et al )
)
)
)
Debtor(s) ) Case No: 08-13031

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On __10/16/2024__, an application was filed for the Claimant(s),

____Thomas Vialpando____

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ __4,199.93__ held in unclaimed funds be made payable to

____Thomas Vialpando____

and be disbursed to the payee at the following address:    2233 Lema Road SE
Rio Rancho NM 87124

The Clerk will disburse these funds not earlier than 14 days after entry of this order.